**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>　　　　　　　Movant,<br><br>　　　v.<br><br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL,<br><br>　　　　　　　Respondent. | Case No. 22 MISC 280 |
| TROOPER 1,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>　　　　　　　Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the declaration of Theresa Trzaskoma and all exhibits attached thereto, former Governor of the State of New York Andrew M. Cuomo ("Governor Cuomo"), by and through his attorneys, Glavin PLLC and Sher Tremonte LLP, will move pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Governor Cuomo's Motion to Compel the Office of the New York State Attorney General's Compliance with Subpoena, and for such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>October 5, 2022 | Respectfully submitted,<br><br>/s/  Theresa Trzaskoma<br><br>Theresa Trzaskoma<br>Allegra Noonan<br>SHER TREMONTE LLP<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel.: (212) 202-2600<br>Fax: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br><br>Rita M. Glavin<br>Glavin PLLC<br>156 West 56th Street, Ste. 2004<br>New York, NY 10019<br>Tel: (646) 693-5505<br>rglavin@glavinpllc.com<br><br>*Counsel for former Governor Andrew M. Cuomo* |