# Exhibit 9




| OUR OFFICE | MEDIA | RESOURCES | INITIATIVES | CONTACT US | SEARCH |

Home » Media Center » Press Releases » March 8th 2021

# Attorney General James Makes Appointments to Lead Investigation Into Sexual Harassment Allegations Against Governor Cuomo

*Taps Former U.S. Attorney for SDNY Joon H. Kim, Employment Discrimination Attorney Anne L. Clark*

NEW YORK - New York Attorney General Letitia James today announced the appointment of former Acting U.S Attorney for the Southern District of New York Joon H. Kim and employment discrimination attorney Anne L. Clark as the two attorneys who will lead an independent investigation into allegations of sexual harassment leveled against Governor Andrew Cuomo. Kim and Clark will be supported in the investigation by Jennifer Kennedy Park, Abena Mainoo, and Yannick Grant.

"We are committed to an independent and thorough investigation of the facts," said **Attorney General James**. "Joon H. Kim and Anne L. Clark are independent, legal experts who have decades of experience conducting investigations and fighting to uphold the rule of law. There is no question that they both have the knowledge and background necessary to lead this investigation and provide New Yorkers with the answers they deserve."

This team is charged with conducting a thorough and independent investigation of, and the circumstances surrounding, allegations of sexual harassment against Governor Cuomo, including his administration's handling of such matters. This work will be comprised of — but not limited to — issuing subpoenas and related compliance; examination of relevant documents and records; interviews, including formal depositions; and analysis of data and information pertinent to the investigation. As required by the enabling statute, the team will report weekly on the investigation to the Office of the Attorney General throughout the duration of the investigation. Upon the conclusion of the investigation, the team will produce a written report which will include its findings. The report will be made available to the general public.

## About Joon H. Kim

Joon H. Kim is a partner at Cleary Gottlieb Steen & Hamilton LLP, focusing on internal investigations and regulatory enforcement, as well as high-stakes litigation.

Kim has enjoyed a distinguished career over two decades at high levels of government and in private practice at the firm, personally trying over a dozen federal jury trials and actively participating in dozens more.

### Translate This Page



Select Language

Powered by Google Translate

Translation Disclaimer

### Previous Press Releases

- October 2022
- September 2022
- August 2022
- July 2022
- June 2022
- May 2022
- April 2022
- March 2022
- February 2022
- January 2022
- December 2021
- November 2021
- October 2021
- September 2021
- August 2021
- July 2021
- June 2021
- May 2021
- April 2021
- March 2021
- February 2021
- January 2021
- December 2020
- November 2020
- October 2020
- September 2020
- August 2020
- July 2020

From March 2017 to January 2018, he served as the acting U.S. attorney for the Southern District of New York. As the most senior federal law enforcement officer in the district, he oversaw all criminal and civil litigation conducted on behalf of the United States and supervised the work of approximately 220 assistant U.S. attorneys handling a wide range of cases, including public corruption, fraud, cybercrime, money laundering, cryptocurrency, tax litigation, terrorism, racketeering, Bank Secrecy Act and sanctions violations, and theft of trade secrets and economic espionage, as well as civil rights, civil enforcement, and environmental matters. Before becoming acting U.S. attorney, Kim served in various leadership positions in the office, including deputy U.S. attorney, chief of the Criminal Division, and chief counsel to the U.S. attorney.

Kim is a *Phi Beta Kappa* graduate of Stanford University and a *cum laude* graduate of Harvard Law School. Following law school, he clerked for the Honorable Miriam Goldman Cedarbaum in the United States District Court for the Southern District of New York.

**About Anne L. Clark**

Anne L. Clark is a partner at Vladeck, Raskin & Clark, P.C., where she focuses on employment law issues on behalf of employees at the trial and appellate levels. She has successfully represented plaintiffs in numerous sexual harassment and other employment discrimination cases in the private sector, in education, and in government.

Prior to joining Vladeck nearly 30 years ago, Clark was a Skadden Fellow/staff attorney at the NOW Legal Defense and Education Fund (currently known as Legal Momentum), where she worked on the Eleventh Circuit appeal of the landmark sexual harassment case *Robinson v. Jacksonville Shipyards, Inc.*

Clark is a *Phi Beta Kappa* graduate of New York University and a *cum laude* graduate of New York University School of Law, where she was a member of the editorial staff at the New York University Law Review. Early in her career, Clark was a law clerk for the Honorable Raymond J. Pettine in the United States District Court for the District of Rhode Island.

- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019

Visit the Press Release Archive

**Search:**

Please enter a search term...