# Exhibit 14



OUR OFFICE | MEDIA | RESOURCES | INITIATIVES | CONTACT US | SEARCH

Home » Media Center » Press Releases » August 20th 2021

## Statement from Attorney General's Office in Response to Rita Glavin's Comments

NEW YORK – Today, the Office of New York Attorney General Letitia James released the following statement from Delaney Kempner, Director of Communications, in response to Rita Glavin's comments:

"After multiple women made accusations that Governor Cuomo sexually harassed them, the governor, himself, requested that Attorney General James oversee an independent investigation. That investigation was exhaustive, thorough, and without outside influence, period.

"Given the multiple, ongoing criminal investigations into the governor's conduct, it would not be appropriate to respond further to these baseless attacks. The 168-page report and additional 486 pages of exhibits clearly corroborate the experiences of the complainants, yet the governor and his aides continue to undermine those who seek to expose this dangerous conduct.

"We cannot allow survivors of sexual harassment to be further traumatized by these continued attacks, lies, and conspiracy theories."

**Translate This Page**

Select Language

Powered by Google Translate

Translation Disclaimer

**Previous Press Releases**

- October 2022
- September 2022
- August 2022
- July 2022
- June 2022
- May 2022
- April 2022
- March 2022
- February 2022
- January 2022
- December 2021
- November 2021
- October 2021
- September 2021
- August 2021
- July 2021
- June 2021
- May 2021
- April 2021
- March 2021
- February 2021
- January 2021
- December 2020
- November 2020
- October 2020
- September 2020
- August 2020
- July 2020
- June 2020
- May 2020

- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019

Visit the Press Release Archive

Search:

Please enter a search term...

© NEW YORK STATE ATTORNEY GENERAL. All rights reserved.