# Exhibit 15



| OUR OFFICE | MEDIA | RESOURCES | INITIATIVES | CONTACT US | SEA |

Home » Media Center » Press Releases » October 28th 2021

# Attorney General James Releases Statement After Criminal Charges Are Brought Against Former Governor Andrew Cuomo

NEW YORK – New York Attorney General Letitia James today released the following statement after criminal charges were brought against former Governor Andrew Cuomo:

"From the moment my office received the referral to investigate allegations that former Governor Andrew Cuomo sexually harassed multiple women, we proceeded without fear or favor. The criminal charges brought today against Mr. Cuomo for forcible touching further validate the findings in our report."

**Translate This Page**

Select Language

Powered by Google Translate

Translation Disclaimer

**Previous Press Release**

- October 2022
- September 2022
- August 2022
- July 2022
- June 2022
- May 2022
- April 2022
- March 2022
- February 2022
- January 2022
- December 2021
- November 2021
- October 2021
- September 2021
- August 2021
- July 2021

