# Exhibit 16

# Letitia James
## NY Attorney General

Translate to Another Language

NEW YORK STATE OFFICE of the ATTORNEY GENERAL

| OUR OFFICE | MEDIA | RESOURCES | INITIATIVES | CONTACT US | SEARCH |

Home » Media Center » Press Releases » November 10th 2021

**Translate This Page**

Select Language

Powered by Google Translate

Translation Disclaimer

## Transcripts and Exhibits From Independent Investigation Into Sexual Harassment Allegations Against Former Governor Cuomo Begin to Be Released

*Transcripts of Former Governor and Complainants Released Today*

*Additional Transcripts and Exhibits to Be Released on Rolling Basis*

NEW YORK – The Office of the Attorney General (OAG) today began the **rolling release of transcripts and corresponding exhibits from its investigation into sexual harassment allegations against former New York Governor Andrew Cuomo**. On August 3, 2021, after nearly five months of investigating, the independent investigators appointed by New York Attorney General Letitia James — led by Joon H. Kim and Anne L. Clark — **released their report concerning the multiple allegations of sexual harassment by Cuomo**. Following the release of the report, multiple district attorneys asked that the OAG refrain from publicly releasing transcripts and other evidence so that their offices could first investigate and determine whether to file criminal charges against Cuomo.

However, following the filing of a criminal complaint against Cuomo on October 28, 2021 in Albany County, the Albany County District Attorney's Office informed the OAG that it would begin releasing evidence to Cuomo to comply with New York state's discovery laws. These laws state that once someone is charged with a crime they must be furnished transcripts and other evidence in their case. As these materials are now being released by the Albany County District Attorney's office — and in an effort to provide full transparency to the people of New York — the OAG has informed local district attorneys that it will immediately begin releasing, on a rolling basis, all transcripts and corresponding exhibits compiled during the investigation, pending redactions to protect the privacy of individuals, as appropriate.

The investigation was conducted after, on March 1, 2021, the Executive Chamber made a referral, pursuant to New York Executive Law Section 63(8), for Attorney General James to select independent lawyers to investigate "allegations of and circumstances surrounding sexual harassment claims made against the governor." Kim and Clark were chosen to lead the investigation on March 8, 2021.

The transcripts and exhibits being released today include:

## Subject of Investigation

› Former Governor Andrew Cuomo:

**Previous Press Releases**

› October 2022
› September 2022
› August 2022
› July 2022
› June 2022
› May 2022
› April 2022
› March 2022
› February 2022
› January 2022
› December 2021
› November 2021
› October 2021
› September 2021
› August 2021
› July 2021
› June 2021
› May 2021
› April 2021
› March 2021
› February 2021
› January 2021
› December 2020
› November 2020
› October 2020
› September 2020
› August 2020
› July 2020
› June 2020
› May 2020

- Transcript
- Exhibits Part 1
- Exhibits Part 2
- Exhibits Part 3

# Complainants

- Charlotte Bennett
  - Transcript
  - Exhibits

- Lindsay Boylan
  - Transcript
  - Exhibits

- Brittany Commisso
  - Transcript
  - Exhibits

- Kaitlin
  - Transcript
  - Exhibits

- Virginia Limmiatis
  - Transcript
  - Exhibits

- Ana Liss
  - Transcript
  - Exhibits

- Alyssa McGrath
  - Transcript

- April 2020
- March 2020
- February 2020
- January 2020
- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019

Visit the Press Release Archive

Search:

Please enter a search term...

- Exhibits

- State Entity Employee #1
  - Transcript
  - Exhibits

- State Entity Employee #2
  - Transcript
  - Exhibits

- Trooper # 1
  - Transcript
  - Exhibits

Additional transcripts and exhibits will be released as they are available.

Home | Contact Us | Employment | Disclaimer | Privacy Policy | Accessibility Policy | Employees Resources

© NEW YORK STATE ATTORNEY GENERAL. All rights reserved.