# Exhibit 17

Search

About the DA | Bureaus | Local Courts | Community Justice | Resources | Media | Send a Crime Tip | Rap Sheet | Mailing List

Home
Press Releases
FOIL Requests
Contact Us

Media > In The News

## In The News

All news

**Statement from DA David Soares**

Albany County District Attorney David Soares

*Press Release*

**January 4, 2022**

## Statement from DA David Soares

**ALBANY, NY -** Albany County District Attorney David Soares announced today that a thorough and independent review of the investigation into the allegations against former Governor Andrew Cuomo has concluded.

"While many have an opinion regarding the allegations against the former Governor, the Albany County DA's Office is the only one who has a burden to prove the elements of a crime beyond a reasonable doubt. While we found the complainant in this case cooperative and credible, after review of all the available evidence we have concluded that we cannot meet our burden at trial. As such we have notified the Court that we are declining to prosecute this matter and requesting the charges filed by the Albany County Sheriff be dismissed.

"I, like most New Yorkers, remain deeply troubled by allegations like the ones at issue here. Such conduct has no place in government or in any workplace. Although avenues for criminal prosecution in these cases are sometimes limited, I encourage victims of workplace harassment and abuse to continue to come forward and bring these issues to light so that these important discussions can continue," commented District Attorney Soares.

The decision to discontinue criminal prosecution is unrelated to any possible civil liability, which is beyond the scope of a District Attorney's jurisdiction.

**All parties are presumed innocent until proven guilty.**

### 

Albany County Judicial Center, 6 Lodge Street, Albany, NY 12207, Phone: 518.487.5460, Fax: 518.487.5093