# Exhibit 18

# Transcripts, Exhibits, and Videos From Independent Investigation Into Sexual Harassment Allegations Against Former Governor Cuomo Released

*Video Testimony, Transcripts, and Exhibits of Staff and Outside Advisors Released Today*

NEW YORK – The Office of the Attorney General (OAG) today released the final set of videos, transcripts, and corresponding exhibits from the independent investigation into sexual harassment allegations against former New York Governor Andrew Cuomo. On August 3, 2021, after nearly five months of investigating, the independent investigators appointed by New York Attorney General Letitia James — led by Joon H. Kim and Anne L. Clark — released their report concerning the multiple allegations of sexual harassment by Cuomo. Following the release of the report, multiple district attorneys asked that the OAG refrain from publicly releasing transcripts and other evidence so that their offices could first investigate and determine whether to file criminal charges against Cuomo.

However, following the filing of a criminal complaint against Cuomo on October 28, 2021 in Albany County, the Albany County District Attorney's Office informed the OAG that it would begin releasing evidence to Cuomo to comply with New York state's discovery laws. These laws state that once someone is charged with a crime, they must be furnished transcripts and other evidence in their case. As these materials have been released by the Albany County District Attorney's office — and in an effort to provide full transparency to the people of New York — the OAG informed local district attorneys that it would immediately begin releasing, on a rolling basis, all transcripts, corresponding exhibits, and videos compiled during the investigation, pending redactions to protect the privacy of individuals, as appropriate. This rolling release of evidence began on November 9, 2021.

The investigation was conducted after, on March 1, 2021, the Executive Chamber made a referral, pursuant to New York Executive Law Section 63(8), for Attorney General James to select independent lawyers to investigate "allegations of and circumstances surrounding sexual harassment claims made against the governor." Kim and Clark were chosen to lead the investigation on March 8, 2021.

The transcripts, exhibits, and video testimonies being released today include former Executive Chamber staff, outside advisors, and other witnesses:

- Peter Ajemian
- **Video Testimony** (Transcript and Exhibits previously released)

- Rich Azzopardi
- **Video Testimony** (Transcript and Exhibits previously released)

- Andrew Ball

- **Video Testimony** (Transcript and Exhibits previously released)

- Rich Bamberger

- **Transcript**

- **Exhibits**

- Stephanie Benton

- **Video Testimony** (Transcript and Exhibits previously released)

- Steve Cohen

- **Video Testimony** (Transcript and Exhibits previously released)

- Chris Cuomo

- **Video Testimony** (Transcript and Exhibits previously released)

- Alphonso David

- **Video Testimony** (Transcript and Exhibits previously released)

- Jill DesRosiers

- **Video Testimony** (Transcript and Exhibits previously released)

- David Dively

- **Transcript**

- **Exhibits**

- Beth Garvey

- **Video Testimony** (Transcript and Exhibits previously released)

- Linda Lacewell

- **Video Testimony** (Transcript and Exhibits previously released)

- Dani Lever

- **Video Testimony** (Transcript and Exhibits previously released)

- Judy Mogul

- **Video Testimony** (Transcript and Exhibits previously released)

- Maggie Moran
- **Transcript**
- **Exhibits**

- John Maggiore
- **Transcript**
- **Exhibits**

- Matt McGrath
- **Transcript**
- **Exhibits**

- Harold Moore
- **Transcript**
- **Exhibits**

- Jefrey Pollock
- **Transcripts**
- **Exhibits**

- Larry Schwartz
- **Transcript**
- **Exhibits**

- Lis Smith
- **Video Testimony** (Transcript and Exhibits previously released)

- Staffer #-5

- **Transcript**

- **Exhibits**

- Vincent Straface

- **Transcript**

- **Exhibits**

- Anonymous Staffer

- **Transcript**

- **Exhibits**

- Josh Vlasto

- **Transcript**

- **Exhibits**

- **Video Testimony**

- Michael Volforte

- **Transcript**

- **Exhibits**

- Annabel Walsh

- **Video Testimony** (Transcript and Exhibits previously released)

- Howard Zemsky

- **Transcript**

- **Exhibits**

**Transcripts and exhibits previously released can be found on the OAG website**.

## Translate This Page

Select Language

Powered by  Translate

[Translation Disclaimer](#)

**Search:**

Please enter a search term...