# Exhibit 19

# New York attorney general labels Andrew Cuomo a 'sick, pathetic man'

BY JOSEPH CHOI - 03/07/22 1:26 PM ET

Share          Tweet     . . .     More


Getty Images

New York Attorney General Letitia James (D) blasted former New York Gov. Andrew Cuomo (D) after he spoke publicly for the first time since leaving office about the allegations of workplace sexual misconduct that spurred his resignation.

Cuomo delivered remarks Sunday at the God's Battalion of Prayer Church in Brooklyn on Sunday in which he blamed "cancel culture" for his downfall and said the investigations into the allegations against him were "prosecutorial misconduct."

"Serial sexual harasser Andrew Cuomo won't even spare a house of worship from his lies," James said in a statement on Sunday. "Even though multiple independent investigations found his victims to be credible, Cuomo wasn't railroaded; he quit so he wouldn't be impeached. New Yorkers are ready to move forward from this sick, pathetic man."

After multiple female staffers came forward with allegations of sexual misconduct against Cuomo, several investigations were launched. While the accusations were found to be "credible," numerous district attorneys said that Cuomo's actions did not verge into criminality.

Cuomo has so far not faced charges in relation to the allegations, which he has cited as undermining the claims against him.

"No one ever told me I made them feel uncomfortable and I never sensed that I caused any discomfort to anyone, I was trying to do the opposite. But I understand that was my error," Cuomo said in his remarks on Sunday.

The former governor said he accepted that he was old-fashioned and out of touch as some have accused him of being after the misconduct accusation became public.

Cuomo also launched an ad blitz last week that portrays him as a victim of political attacks.

The 30-second ad, dubbed "Politics vs. the Law," edits together a number of television clips that raise doubts about the investigation led by James, though it doesn't name her.

"Political attacks won. And New Yorkers lost a proven leader," the ad concludes.

**TAGS**   ANDREW CUOMO   ANDREW CUOMO SEXUAL HARASSMENT ALLEGATIONS   LETITIA JAMES