IH-32                                                                                                              Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Governor Andrew M. Cuomo

| Plaintiff | Case Number |
|---|---|
| vs. | 22-MC-280 |
| Office of the New York State Attorney General | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Governor Andrew M. Cuomo

| Plaintiff | Case Number |
|---|---|
| vs. | 22-MC-279 |
| New York State Assembly Judiciary Committee | |
| Defendant | |

IH-32   Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Governor Andrew M. Cuomo v. the New York State Assembly Judiciary Committee was filed on the same date as this instant miscellaneous action. In that action, Governor Andrew M. Cuomo seeks to compel compliance with a subpoena issued in a pending case in the Eastern District of New York. The previously-filed miscellaneous action was assigned to Judge Gregory H. Woods, but otherwise no activity has taken place on the docket except for the case being opened and Governor Andrew M. Cuomo's moving papers being filed.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In this action and in the earlier-filed action (both filed the same day), Governor Andrew M. Cuomo seeks to compel compliance with Rule 45 subpoenas in the same underlying action, Trooper 1 v. New York State Police, Andrew Cuomo, Melissa DeRosa, and Richard Azzopardi, 22-CV-893 (LDH) (TAM), pending in the Eastern District of New York. This miscellaneous action concerns a subpoena served on the Office of the New York Attorney General, while the related action concerns a subpoena served on the New York State Assembly Judiciary Committee.

Signature: /s Theresa Trzaskoma    Date: 10/6/2022

Firm: Sher Tremonte LLP