UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>      Movant,<br><br>    v.<br><br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL,<br><br>      Respondent. | Case No. 22 MISC 280 |
| TROOPER 1,<br><br>      Plaintiff,<br><br>    v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>      Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

   PLEASE TAKE NOTICE that Rita Glavin of the law firm Glavin PLLC hereby appears as counsel for former Governor Andrew Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated:  New York, New York
     October 6, 2022

                 Respectfully submitted,

                 By: *s/ Rita M. Glavin*

Rita M. Glavin
Glavin PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
rglavin@glavinpllc.com

*Counsel for former Governor Andrew Cuomo*