UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| GOVERNOR ANDREW M. CUOMO, |
| Movant, |
| -against- |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, |
| Respondent. |
| TROOPER 1, |
| Plaintiff, |
| -against- |
| NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI, |
| Defendants. |

1:22-mc-00280 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On October 5, 2022, Movant Andrew M. Cuomo filed a motion to compel ("Motion") a subpoena served on the Office of the New York State Attorney General in connection with a lawsuit pending in the United States District Court for the Eastern District of New York. ECF No. 1; *see Trooper 1 v. New York State Police, et al.*, No. 22-cv-00893 (LDH) (TAM) (E.D.N.Y. filed Feb. 27, 2022) ("Eastern District Action"). It appears that it may be appropriate to transfer this Motion to the Eastern District of New York pursuant to Rule 45(f) of the Federal Rules of Civil Procedure in order to avoid disrupting the issuing court's management of the underlying litigation.

IT IS HEREBY ORDERED that, by **October 7, 2022**, Movant shall serve this Order and its motion papers, both electronically and by overnight courier, on Respondent and all Parties in the Eastern District Action and file proof of such service on the docket in this action.

IT IS FURTHER ORDERED that Respondent shall, by **October 12, 2022**, file a letter on ECF in this action indicating whether Respondent consents to transfer of this Motion to the Eastern District of New York.  The Court will then determine, as appropriate, any deadlines to file opposition and reply papers to the Motion.

Dated:  October 6, 2022
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge