UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>       Movant,<br><br>   v.<br><br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL,<br><br>       Respondent. | Case No. 22 MISC 280 |
| TROOPER 1,<br><br>       Plaintiff,<br><br>   v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>       Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

   PLEASE TAKE NOTICE that the undersigned, Allegra Noonan of the law firm Sher Tremonte LLP, hereby appears as counsel for Movant former Governor Andrew M. Cuomo in the above-captioned action.

Dated:  New York, New York
        October 7, 2022

                                                Respectfully submitted,

By:  *s/ Allegra A. Noonan*
      Allegra A. Noonan
      Sher Tremonte LLP
      90 Broad Street, 23rd Floor
      New York, NY 10004
      Tel: (212) 202-2600
      anoonan@shertremonte.com

*Counsel for former Governor Andrew M. Cuomo*