**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GOVERNOR ANDREW M. CUOMO,

                Movant,

        v.

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL,

                Respondent.

---

TROOPER 1,

                Plaintiff,

        v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA, and
RICHARD AZZOPARDI,

                Defendants.

Case No. 22 MISC 280

**AFFIRMATION OF SERVICE**

---

I, Allegra Noonan, Esq., declare under penalty of perjury that I caused copies of the (i) Miscellaneous Case Cover Sheet; (ii) Notice of Motion of Former Governor of New York State Andrew M. Cuomo's Motion to Compel the Office of the New York State Attorney General's Compliance with Subpoena; (iii) Memorandum of Law in Support; (iv) Declaration of Theresa Trzaskoma and accompanying exhibits; and (v) the Court's October 6, 2022 Order to be served upon the following parties by e-mail on October 6, 2022, and by Federal Express overnight delivery on October 7, 2022:

Serena Longley
Andrew Amer
Tamikka Pate
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005


Valdi Licul
John S. Crain
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003

*Attorneys for Plaintiff in Trooper 1 Action*


Joshua D. Steele
Daniel Moore
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534

*Attorneys for Defendant New York State Police in Trooper 1 Action*


Elkan Abramowitz
Catherine M. Foti
Joseph Stern
Rachel Fleig-Goldstein
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendants Melissa DeRosa & Richard Azzopardi in Trooper 1 Action*


Dated:  New York, New York          /s/ *Allegra Noonan*
          October 7, 2022             Allegra Noonan
                                      SHER TREMONTE LLP
                                      90 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      Tel.: (212) 202-2600

2