# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:22−mc−00280−JLR

Cuomo v. Office of the New York State Attorney General  
Assigned to: Judge Jennifer L. Rochon  
Cause: M 08−85 Motion to Compel

Date Filed: 10/05/2022

**Movant**

| | | |
|---|---|---|
| **Andrew M. Cuomo** | represented by | **Allegra Ausilia Noonan**<br>Sher Tremonte LLP<br>90 Broad Street<br>New York, NY 10004<br>212−300−2449<br>Fax: 212-202-4156<br>Email: anoonan@shertremonte.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Rita Marie Glavin**<br>Glavin PLLC<br>156 West 56th Street<br>Ste #2004<br>New York, NY 10019<br>646−693−5505<br>Email: rglavin@glavinpllc.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Theresa Marie Trzaskoma**<br>Sher Tremonte LLP<br>90 Broad Street<br>New York, NY 10004<br>212−202−2600<br>Fax: 212-202-4156<br>Email: ttrzaskoma@shertremonte.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

**Office of the New York State Attorney General**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2022 | Ï 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Office of the New York State Attorney General to Subpoena Compliance . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22−CV−893. (Filing Fee $ 49.00, Receipt Number ANYSDC−26780587)Document filed by Andrew M. Cuomo. (Attachments: # 1 Civil Cover Sheet Miscellaneous Case Cover Sheet)(Trzaskoma, Theresa) (Entered: 10/05/2022) |

| 10/06/2022 | Ï 2 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Office of the New York State Attorney General to Subpoena Compliance . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22–CV . Document filed by Andrew M. Cuomo..(Trzaskoma, Theresa) (Entered: 10/06/2022) |
|---|---|---|
| 10/06/2022 | Ï 3 | DECLARATION of Theresa Trzaskoma in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Office of the New York State Attorney General to Subpoena Compliance . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22–CV. Document filed by Andrew M. Cuomo. (Attachments: # 1 Exhibit 1 – Amended Complaint, # 2 Exhibit 2 – Trooper 1 Docket, # 3 Exhibit 3 – Subpoena, # 4 Exhibit 4 – Initial Response Letter, # 5 Exhibit 5 – Counsel for Governor Cuomo's Response to Initial Response Letter, # 6 Exhibit 6 – Second Set of Responses, # 7 Exhibit 7 – OAG Privilege Log, # 8 Exhibit 8 – Referral, # 9 Exhibit 9 – OAG Press Release, # 10 Exhibit 10 – OAG Report, # 11 Exhibit 11 – OAG Press Release, # 12 Exhibit 12 – Transcript of Press Conference, # 13 Exhibit 13 – OAG Press Release, # 14 Exhibit 14 – OAG Press Release, # 15 Exhibit 15 – OAG Press Release, # 16 Exhibit 16 – OAG Press Release, # 17 Exhibit 17 – DA Press Release, # 18 Exhibit 18 – OAG Press Release, # 19 Exhibit 19 – The Hill Article).(Trzaskoma, Theresa) (Entered: 10/06/2022) |
| 10/06/2022 | Ï | Case Designated ECF. (aea) (Entered: 10/06/2022) |
| 10/06/2022 | Ï | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE MISCELLANEOUS COVER SHEET. Notice to Attorney Theresa Marie Trzaskoma. Attorney must electronically file the Miscellaneous Cover Sheet. Use the event type Miscellaneous Cover Sheet found under the event list Other Documents. (aea)** (Entered: 10/06/2022) |
| 10/06/2022 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jennifer L. Rochon. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf–related–instructions. .(aea) (Entered: 10/06/2022) |
| 10/06/2022 | Ï 4 | MISCELLANEOUS COVER SHEET filed..(Trzaskoma, Theresa) (Entered: 10/06/2022) |
| 10/06/2022 | Ï 5 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 22–MC–279. Document filed by Andrew M. Cuomo..(Trzaskoma, Theresa) (Entered: 10/06/2022) |
| 10/06/2022 | Ï 6 | NOTICE OF APPEARANCE by Rita Marie Glavin on behalf of Andrew M. Cuomo..(Glavin, Rita) (Entered: 10/06/2022) |
| 10/06/2022 | Ï 7 | ORDER with respect to 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Office of the New York State Attorney General to Subpoena Compliance. Other Court Name: United States District Court – Eastern District of New York. IT IS HEREBY ORDERED that, by October 7, 2022, Movant shall serve this Order and its motion papers, both electronically and by overnight courier, on Respondent and all Parties in the Eastern District Action and file proof of such service on the docket in this action. IT IS FURTHER ORDERED that Respondent shall, by October 12, 2022, file a letter on ECF in this action indicating whether Respondent consents to transfer of this Motion to the Eastern District of New York. The Court will then determine, as appropriate, any deadlines to file opposition and reply papers to the Motion. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 10/6/2022) (jca) (Entered: 10/06/2022) |
| 10/07/2022 | Ï 8 | NOTICE OF APPEARANCE by Allegra Ausilia Noonan on behalf of Andrew M. Cuomo..(Noonan, Allegra) (Entered: 10/07/2022) |
| 10/07/2022 | Ï 9 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE of Miscellaneous Case Cover Sheet; Notice of Motion to Compel the Office of the New York State Attorney General's Compliance with Subpoena; Memorandum of Law in Support; Declaration of Theresa Trzaskoma in Support and its Exhibits; and the Court's October 6, 2022 Order served on Office of the New York State Attorney General; All Parties in Trooper 1 Litigation on October 7, 2022. Document filed by Andrew M. Cuomo..(Noonan, Allegra) (Entered: 10/07/2022) |
| 10/12/2022 | Ï 10 | LETTER addressed to Judge Jennifer L. Rochon from Serena Longley dated October 12, 2022 re: Consent to Transfer and Briefing Schedule. Document filed by Office of the New York State Attorney General..(Longley, Serena) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 11 | MEMO ENDORSEMENT on re: 10 Letter filed by Office of the New York State Attorney General. ENDORSEMENT: Application GRANTED. In accordance with Federal Rule of Civil Procedure 45(f), this action is hereby transferred, upon consent, to the Eastern District of New York. The Court takes no position regarding the briefing schedule for the motion to compel. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 10/12/2022) (jca) (Entered: 10/12/2022) |