UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANDREW M. CUOMO,

                Movant,             1:22-mc-03044 (LDH)

  - against -                           **NOTICE OF APPEARANCE**

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL,

                Defendant.
---------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Defendant Office of the New York State Attorney General. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
         October 19, 2022

                                                LETITIA JAMES
                                                Attorney General
                                                State of New York

                                                By:   */s/ Andrew Amer*
                                                Andrew Amer
                                                Special Counsel
                                                28 Liberty Street
                                                New York, NY 10005
                                                (212) 416-6127
                                                andrew.amer@ag.ny.gov

                                                *Attorney for Defendant*

TO:    All counsel of record (via ECF)