UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANDREW M. CUOMO,                                   :
                                                                           :
                  Movant,                        :    1:22-mc-03044 (LDH)
                                                                           :
  - against -                                              :    **NOTICE OF APPEARANCE**
                                                                           :
OFFICE OF THE NEW YORK STATE            :
ATTORNEY GENERAL,                                :
                                                                           :
                  Defendant.                 :
------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Defendant Office of the New York State Attorney General. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
           October 25, 2022

                                                        LETITIA JAMES
                                                        Attorney General
                                                         State of New York

                                                        By:   */s/ Serena Longley*
                                                        Serena Longley
                                                         Deputy General Counsel
                                                        28 Liberty Street
                                                        New York, NY  10005
                                                        (212) 416-8178
                                                        Serena.longley@ag.ny.gov

                                                        *Attorney for Defendant*

TO:    All counsel of record (via ECF)