UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANDREW M. CUOMO,

        Movant,      1:22-mc-03044 (LDH)(TAM)

 - against -           Oral Argument Requested

OFFICE OF THE NEW YORK STATE ATTORNEY
GENERAL,

        Defendant.
------------------------------------------------------------------ X

## NOTICE OF CROSS-MOTION BY DEFENDANT OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL TO QUASH THE SUBPOENA BY MOVANT ANDREW M. CUOMO

**PLEASE TAKE NOTICE,** that upon Defendant Office of the New York State Attorney General's ("OAG") accompanying Memorandum of Law, the Declarations of Serena Longley and Ye Eun Charlotte Chun, and the exhibits attached thereto, and all prior pleadings and papers on file in the above-captioned action, Defendant OAG hereby cross-moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing the subpoena served on OAG in the action entitled *Trooper 1 v. New York State Police*, No. 22-cv-00893 (LDH) (TAM) (E.D.N.Y.), and granting such further relief as the Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's scheduling order entered on October 31, 2022, Movant's reply in support of his motion to compel and in opposition to Defendant's cross-motion shall be filed by November 22, 2022.

Dated: New York, New York
         November 8, 2022

Respectfully submitted,

By: /s/ Andrew Amer
Andrew Amer
Serena Longley
Tamikka Pate
Michael Jaffe

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6127
andrew.amer@ag.ny.gov

*Attorney(s) for Defendant*

cc: All Counsel of Record