# EXHIBIT 1



STATE OF NEW YORK
## EXECUTIVE CHAMBER
ALBANY 12224

**ANDREW M. CUOMO**
GOVERNOR

**BETH GARVEY**
SPECIAL COUNSEL AND
SENIOR ADVISOR TO THE GOVERNOR

March 1, 2021

Hon. Letitia James
Attorney General of the State of New York
State Capitol
Albany, New York 12224

Dear Attorney General James,

The Governor is hereby making a referral pursuant to Executive Law Section §63 (8) for you to select an independent law firm to conduct an inquiry into allegations of and circumstances surrounding sexual harassment claims made against the Governor.

As provided in Executive Law § 63(8), that private attorney or private attorneys, may be designated as Special Deputy Attorney General or Assistant Deputy Attorney General, to conduct the review.

Nothing in this letter is intended to constrain or limit any of the powers inherent in Executive Law § 63(8). Due to the nature of this review, however, the weekly reports contemplated by Executive Law § 63(8) will not be approved by or transmitted to the Executive. At the close of the review, the findings will be disclosed in a public report.

All New York State employees have been directed to cooperate fully with this review. I will serve as point of contact for any witness interviews or document production for the Executive Chamber and will connect you with appropriate counsel in any other agency or entity for any documents or witnesses necessary for the review.

Sincerely,

*Beth Garvey*
Beth Garvey
Special Counsel and Senior Advisor

*[Stamp: RECEIVED MAR 03 2021 NYS Attorney General Correspondence / Public Info.]*

**WE WORK FOR THE PEOPLE**
PERFORMANCE ★ INTEGRITY ★ PRIDE

printed on recycled paper