# EXHIBIT 4



LETITIA JAMES  
ATTORNEY GENERAL

EXECUTIVE DIVISION

March 8, 2021

Anne L. Clark, Esq.
565 Fifth Avenue
New York, NY 10017

Ms. Clark:

This letter is to confirm that you are hereby appointed as **Special Deputy to the First Deputy Attorney General** within the New York State Office of the Attorney General ("OAG") pursuant to New York State Executive Law §63(8).

As a Special Deputy Attorney General appointed under Executive Law § 63(8), you have the authority to investigate and report on allegations of, and circumstances surrounding, sexual harassment by Governor Andrew Cuomo. This authority includes the power to subpoena witnesses, compel their attendance, examine them under oath and require that any books, records, documents or papers relevant or material to the inquiry be turned over to you for inspection, examination or audit.

The powers conferred under this appointment shall be used exclusively for the benefit of the OAG and the People of the State of New York. As an appointed Special Deputy, you will agree and acknowledge that during the course of the investigation, you will keep all information obtained confidential. Notwithstanding the need to maintain the confidentiality of information obtained, there will be a public report of your conclusions at the close of the investigation.

This appointment will terminate upon the earlier of the following: written notice from the OAG, or at the end of six months, unless extended by me in writing.

During this appointment period, you will report to Jennifer Levy, First Deputy Attorney General or her designee(s), on behalf of the Attorney General.

Sincerely,

Letitia James

cc: Jennifer Levy, First Deputy Attorney General
Larry Schimmel, OAG General Counsel



**LETITIA JAMES**
**ATTORNEY GENERAL**

EXECUTIVE DIVISION

March 8, 2021

Joon H. Kim, Esq.
One Liberty Plaza
New York, NY 10006

Mr. Kim:

This letter is to confirm that you are hereby appointed as **Special Deputy to the First Deputy Attorney General** within the New York State Office of the Attorney General ("OAG") pursuant to New York State Executive Law §63(8).

As a Special Deputy Attorney General appointed under Executive Law § 63(8), you have the authority to investigate and report on allegations of, and circumstances surrounding, sexual harassment by Governor Andrew Cuomo. This authority includes the power to subpoena witnesses, compel their attendance, examine them under oath and require that any books, records, documents or papers relevant or material to the inquiry be turned over to you for inspection, examination or audit.

The powers conferred under this appointment shall be used exclusively for the benefit of the OAG and the People of the State of New York. As an appointed Special Deputy, you will agree and acknowledge that during the course of the investigation, you will keep all information obtained confidential. Notwithstanding the need to maintain the confidentiality of information obtained, there will be a public report of your conclusions at the close of the investigation.

This appointment will terminate upon the earlier of the following: written notice from the OAG, or at the end of six months, unless extended by me in writing.

During this appointment period, you will report to Jennifer Levy, First Deputy Attorney General or her designee(s), on behalf of the Attorney General.

Sincerely,

*Letitia James*

Letitia James

cc:   Jennifer Levy, First Deputy Attorney General
      Larry Schimmel, OAG General Counsel