# EXHIBIT 7

| Trooper 1 AC Paragraph | Quote | Source |
|---|---|---|
| 1 | "the hugs definitely got closer and tighter to the point where I knew I could feel him pushing my body against his and definitely making sure that he could feel my breasts up against his body" | Brittany Commisso Tr. 111:9-15. |
| 1 | "he would normally go to kiss me on the cheek and he would quickly turn his head and catch me on the lips" | Commisso Tr. 109:7-9. |
| 1 | "he wanted to know if I slept with older men" | Charlotte Bennett Tr. 198:19-20. |
| 1 | "he was fully staring down my shirt" | Alyssa McGrath Tr. 63:24-25 |
| 1 | "[h]e placed and pressed, then moved his finger across my breasts in a way that clearly meant to show me his power and his ability to control by body and my dignity" | Virginia Limmiatis Tr. 57:13-16 |
| 2 | "victim shaming" | Dani Lever Tr. 324:7-10 |
| 3 | "why don't you wear a dress?" | Trooper 1 Tr. 58:12-13 |
| 3 | "[c]an I kiss you?" | Trooper 1 Tr. 97:3-4; |
| 3 | "handle pain;" | Trooper 1 Tr. 103:18-19 |
| 3 | "[w]hy would you want to get married? . . . your sex drive goes down" | Trooper 1 Tr. 85:8-14 |
| 3 | "he runs his finger down the center of my back of my spine, basically from the top of my neck, basically midway down with his pointer finger and just said, 'Hey, you'" | Trooper 1 Tr. 87:22-88:2. |
| 4 | "the Governor sexually harassed a number of current and former New York State employees by, among other things, engaging in unwelcome and nonconsensual touching, as well as making numerous offensive comments of a suggestive and sexual nature that created a hostile work environment for women." The investigation further concluded that "the Executive Chamber's culture – one filled with fear and intimidation, while at the same time normalizing the Governor's frequent flirtations and gender-based comments – contributed to the conditions that allowed the sexual harassment to occur and persist." | OAG Investigation Report |
| 5 | "overwhelming evidence that the former Governor engaged in sexual harassment" | Judiciary Impeachment Investigation Report |

1

| Trooper 1 AC Paragraph | Quote | Source |
|---|---|---|
| 25 | "What did you say to him???????" | Ex. 29, Appendix I at p. 187 (email from Senior Investigator #1 to Trooper #1 dated November 5, 2017). |
| 28 | "they changed the minimum from 3 years to 2. Just for you." | Ex. 1, Appendix I at p.3 (email from Senior Investigator #1 to Trooper #1 dated November 5, 2017 attaching PSU Transfer Canvas) |
| 34 | "unless it is against protocols" | Trooper 1 Tr. 77:13–14 |
| 36 | "it always ends in divorce, and you lose money, and your sex drive goes down" | Trooper 1 Tr. 85:8-14 |
| 38 | "as a matter of fact, don't tell anyone about our conversations" | Trooper 1 Tr. 84:25-85:3 |
| 39 | "Hey [] you" | Trooper 1 Tr. 88:2 |
| 43 | "Can I kiss you?" | Trooper 1 Tr. 97:3-4 |
| 48 | "wear a dress" | Trooper 1 Tr. 58:13 |
| 50 | "stays in truck" | Trooper 1 Tr. 59:7-8 |
| 51 | "command center" . . . "upstairs" | Trooper 1 Tr. 80:17-18 |
| 52 | "if you ever need anything, my bedroom's right there" | Trooper 1 Tr. 123:19-21 |
| 55 | "You're too old for me." | Trooper 1 Tr. 103:4 |
| 57 | "can handle pain." | Trooper 1 Tr. 103:18-19 |
| 61 | "You don't have COVID, [right]?" | Trooper 1 Tr. 110: 18 |
| 63 | "toxic environment" . . . "sexually harassed me for years" | Exhibit 65, Appendix II, at p. 83 |
| 64 | "picked" . . . "four years on the job . . . to three." | Exhibit 30, Appendix I at p. 189 (email from William Duffy to Brendon Lyons, 12/18/2020) |
| 70 | "Who told you you could drive my car?" . . . "Let me just wipe this down for you." . . . ."Don't worry about it." | Source unknown |
| 78 | "want[ed] to pull me in to do work for him." | Commisso Tr. 100:24 |

