# Exhibit A

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. SHLOMO S. HAGLER | PART | 17 |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------X

ANDREW M CUOMO

                Plaintiff,

- v -

LETITIA JAMES,

                Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 156771/2022 |
|---|---|
| MOTION DATE | N/A |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 71, 72, 73, 74, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100

were read on this motion to/for            ARTICLE 78 (BODY OR OFFICER)    .

Upon the foregoing documents, it is

      ORDERED and ADJUDGED that Respondent's determination, dated April 12, 2022, denying Petitioner's request for a state-funded defense pursuant to Public Officer's Law ("POL") § 17 is hereby vacated as stated on the record on January 27, 2023; and it is further

      ORDERED and ADJUDGED that Petitioner request for a state-funded defense pursuant to POL § 17 is granted as stated on the record on January 27, 2023.

      By letter, dated February 1, 2023 (NYSCEF Doc. No. 101), Respondent avers that it has notified Petitioner's counsel that Petitioner has been certified for private counsel in the above-

156771/2022   CUOMO, ANDREW M vs. JAMES, LETITIA             Page 1 of 2
Motion No. 001

1 of 3

FILED: NEW YORK COUNTY CLERK 02/03/2023 11:25 AM  INDEX NO. 156771/2022
NYSCEF DOC. NO. 102  Case 1:22-mc-03044-LDH-TAM   Document 24-1   Filed 02/06/23   Page 3 of 4 PageID #: 246  RECEIVED NYSCEF: 02/02/2023

referenced matter in accordance with POL § 17.

\_\_\_2/1/2023\_\_\_  _____
DATE  SHLOMO S. HAGLER, J.S.C.

| CHECK ONE: | [X] CASE DISPOSED | [ ] NON-FINAL DISPOSITION | |
|---|---|---|---|
| | [X] GRANTED | [ ] DENIED | [ ] GRANTED IN PART | [ ] OTHER |
| APPLICATION: | [ ] SETTLE ORDER | | [ ] SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | [ ] INCLUDES TRANSFER/REASSIGN | | [ ] FIDUCIARY APPOINTMENT | [ ] REFERENCE |

156771/2022  CUOMO, ANDREW M vs. JAMES, LETITIA  Page 2 of 2
Motion No. 001

2 of 3



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

**BY ECF AND E-MAIL**

February 1, 2023

The Honorable Shlomo Hagler
Supreme Court of the State of New York,
New York County
60 Centre Street
New York, NY 10007

RE: In re Cuomo v. James, Index No. 156771/2022

Dear Justice Hagler:

By letter dated today, the Office of the Attorney General ("OAG") has advised counsel for the Petitioner in the above-captioned matter that he has been certified for private counsel in the Trooper 1 Action in accordance with Public Officers Law § 17 ("POL § 17") in light of the Court's ruling, as stated on the record at the conclusion of the January 27, 2023 argument, that Petitioner's request for a state-funded defense pursuant to POL § 17 is granted. OAG's determination to certify Petitioner for private counsel in the Trooper 1 Action is subject to a full reservation of rights and without prejudice to OAG's right of appeal with respect to any final order issued in this Article 78 proceeding.

Respectfully,

/s/ Andrew Amer
Andrew Amer
Special Counsel
28 Liberty Street
New York, N.Y. 10005
(212) 416-6127

cc: Counsel of Record (by ECF and e-mail)

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● FAX (212) 416-6075 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

3 of 3