2

| Trooper 1 AC Paragraph | Quote | Source |
|---|---|---|
| 79 | "she looked good for her age and [for] being a mother" | Commisso Tr. 74:24-25 |
| 79 | "showed some leg" | Commisso Tr. 75:4-5 |
| 79 | "fooled around" | Commisso Tr. 89:24 |
| 79 | "anyone other than [her] husband" | Commisso Tr. 90:17-18 |
| 88 | "If you were single, the things I would do to you" | Commisso Tr. 88:2-4 |
| 86 | "go to kiss [Commisso] on the cheek" but then "quickly turn his head and catch [Commisso] on the lips." | Commisso Tr. 109:7-9 |
| 90 | "Does that feel good?" | Commisso Tr. 114:12-14 |
| 93 | "honored [her] commitments" | Bennett Tr. 129:12 |
| 94 | "slept with older men"; | Bennett Tr. 172:19 |
| 96 | "became him trying to get me to admit to something sexually" | Bennett Tr. 134:10-11 |
| 101 | "like Daisy Duke." | Bennett Tr. 184:17 |
| 106 | "wrapping his hands around both sides of [her] hands" | Lindsey Boylan Tr. 64:8-9 |
| 109 | "very clear predatory situation"; "said okay because that's what you do" | Boylan Tr. 104:2 |
| 111 | "better looking sister" | Exhibit 56, Appendix II, at p. 61 |
| 111 | "some little doll for the Governor of New York" | Boylan Tr. 91:20 |
| 111 | "the whole environment was set up to feed the predator" | Boylan Tr. 90:15 |
| 112 | "Let's play strip poker" | Boylan Tr. 126:9-10 |
| 113 | "Well, if I was the dog, I'd mount you too" | Boylan Tr. 67:3 |
| 115 | "not in a friendly way," but "in a sexual way" | Boylan Tr. 117:17-18 |
| 119 | "wants pretty. . . faces around." | McGrath Tr. 66:24-25 |
| 121 | "specific details" and "what exactly happened." | McGrath Tr. 52:10,11 |
| 123 | "he was fully staring down my shirt" | McGrath Tr. 63:24 |
| 128 | "talk[ed] to [her] like she was a little girl almost." | Ana Liss Tr. 112:16 |
| 129 | "approached [Liss], kissed her on the check, and slipped his hand around her lower waist." | Liss Tr. at 96:7–12, 104:10, 109:9–12, 196:4–8) |
| 130 | "kissed [her] hand and asked [her] if [she] had a boyfriend and kissed [her] cheek." | Liss Tr. at 76:22–77:1, 79:14–22) |
| 135 | "what [she] looked like." And "I am not going to sleep with the Governor." | Kaitlin Tr. 37:8, 12 |
| 136 | "[e]verybody told me that I had to take the job" | Kaitlin Tr. 39:12 |
| 137 | "didn't look right." | Kaitlin Tr. 86:22 |
| 138 | "looked like a lumberjack" | Kaitlin Tr. 83:23 |
| 139 | "directly behind" and "backside" | Kaitlin Tr. 100:25, 10. |
| 140 | "took his hand and double tapped the area where [State | State Entity Employee # 1 Tr. 27:10, 20 |

3

| Trooper 1 AC Paragraph | Quote | Source |
|---|---|---|
|  | Entity Employee #1's] butt and [her] thigh met." And "kind of grab the areas between [her] butt and [her] thigh." Note: Quotes are not exact and contain several changed letters/words. |  |
| 141 | "You will be fine with those on." and "go so deep [with the swab] that [she] hit [his] brain." and "gentle but accurate." and "Gentle but accurate[, I've] heard that before." and ""Nice to see you, Doctor – you make that gown look good," | State Entity Employee # 2 Tr. 158:5 -164:4 |
| 142 | "I'm going to say I see a spider on your shoulder" | Limmiatis Tr.  32:15 |
| 143 | "Wow, you're aggressive" and "Can I kiss you" | OAG Investigation Report Pg. 143 |
| 144 | "horror stories about people getting kicked off the detail or transfer[red] over like little things." | Trooper 1 Tr. 93:24 |
| 144 | "expected to lose [her] job." | Bennett Tr. 227:24 |
| 144 | "would be destroyed before they even stepped out the door." | Boylan Tr. 182:16 |
| 144 | "laughed out of town" | Liss Tr. 81:4 |
| 144 | "very scary to report something against someone who has so much power" | State Entity Employee # 1 Tr. 47:11 |
| 144 | "was going to perhaps have [her] career impacted" | State Entity Employee # 1 Tr. 47:16 |
| 144 | "how do you explain to someone what the Governor did in public, such an egregious act, heinous act. I was very fearful . . . how does someone believe that this happened to me." | Limmiatis tr. 40:23 |
| 144 | "leave with as little fuss as possible" and "not make waves" | OAG Investigation Report Pg. 126 |
| 146 | "changes in staffing" | Judy Mogul Tr. 254:7 |
| 147 | "Victim Shaming" | Dani Lever Tr. 325:9 |
| 149 | "a lead on the wedding girl [Ruch] being put up to it." | DeRosa Tr. 362:21 |
| 150 | "spread oppo on [investigator] Joon Kim." | Exhibit 104, Appendix III, at p. 141 |