# EXHIBIT B

Page 1

1

2                        C O N F I D E N T I A L

3    ---------------------------- X

     IN THE MATTER OF THE

4    INDEPENDENT INVESTIGATION UNDER

     NEW YORK STATE EXECUTIVE

5    LAW SECTION 63(8)

6    ---------------------------- X

7

8                            June 4, 2021

9                            1:36 p.m.

10

11

12

13

14              CONFIDENTIAL REMOTE VIDEOTAPED

15    INVESTIGATION of WITNESS 6-4-21, taken by

16    the New York Attorney General's Office,

17    pursuant to Executive Order 63(8), before

18    Theresa Tramondo, AOS, CLR, a Notary

19    Public of the State of New York.

20

21

22

23    Reported by:

24    THERESA TRAMONDO, AOS, CLR

25    JOB NO. NY4613069

Page 2

1

2   APPEARANCE OF COUNSEL:

3

4       CLEARY GOTTLIEB STEEN & HAMILTON LLP

5       One Liberty Plaza

6       New York, New York  10006

7       BY:  ABENA MAINOO, ESQ,

8            JENNIFER KENNEDY PARK, ESQ.

9            AVION TAI, ESQ.

10      Amainoo@cgsh.com

11      Jkenndeypark@cgsh.com

12      Atai@cgsh.com

13      212-225-2000

14

15      ALSO PRESENT:

16      ROCCO MERCURIO, VIDEOGRAPHER, VERITEXT

17   LEGAL SOLUTIONS

18

19

20

21

22

23

24

25

Page 3

```
 1
 2            THE VIDEOGRAPHER:  We're now
 3     going on the record.  Today is Friday,
 4     June 4, 2021, and the time is
 5     approximately 1:36.  This is the
 6     remote video deposition of Ana Liss in
 7     the matter of Independent
 8     Investigation under New York State
 9     Executive Law Section 63(8).
10            My name is Rocco Mercurio and
11     the court reporter is Theresa Tramondo
12     and we are from Veritext.
13            Will counsel please introduce
14     yourselves and who you represent for
15     the record.
16            MS. MAINOO:  Good afternoon.
17     Abena Mainoo from the Law firm of
18     Cleary Gottlieb Steen & Hamilton, but
19     acting as a Special Duty to the First
20     Deputy Attorney General for the
21     New York State Attorney General's
22     Office.
23            MS. PARK:  Jennifer Kennedy Park
24     from the law firm of Cleary Gottlieb
25     Steen Hamilton, and I'm also a Special
```

Page 4

1

2          Deputy to the first Deputy Attorney

3          General of the New York State Attorney

4          General's Office.

5                  MS. TAI:  And I'm Avion Tai also

6          from the law firm of Cleary Gottlieb

7          Steen Hamilton I've been designated as

8          Special Assistant to First Deputy

9          Attorney General.

10                 THE VIDEOGRAPHER:  The court

11         reporter will now swear in the witness

12         and we can now proceed.

13                 MS. MAINOO:  All parties agree

14         that the court reporter can

15         swear/affirm the witness in virtually

16         via Zoom as if the witness was in the

17         same room as the court reporter.

18         Unless there are any objections by any

19         party, say it's so stipulated.

20                 So stipulated.

21    A N A   L I S S,  called as a witness,

22    having been duly sworn via Zoom by a

23    Notary Public, was examined and testified

24    as follows:

25    EXAMINATION BY

```
                                            Page 5

 1                      Confidential
 2   MS. MAINOO:
 3          Q.     Good afternoon after, Ms. Liss.
 4   Thank you for meeting with us today.
 5               Before I start asking questions,
 6   I'm going to give you some background
 7   information and go over some ground rules.
 8               The New York State Attorney
 9   General has appointed the law firms Cleary
10   Gottlieb Steen Hamilton and Vladeck Raskin &
11   Clark to conduct an independent
12   investigation under New York Executive Law
13   Section 63(8) into allegations of sexual
14   harassment brought against Governor Andrew
15   Cuomo, as well as the surrounding
16   circumstances.
17               You are here today pursuant a
18   subpoena issued in connection with this
19   investigation.
20               I will note at the outset that
21   today's proceeding is being video recorded.
22   You are under oath.  That means you must
23   testify fully and truthfully just as if you
24   were in a court of law sitting before a
25   judge and jury.  Your testimony is subject
```

Page 6

1                    Confidential
2     to penalty of perjury.  If you would like to
3     make any brief sworn statement, we would ask
4     that you do so at the end of your
5     examination today.
6               Although this is a civil
7     investigation, the New York Attorney
8     General's Office also has criminal
9     enforcement powers.  You have the right to
10    refuse to answer a question if answering the
11    question would incriminate you, but any
12    failure to answer can be used against you in
13    a court of law in a civil noncriminal
14    proceeding.
15              Asserting your Fifth Amendment
16    privilege does have evidentiary
17    significance.  If you choose to assert your
18    Fifth Amendment privilege, that fact could
19    be presented to a judge or a jury in a civil
20    proceeding, who will be free to draw a
21    conclusion from your assertion of that
22    privilege.
23              I understand that your attorney
24    is not attending your testimony, but you
25    have access to him today during your

Page 7

1                    Confidential
2    testimony and you can consult with your
3    attorney if you have any questions about the
4    attorney-client privilege.
5               As you can see, we have a court
6    reporter present with us in the virtual
7    room, and she is to take my questions and
8    your answers to create a transcript.  So
9    that the reporter can create a clean record,
10   please provide a verbal response to each
11   question.  So please do not shake or nod
12   your head or give responses like um-hum.  Do
13   you understand?
14        A.    Yes.
15        Q.    If you do not know the answer to
16   the question, please say you do not know.
17   Please allow me to finish my question before
18   you begin to answer, and I will try not to
19   speak over you so that the court reporter
20   can create a clean transcript, particularly
21   since we're not all in the same room.
22               You will not be permitted to
23   review a transcript of your testimony.  If
24   at any time today you want to clarify an
25   answer you have given, please let me know.

```
                                                   Page 8
                               Confidential
 1
 2    If you do not understand a question, please
 3    let me know and I will try to ask the
 4    question in a different way.
 5                   I will be asking about names and
 6    dates and other specific information.  Even
 7    if you don't remember a specific name or
 8    date, I would ask that you give me your best
 9    approximate answer while indicating that
10    your answer may not be exact.
11                   If you need a break at any
12    point, please let me know, but if there is a
13    question pending, please answer the question
14    first and then we can take a break.  Okay?
15         A.    Yes.
16         Q.    Please confirm that you are
17    alone.
18         A.    Yes, I am alone.
19         Q.    Please confirm that you're not
20    using any technology to create a recording
21    of the proceeding on your end including
22    using screen capturing tools.
23         A.    Yes, I can confirm I'm not
24    recording this using any technology.
25         Q.    Please confirm that you're not
```

Page 9

1                     Confidential
2      allowing anyone else to listen in including
3      through any devices.
4            A.     Yes, no one else is listening
5      in, I can confirm.
6            Q.     And please confirm that you are
7      not and will not communicate in real-time or
8      during breaks with anyone else about the
9      substance of your testimony.
10           A.     Yes, I can confirm I won't be
11     communicating that.
12           Q.     Executive Law Section 63(8), a
13     provision under which this investigation is
14     being conducted, prohibits you as well as
15     your counsel from revealing anything about
16     what we ask or what you say during your
17     testimony to anyone.  If anyone asks you to
18     disclose any such information, please let us
19     know, including any reason they provide for
20     seeking such information and we will discuss
21     with you whether any disclosure will be
22     permitted.
23                  Please note that you are
24     protected from retaliation for participating
25     in today's testimony.  We ask that you let

```
                                                    Page 10
1                        Confidential
2     us know if you are concerned about any
3     potential retaliation from the Executive
4     Chamber or anyone else.
5                    Are you taking any medication or
6     drugs that might make it difficult for you
7     to understand my questions?
8          A.     No, I am not.
9          Q.     Have you had any alcohol today?
10         A.     No, I have not.
11         Q.     Is there any reason why you
12    would not be able to answer my questions
13    fully and truthfully?
14         A.     No, there is no reason.
15         Q.     Please state your name, date of
16    birth and current home and business address
17    for the record.
18         A.     My name is Ana Liss, and my date
19    of birth is ████████  ██    ████.  My home
20    address is ██  ████████  ██████  ███,
21    ████████  ██  ████  █████, and my business
22    address is ██  ████  ████  ████████  ████  █████,
23    ██████████  ████  ████  █████.
24         Q.     Ms. Liss, have you ever given
25    testimony before?
```

```
                                          Page 11
 1                    Confidential
 2         A.     No, I have not.
 3         Q.     Other than conversations with
 4   your attorney, did you do anything to
 5   prepare to testify today?
 6         A.     No, I have not.
 7         Q.     Please open your electronic
 8   exhibits and open Tab 2, which we will mark
 9   as an exhibit.
10                 (Exhibit 1, Testimony subpoena,
11         Tab 2, marked for identification, as
12         of this date.)
13         A.     One moment.  One second, it says
14   it sent me an e-mail -- oh, here it is.  My
15   apologies.
16         Q.     No worries.
17         A.     I just have to activate my
18   account.
19         Q.     If it's easier, you can also
20   look on the screen.  We're sharing the
21   exhibit on the screen.
22         A.     Okay.  You said that it is Tab
23   number 2, correct?
24         Q.     Correct.
25         A.     All right.  While I'm waiting
```

```
                                         Page 12
 1                     Confidential
 2   for it to set up, I'll look on the Zoom
 3   screen, if that's okay.
 4         Q.     Absolutely.
 5                Do you recognize this document
 6   as the testimony subpoena you received from
 7   our office?
 8         A.     Yes, I did.
 9         Q.     Did you read the subpoena?
10         A.     Yes, I did.
11         Q.     And do you understand that your
12   testimony today is being taken pursuant to
13   this subpoena?
14         A.     Yes, I understand.
15         Q.     We can take the document off the
16   screen.
17                Ms. Liss, please take us through
18   your educational background starting with
19   college.
20         A.     Yes, I attended Ithaca College,
21   the Park School of Communications, and I
22   received a bachelor of arts in journalism,
23   graduated in 2007.  Subsequent to that, I
24   attended the University of Pennsylvania for
25   my master's in public administration.  I
```

Page 13

                    Confidential

1     graduated from that program in 2011.  And I

2     also hold a certificate in graduate studies

3     from SUNY Empire State College in innovation

4     management and technology transfer, and I

5     earned that certificate in 2015.

6          Q.    And please walk us through your

7     employment history following college.

8          A.    Immediately following college, I

9     worked for a new station in Elmira, New York

10    WETM 18 News, the NBC affiliate, serving the

11    southern tier of New York State and the

12    northern tier of Pennsylvania, from 2007 to

13    2009.

14              Subsequent to that, I attended

15    graduate school.  After graduate school, I

16    worked for the Center for Governmental

17    Research in Rochester, New York as a

18    research associate for a period of a little

19    less than a year.

20              And then I worked for Greater

21    Rochester Enterprise as a business

22    development associate for approximately two

23    years working in Economic Development, also

24    in Rochester.

1                    Confidential

2                    After that I received the Empire

3       State Fellowship to work in Albany.  So from

4       2013 to 2015 I worked in Albany for the

5       Executive Chamber for Governor Cuomo in a

6       variety of different roles.  Technically I

7       was an employee of New York State Homes and

8       Community Renewal; although, I sat in the

9       Executive Chamber and answered up through

10      the Economic Development chain of command

11      and ultimately to the director of state

12      operation.

13                   After leaving Albany, I worked

14      for Cornell University's S.C. Johnson

15      Graduate School of Business as -- of

16      Management, excuse me, as a corporate

17      relationship manager, and then that was from

18      2000 -- that was in 2015.

19                   And then I was recruited to go

20      back to Greater Rochester Enterprise, my

21      employer prior to getting the Fellowship, as

22      a managing director of business development.

23      I was there from 2015 to 2020.

24                   And then in 2020, last year, I

25      joined the administration of Monroe County,

Page 15

1                    Confidential

2      New York, County Executive Adam Bello, as

3      the director of planning and economic

4      development, and in this role I am also the

5      executive director of the Monroe County

6      Industrial Development Agency and the Monroe

7      County Industrial Development Corporation.

8           Q.    So we're going to focus on your

9      time at the Executive Chamber now.  How did

10     you come to work in the Executive Chamber

11     starting in 2013?

12          A.    I applied for the Empire State

13     Fellowship in early 2013.  It was the second

14     year of the program, and per a news release,

15     the administration was recruiting a second

16     cohort.  The Empire State Fellowship was

17     posited as though it was modeled after the

18     Presidential Management Fellowship Program,

19     recruiting young professionals with graduate

20     degrees to come work in state government

21     service.  I applied because I was interested

22     in and passionate about upstate New York

23     economics development and revitalization and

24     wrote my essay in such a way as, you know, I

25     was seeking employment to help serve the

```
 1                   Confidential
 2   Governor's administration in its efforts to
 3   lift up the Regional Economical Development
 4   Council initiative.
 5              And I found out I got the
 6   Fellowship in late spring, I believe, of
 7   2013.  And I moved to Albany in August of
 8   2013 and began the Fellowship in September
 9   of 2013.  And before I found out that I was
10   going to be assigned to the Executive
11   Chamber on the second floor of the Capitol
12   in the Governor's Office, I attended a
13   week-long orientation program with the other
14   members of my Fellowship cohort at the
15   Rockefeller Institute of Government, part of
16   SUNY Albany, and I met the other fellows,
17   all of whom were assigned to different roles
18   in state government.  Many were assigned to
19   various state agencies.  A few of us were
20   assigned to the second floor.
21              On the final day and evening of
22   our orientation program, there was a
23   reception that we were invited to attend at
24   the Rockefeller Institute, and I was
25   introduced to ████  ████████, who at the
```

Page 17

1                    Confidential

2    time was the assistant secretary for

3    Economic Development, working for Governor

4    Cuomo.   I was informed that ███████  ███████

5    was going to be my, quote/unquote, mentor or

6    like my boss, and the next day I was to

7    report to duty in my office in the Executive

8    Chamber and ████████ was going to begin giving

9    me assignments.

10        Q.   What work did you understand you

11   would be doing as an Empire State Fellowship

12   working out of the Executive Chamber?

13        A.   I was told that I would be

14   helping to develop and inform policy-making

15   decisions.  Given that I was assigned to the

16   Economic Development portfolio, so to speak,

17   it was my understanding that I was going to

18   help staff and administer the work of the

19   ten regional Economic Development Councils

20   and help to guide the management of that

21   initiative throughout my tenure there, and

22   all of the fellows were told that the

23   ultimate goal was for each of us to develop

24   sufficient experience and connectivity such

25   that we would become deputy secretaries.

Confidential

1
2          So I thought early on that I
3   might be tasked to be an assistant secretary
4   or a deputy secretary for Economic
5   Development or work in a senior leadership
6   position within an agency.  So for me that
7   would have been Empire State Development
8   Corporation.
9          Q.    When you found out that you had
10  been placed in the Executive Chamber, what
11  did you think about that?
12         A.    At first I didn't know what it
13  meant really; however, I quickly learned in
14  conversation with the people that were
15  managing the Fellowship program at
16  Rockefeller that it was a prestigious place
17  to work and that I was very fortunate and
18  that it was exciting and it was going to be
19  high pressure and that I should be proud.
20  So I was excited and nervous.
21         Q.    What was were you nervous about?
22         A.    I was nervous that I
23  wasn't -- that I couldn't cut it, you know,
24  that I was nervous that I was just a young
25  person from upstate New York with no

Page 19

Confidential

1
2  knowledge of how Albany really works and how
3  state government really functions,
4  especially from a political point of view,
5  and I thought that I would -- I thought that
6  I wasn't really cut out for it and that, you
7  know, they would get rid of me or something.
8  It was sort of an Imposter syndrome.  But I
9  also felt like hat I could roll up my
10  sleeves and really try.  I was committed to
11  leveling up, so to speak.
12      Q.    What excited you about the
13  opportunity?
14      A.    I was excited because the
15  Governor up to that point, you know, he had
16  established an agenda that was really
17  focused on upstate New York.  He had rolled
18  out the Buffalo Billion and had promoted a
19  lot folks in the greater Rochester region in
20  his administration.  Bob Duffy was our mayor
21  at one point and was serving at the time of
22  the Governor as Lieutenant Governor.  Our
23  regional ESD office was pretty -- had a
24  pretty solid talent bench, and I thought,
25  wow, this is so exciting for Rochester and I

```
                                              Page 20
                            Confidential
 1
 2    get to serve this administration and also be
 3    a companion for my hometown, and I thought,
 4    you know, this is it, this is my ticket to
 5    the rest of my career in public service.
 6              Just the Governor had developed
 7    a reputation being kind of a lion champion
 8    for upstate economic development, and up to
 9    that point under previous governors there
10    were a lot of dark times and feelings of
11    depression upstate through the great
12    depression -- or the Great Recession and
13    later on, and it felt like there were
14    reasons to be hopeful, and I thought, wow,
15    this is really amazing, I get to play a role
16    in this larger effort to make things better.
17         Q.    I don't know if you have been
18    able to access the site yet, but we're going
19    to pull up Tab 5 and we will mark that as an
20    exhibit.
21              (Exhibit 2, announcement of 2013
22         to 2015 Class of Empire State Fellows,
23         Tab 5, marked for identification, as
24         of this date.)
25         A.    Yes, I have it pulled up.
```

1            Confidential
2        Q.     Tab 5 should be the announcement
3    of 2013 to 2015 Class of Empire State
4    Fellows.  Do you see that?
5        A.     Yes, I do.
6        Q.     Do you recognize this document?
7        A.     Yes, I do.
8        Q.     Page 1, I'm going to put it on
9    screen.  Page 1 says that in the third
10   paragraph "The Governor appointed each
11   Empire fellow to a position that matches
12   their skills with the needs of state
13   government," and then turning to page 3 it
14   includes a profile for you, it refers to
15   your background in Economic Development,
16   fiscal policy, public budgeting, local
17   government ethics and journalism?
18       A.     Uh-hum.
19       Q.     Do you remember the first time
20   you saw that profile?
21       A.     Yeah, I don't know exactly when
22   it was.  It was not long after the
23   orientation.  I think it was towards the end
24   of orientation week that it was released and
25   publicized, and I remember feeling proud and

Page 22

Confidential

1   I shared it with my friends and family.

2

3        Q.    We can take that off the screen.

4              What positions did you hold when

5   you were at the Executive Chamber?

6        A.    It's -- it was confusing, and

7   particularly for somebody like me, who

8   needed structure.  There lacked a great deal

9   of structure.  So when I started out, I was

10  working for ███████ ████████, and I was seated

11  in a -- the second floor.  It was sort of a

12  balcony atrium area in the Lieutenant

13  Governor's Office, that was dusty and off

14  the beaten path, and I sat up there at a

15  really old computer workstation next to a

16  young woman named ███████ █████, ████ ██████

17  █████ ████ ███████ on the Regional Economic

18  Development Councils.

19             And at first I was given random

20  one-off assignments.  I was asked to collect

21  mailing addresses and contact information

22  for as many commercial contractors in the

23  State of New York as possible for an event

24  that the Governor was hosting that had to do

25  with START-UP New York, I believe.

Page 23

1         Confidential
2             I was asked to put -- the
3    Governor had gotten it into his head at one
4    point per ████████ that he wanted to bring
5    back Formula 1 racing to New York State, and
6    I was asked to research the feasibility of
7    that and put a memo together.
8             Then I was asked to do sort of
9    random things having to do with the Regional
10   Council, so putting meeting materials
11   together, attending with ████████  ████████ and
12   with ████████ and other staff members,
13   attending meetings of the Regional Councils
14   in other part of the state, which was funny.
15   You know, I got to do a little bit of
16   traveling in New York.
17             And then a couple of months into
18   it, I was asked to leverage my journalism
19   background, to put some video reels together
20   for the upcoming Regional Economic
21   Development Council awards, which was
22   happening in, I think, November of that
23   year.  And I did a lot of work on that with
24   Empire State Development with their
25   multimedia crew, and I did some traveling

Page 24

1                        Confidential
2     and interviewed some people.
3                    And I found out per ███████
4     after I had spent several weeks putting
5     those together with relatively little
6     supervision and relatively little feedback,
7     that the Governor had seen one of the videos
8     and hated it and wanted us to start over.
9     And this was the night before -- the day
10    before the award, so I had to work like kind
11    of through the night in the multimedia
12    studio underneath -- in the concourse of the
13    State Capitol with the communications team
14    to put everything together to repackage
15    everything so that the Governor would like
16    it.
17                    And he assigned his Director of
18    State Operations at the time, Howard Glaser,
19    to supervise me.  I don't know if that -- if
20    it was him that assigned it or what, but
21    Howard Glaser was put there down there with
22    me, and at the time I thought, wow, this is
23    so amazing because up until that point I was
24    sort of in this far-gone section of the
25    Executive Chamber where it was just me and a

```
                                              Page 25
                          Confidential
 1
 2    couple of people in the Lieutenant
 3    Governor's Office.  I really never saw
 4    anyone that had any name recognition, and
 5    all of a sudden I was sitting at a table
 6    with Howard Glaser, whose name was mentioned
 7    all the time.
 8         Q.    What was Howard Glaser's
 9    position?
10         A.    He was the Director of State
11    Operations at the time.
12              And notably he was also ███████
13    ███ ████████ ████████ who was one of the other
14    accusers later on.
15              But anyhow, Howard helped work
16    with me and the other -- and the multimedia
17    crew.  There's like videographers, audio
18    editors.  And we put everything -- we
19    repackaged the videos so that the Governor
20    liked them.  We made them like sexier and
21    more exciting, kind of like movie trailers
22    almost.
23              And then the next day I remember
24    I noticed that Howard Glaser started
25    following me on Twitter.  Then I was
```

Page 26

| | |
|---|---|
| 1 | Confidential |
| 2 | notified later on by a gentleman by the name |
| 3 | of ████ ████████, who is now a lobbyist, but |
| 4 | ████ ████████ was ████████ ████████ ████████, |
| 5 | I was notified that Howard wanted me to go |
| 6 | over and work in his office. |
| 7 | And so then I moved my stuff |
| 8 | over to Howard's office, and his office was |
| 9 | right next to the Governor's Office, so when |
| 10 | the Governor was in Albany, the Governor |
| 11 | would come through, and that's when I would |
| 12 | see him.  It was a completely different |
| 13 | environment and different -- it was a lot |
| 14 | more pressure, a lot more stress. |
| 15 | And then it got increasingly |
| 16 | unclear like what I was doing in the |
| 17 | Governor's Office because ████ ████████ was |
| 18 | running Economic Development, and I really |
| 19 | like doing the work, you know, staffing the |
| 20 | Regional Councils, and then all of a sudden |
| 21 | I was kind -- kind of sort of taken off of |
| 22 | that for the most part and like sat in |
| 23 | Howard's office and did random assignments |
| 24 | for Howard, while also on the fringes doing |
| 25 | random assignments for ████  So I never |

                        Confidential
1

2    quite understood what I was doing there.  It

3    was confusing, and I ultimately -- I tried

4    to find my way to a spot that felt more

5    productive and felt like it was more

6    structured, but, you know, ultimately what

7    made the most sense at the end of my

8    Fellowship was just to get out, and so

9    that's why I got out.

10        Q.    And when you sat at your

11   original location in the Lieutenant

12   Governor's Office, where was that in

13   relation to the Governor's Office?

14        A.    It was -- so the second floor of

15   the Governor's Office is like a big square,

16   and on one side of the square is the Hall of

17   Governors and that's where the Governor's

18   Office is and all of the really important

19   deputy secretaries, and on the other side

20   it's like the Hall of New York, where the

21   Lieutenant Governor's Office is and some

22   like less important assistant secretaries.

23            So I was in the Hall of New

24   York, pretty far removed, and also

25   furthermore I was up on the second floor in

1                    Confidential
2    one of the offices, so even further removed.
3    And nobody from -- like I heard names like
4    Howard Glaser and Larry Schwartz and Melissa
5    DeRosa and Stephanie Benton.  I heard the
6    names -- oh, and Joe Percoco, and these are
7    all names -- besides the Governor, I didn't
8    know who any of these people were before I
9    started in the Executive Chamber.  I heard
10   the names tossed around all the time and
11   began to learn who are the important people
12   and they were sort of like nameless,
13   faceless individuals.  They never came over
14   to that side of the second floor.  They
15   never were visible.  So it was also like
16   there was like this barrier between the two
17   worlds.  It was a totally different world.
18   And then when I moved over, it unlocked the
19   reality of the Executive Chamber.  It felt
20   like I was in the real Executive Chamber.
21        Q.    What do you mean when you say it
22   felt like you were in the real Executive
23   Chamber?
24        A.    I went from being around -- I
25   mean, I was -- my day-to-day when I was in

```
                                               Page 29

 1                         Confidential
 2      the Lieutenant Governor's Office working for
 3      ████████  wasn't very stressful.  You know you
 4      could wear -- you had to dress up, but it
 5      wasn't like you had to wear fancy clothes
 6      all the time.  Nobody was breathing down my
 7      neck or was looking at me and monitoring my
 8      every move.  I felt like -- it was just less
 9      stressful and more fun and relaxed.
10                And then when I went over to the
11      Hall of Governor's and I was working in
12      Howard's office and the Governor was there
13      every so often and I would see all of these
14      people and I would hear all of the yelling
15      and screaming and the stress, it felt like I
16      went from, you know, being in Parks and Rec
17      to being like in the West Wing.
18                And I was told I had to wear
19      high heels when the Governor was in the
20      office, and I felt it was just a much more
21      high pressure environment.  There was a lot
22      cursing and screaming.  And I began to learn
23      quickly who were our enemies and who were
24      our friends and who was important and who
25      wasn't important.  It was just -- for
```

```
                                          Page 30
 1                      Confidential
 2    someone with my background, I was a little
 3    naive and didn't know what that world was
 4    like.  I had some involvement in politics up
 5    until that point, you know, locally involved
 6    in some small town campaigns, but I
 7    didn't -- I didn't really know what I was
 8    walking into.  And I knew that the best --
 9    the easiest way to survive and get by and
10    not get in trouble and not get a target on
11    my back was just to look nice, be nice, do
12    what I was told.
13          Q.    I'll want to talk more about
14    that.
15              First, other than sitting in the
16    Lieutenant Governor's Office and then in
17    Howard Glaser's office, did you sit anywhere
18    else during the time you worked in the
19    Executive Chamber?
20          A.    Yes.  So after Howard -- so
21    Howard left after -- so the Governor ran for
22    his second time in 2014 and he was reelected
23    and that's when ████  ██████ left and Kathy
24    Hochul joined the administration, and I
25    think Howard had promised the Governor that
```

Page 31

Confidential

1
2    he would stick with him through that and
3    then he left to go take a lobbying job.  He
4    left to go take a lobbying job.  He went to
5    go work for some company that lobbied for
6    airlines or airports.  And so he took off,
7    and then he was replaced in -- in a quick
8    amount of time by Jim Malatras, who was
9    young and who had been working for SUNY for
10   the SUNY Chancellor.  He's now the SUNY
11   Chancellor himself.  But showed up and he
12   sort of inherited me as like an accessory in
13   his office, but he didn't really have
14   anything for me to do.  The only task that
15   I'd been given by Howard that kind of stuck
16   around under Jim was I was tasked with
17   overseeing and being the Executive Chamber
18   liaison to the New York State Council on the
19   Arts, which is like a really small state
20   agency.
21            And then I quickly started to
22   feel like Jim wanted me out of there.  He
23   didn't really have any use for me and
24   so -- and then ████████  ████████ was like
25   beleaguered and hadn't been promoted to dept

Page 32

1

2  sec from assistant secretary and he already

3  had a special assistant person and he didn't

4  really need for anything.

5                And a gentleman by the name John

6  Maggiore, who had been serving as the chief

7  of staff to ████  ████, was promoted, like

8  they kind of created a job for him.  They

9  called him the director of policy after ████

10 left, and they brought him over from the

11 Lieutenant Governor's Office to the -- to an

12 office across the hall from the Director of

13 State Operations Office, previously occupied

14 by ████ -- shoot, a ███████ ██ ██ ███ █



15 ████ ██ ███ ██ █ ███ ███

16 ███████, ██ ██ ██ ██ ████ ██

17 ████ ████ ██ ███ █████, ███

18 ███████ ██ ██████, so in his office.

19 So John was had been put in that office.

20                And I had been trying to make

21 inroads with John, knowing, you know, John

22 was from Buffalo and was very policy-minded

23 and a smart person, and I thought maybe he's

24 somebody that I could align myself with,

25 maybe he has an opportunity, maybe he could

Page 33

1                    Confidential

2    use me for something.  So I lobbied to get

3    in with John, and he basically put me at a

4    desk outside of his office, gave me access

5    to his e-mail and I was like a scheduler for

6    him and I helped him write op-eds and

7    speeches.  I helped with the -- helped

8    writing the State of the State policy book,

9    things like that.

10            But again, it lacked a lot of

11   structure.  I found out through the

12   grapevine in the Chamber that the policy

13   team under John was viewed as the "land of

14   misfit toys."  It was me, a woman by the

15   name of ████ ████, a gentleman named ████

16   ████ ████ ████ ████ ████ ████ ████ ████

17   ████ ████ ██ ████ ████ ████ ████,

18   ████ ████ ████ ████ ██ ███ ████ ██,

19   ████ ████ ████ ████ ████ ███ ████,

20   ████ █ ██ ████ ████ ████ ████ ████ ████

21   ████ ████ ██ ████ ████ ████ ██ ████

22   ████.  So ████ was there and there were a

23   couple of other random people.  And we

24   didn't really know what our jobs were.

25            So I started looking -- this was

```
                                        Page 34
 1                    Confidential
 2   towards the -- like the middle of
 3   2015 -- early 2015, middle of 2015, and then
 4   I started actively looking for a job just to
 5   get out, just like be closer to home and get
 6   some semblance of structure and normalcy
 7   back into my life.
 8        Q.     Did you have an understanding of
 9   what the idea -- "the land of misfit toys"
10   meant or was meant to convey?
11        A.     Yeah, it was like you guys can't
12   really cut it, you're not cut from the same
13   fabric as the other -- you know, the pit
14   bulls basically that rise to prominence in
15   Cuomoland.  So you kind sit here and take
16   what they give you and do -- but no one was
17   ever really going to get fired because they
18   didn't want to let anyone go.  I started to
19   learn early on they didn't want to allow
20   people to leave I think because of, you
21   know, knowledge of the inner workings, and
22   they like to protect the narrative and
23   control where you go after you work for the
24   Governor, so that you're in some sense of
25   beholden and you're not going to like be a
```

Page 35

```
 1                  Confidential
 2  whistleblower or something.  Because I
 3  remember when I got the job at Cornell and I
 4  got out, people sort of murmuring, like,
 5  wow, you're lucky.
 6            Para but it was a lateral move.
 7  I was making the exact same salary and I had
 8  to move.  It was not like I did it -- I
 9  viewed my decision to get out and to get
10  that job, I viewed it as a personal and a
11  professional failure, like I can't cut it on
12  the second floor, I can't cut in Albany.
13            Also, I was ███ █ ██████  ██████
14  ██████ ██████  █ ██████ ██████ ███████ .  █ █
15  ██████ ██████ ██████ .  █ ███ ██ ██ ██████ ██████
16  ██ █ ██ ██████ ██ ██ ██████ ██ █ ██████ █
17  ██ █ ██████ .  But some folks there were,
18  like, oh, you were lucky, you got out, you
19  didn't need to call in any favors, like
20  you're free kind of thing.
21            There was one story that I
22  learned of sort of early on, a young woman
23  named ████  ████████ , who had been working
24  for ████  ██████ , who at the time was the
25  ████ ████ ██ ██████ , she got
```

Page 36

1

2     a job offer, I think, working for ███, like

3     a better job, better pay, and because she

4     didn't ask Joe Percoco's permission to apply

5     for the job, he like flipped out at her and

6     yelled at her, and then he called ███ and

7     had the job offer taken away.  And I learned

8     of that, you know, through secondary

9     sources, but that was the first time I

10    learned that, you know, they don't let you

11    go without a fight, particularly if you have

12    spent time working on the campaign, if had

13    seen things, heard things, which was kind of

14    disconcerting, I guess.

15          Q.    And when did you learn about

16    ███     ████████     experience and difficulty

17    leaving to go to ████?

18          A.    How did I learn about it?

19          Q.    First, when, the first time?

20          A.    Oh, probably in early like 2014.

21    Sometime in 2014.  And I learned of it

22    through younger staffers.  There was sort of

23    a cohort in the second floor and in some of

24    the agencies of younger staffers who had

25    worked on the campaign.  They called

1           Confidential

2    themselves "the crew."  And ████████  ████████,

3    who was the woman I mentioned earlier, who

4    sat near me, was one of them.  And then

5    there was a gentleman named ████  ████████, who

6    was one of them.  ████████  ████████, who up

7    until recently was still working for the

8    Governor, was a big part of that crew.

9    Several -- ████████  ████████  ████████  ████████.

10   ████████  ████████  ██  ████████████████  ████████.

11   ████  ████████████  worked in the Lieutenant

12   Governor's Office.  There were a bunch of

13   them.  And I -- I didn't ingratiate myself

14   to them necessarily.  They didn't like the

15   Fellowships.  They were kind of upset when

16   the Fellowships showed up because we all

17   showed up without having volunteered on the

18   campaign and we were making more money than

19   all of them and we were kind of around the

20   same age and they didn't like that.  And --

21   and because I had to work in close proximity

22   to so many of them, I used my soft skills to

23   try and just be nice and like get along with

24   them and convey to them that like, hey, I

25   don't know what the heck I'm doing here, I

Confidential

1                    Confidential
2     don't know what I'm doing here, I'm sorry, I
3     didn't realize that that was case.  You
4     know, and I started to be friendly with
5     them, and I learned through them some of
6     that gossip, you know, I learned about ███
7     and I learned about like other -- just other
8     bits of gossip.
9          Q.    What other bits of gossip did
10    you learn from them?
11         A.    Umm, there was a lot.  Like who
12    was hooking up with who kind of thing.
13         Q.    Did you learn any information
14    concerning the Governor from any members of
15    the crew?
16         A.    I learned that the Governor
17    doesn't use e-mail.  I learned that the
18    Governor -- I learned through them that like
19    the Governor could get like really, really
20    mad and scream and yell.  I learned
21    about -- there was a gentleman named ███
22    ████████ ███ ███ ███ ██████
23    ████████ █ ██████ ████ █ ████
24    ████████ ███ ██ ██████ █████, and
25    I learned about the time that ███ pissed

Page 39

1                    Confidential

2    off the Governor and the Governor like got

3    up in his face with a football.  And I

4    learned that the Governor likes -- the

5    Governor likes leggy women and the Governor

6    only wears Salvatore Ferragamo ties.  I

7    learned about the time that he got down and,

8    you know, shoe-shined ████ ████████ shoes.

9    I learned that the Governor doesn't like

10   when the guys wear anything besides white

11   dress shirts.  And I learned that the

12   Governor only likes things whenever he's --

13   because ████ ██████ was one of his advance

14   guys, and I learned how they would have to

15   like change the thermostat so that it was 60

16   degrees for the Governor, that kind of

17   stuff.  Nothing -- nothing about like the

18   Governor having sex with people or touching

19   anybody, nothing like that on that lever.

20   Just like the Governor is a tyrant

21   basically.

22            And then in terms of like other

23   gossip, I learned that ████ ████████,████ ███

24   ████ ████ ██████ ███ ████ ████ ███

25   ████ ████ ████ ████ ████ █ ██████

Page 40

1          Confidential

2   ███████ ████ ██ ██ ██ ████ ████. I

3   thought that was bizarre.  I learned through

4   them that ████ █████, ████ ██ █████

5   █████ ██ ████ █ ██ ████ ████ ████ █ ████

6   ████ ██████ ████ ████ █████, and I

7   thought that was weird.  And I learned

8   about, oh, in Albany everybody has like an

9   Albany girlfriend, like the █████ █ ████

10  ██, you know, they stay out all night, and

11  I remember feeling kind of gross and seedy

12  about it.

13          And I could understand why the

14  crew developed like rapport with one

15  another.  You know, they were all in like

16  their 20s and from like all over New York

17  State and like their families were like from

18  all over the place and they found family in

19  each other and solace and comfort, despite

20  all of the gross savagery.

21      Q.      You mentioned that you learned

22  from the crew that the Governor doesn't use

23  e-mail.  Did anyone ever discuss any reasons

24  why the Governor didn't use e-mail?

25      A.      Yeah, I learned from ████

```
                                             Page 41
 1                       Confidential
 2     ████████, who was tight with Rich Azzopardi,
 3     that the Governor doesn't use e-mails
 4     because he doesn't want to put stuff in
 5     writing.  He would only uses BlackBerry
 6     messaging.  And I also learned this through
 7     ████████ because ████████ -- one thing --
 8                    So I'll just say this about
 9     ████████ When I was working under him, ████
10     ████████ ████████ ████████ ████ ████ ████████ ████████ ████
11     ████████ ████ ████ ████████████, he never -- I
12     remember he seemed sort of put off and
13     annoyed by the fact that I was chipper and
14     excited to work there, almost like he was
15     like why do you want to work here, it's the
16     worst frigging place in the world.
17                    And because -- because ████████
18     was constantly on the Governor's speed dial
19     list.  Like I remember hearing him on the
20     phone with the Governor, the Governor
21     yelling at him, the Governor constantly
22     Blackberry messaging him, and ████████ had
23     ████████ ████ ████ ████ ████████ ████ ████ ████████,
24     and I could tell it was really a strain for
25     him working there, and in some of my
```

```
                                              Page 42
 1                   Confidential
 2   traveling with ████    for the Regional
 3   Council stuff, he would divulge stuff like
 4   that, like, yeah, he doesn't e-mail, he
 5   doesn't da-da-da.
 6              And then just a couple of years
 7   ago, I think it was 2018, I was at a
 8   conference in San Francisco for my job at
 9   SEMICON West, and ████ was there because
10   at the time -- you know, he got out for a
11   few years and was tasked to run the center
12   for economic growth in Albany.  He's not
13   there anymore, but because he was at CEG, he
14   went to that conference, and he and I got
15   beer together and ██ ███████ ██████ ██ ████
16   ██ ██ ███████ and he was honest with me and
17   shared a lot about how awful it was and how
18   miserable he was and how chaotic it was and
19   how the job didn't make any sense.
20              So anyways, the short answer is
21   I learned through ██████  and through some
22   folks involved in the communications team
23   that the Governor doesn't put anything in
24   writing, really.
25         Q.    Let's rewind to your move to
```

```
                                          Page 43
  1                    Confidential
  2    Howard Glaser's office, after you worked
  3    with him on these reels, at the time what
  4    did you think that the move to Howard
  5    Glaser's office meant?
  6         A.    I thought it meant that I was
  7    being promoted to a higher level position
  8    and that I had taken my Fellowship a step
  9    further and sort of made it, and I
 10    remember -- you know, those feelings you get
 11    like if you get promoted or you get
 12    something that other people want and you can
 13    tell like people are sort of envious of you,
 14    and you feel sort of ashamed, but you are
 15    also sort of proud of yourself, I remember
 16    feeling like with the other fellows, like
 17    they were all kind of like envious, like,
 18    wow, Ana gets to go over and work in
 19    Howard's office.
 20              And I remember ████ ██████, who
 21    was ████ ██ ██ ████████ ███████ █████
 22    ████ ██ ███████ ██ ███████ ████ █████
 23    ██████.  We had professional development
 24    stuff that we would do on the side.  Tuesday
 25    night we would go to the Rockefeller
```

Page 44

1                    Confidential

2    Institute and take classes and listen to

3    lectures with each other, and I remember ███

4    announcing to the team, you know, everybody,

5    Ana is working in Howard Glaser's office,

6    you know, this is evidence of the fact that

7    the Fellowship really works and, you know,

8    we're unearthing talent from different

9    corners of the state and all over the place

10   and installing you in higher levels of state

11   service.  So I thought it was a big deal.

12           Q.    Did anyone say -- did anyone

13   else say anything to you in addition to what

14   this gentleman you just mentioned say to you

15   make you think that the move to Howard's

16   office was a big deal?

17           A.    Yeah, well, when ███  ███

18   came to my previous office space to let me

19   know that this was happening, he said

20   congratulations, you know, you caught his

21   eye.  ███  ███ said congratulations,

22   ███  ███ said congratulations, like, wow,

23   somebody likes you, you know, get ready for

24   bigger and better responsibilities.

25           Q.    Did you have any understanding

```
                                        Page 45
                          Confidential
 1
 2    of the reasons you were moved to Howard
 3    Glaser's office?
 4         A.    I was not informed, like he
 5    didn't call me into his office and say I
 6    really was impressed by your work ethic and
 7    your skills and I want to bring you over to
 8    do X, Y and Z.   I thought it was because he
 9    was impressed by overseeing my efforts to
10    reconfigure the Regional Council award
11    ceremony videos and that he thought I was
12    somebody who maybe he could groom into a
13    role on his team.
14              The desk that I occupied in his
15    office had previously been occupied by a
16    gentleman named ████  ████, who was an
17    attorney.  ████ ████ ██████ ████  █████
18    ██ ██████ ██████ ██ ██████ ██ ███████
19    █████, and so there was this open desk and
20    Howard put me on it, and I was like, oh, I'm
21    not a lawyer, what does he want me to do,
22    and I never really got an answer to that.
23         Q.    Did you ever talk with Howard
24    about your background?
25         A.    No, he never really asked.
```

Page 46

1                      Confidential
2   There were certainly times when I might have
3   divulged like, oh, yeah, I used to work in
4   the news media.  He knew I was from
5   Rochester and that I had worked in economic
6   development, but beyond that, I don't -- I
7   don't know what he knew.
8                  I quickly -- and maybe this is
9   just an assumption, but it was an assumption
10  that was like bolstered by other people's
11  observations, and it's something like when
12  you're a woman who is attractive and you can
13  tell when people are looking at you, you can
14  tell when -- you can tell when certain
15  things are granted to you because you're
16  good looking.  I felt like that was why.  I
17  quickly sort of chalked it up to that.  I
18  was like, well, I'm not here because they
19  think I'm like Elon Musk or something.  I
20  just fit the profile and I do what I'm told.
21      Q.    When did you start feeling that
22  way, that the reason for your move was
23  because they thought -- because someone
24  found you attractive?
25      A.    Not long after I went over

1                    Confidential

2     there.  You know, maybe about a week or two

3     in.  Because ███████ █████████, who was

4     ███████ ████████ █████████, and who had

5     been working in that environment her whole

6     career, like she had been ██████ ████████

7     ████████, she was the secretary that

8     actually -- she told me she cleaned out

9     █████ █████████ office when he left.  She

10    had been there forever, she was seated in

11    that office where I was situated, she was

12    very observant, she had a good relationship

13    with the Governor's secretary and briefers

14    and everything, and she was the one who told

15    me wear high heels, look attractive, wear a

16    skirt, wear a dress, you know, do your hair,

17    all that, and she had observed --

18                    Like when the Governor

19    first -- it was like my second or third day

20    in the office and the Governor was there,

21    and he came through and sort of was

22    flirtatious and, you know, friendly, and she

23    said, oh, he likes you, honey.  And I was

24    told that he likes blonds, and I thought,

25    okay, well, I guess this is Mad Men.

Page 48

1                    Confidential
2                And so I thought my currency was
3      what I looked like, and I noticed that most
4      of the other women on that side of the
5      second floor were conventionally attractive
6      women and they all dressed to the nines and
7      wore stilettos and skirts and that was the
8      environment.
9            Q.    What did you think when
10     ██████   ██████████  told you, oh, he likes you,
11     honey, and, oh, that he likes blonds in
12     relation to the Governor?
13           A.    I thought, oh, okay, well, that
14     means, like, he'll remember my name and
15     he'll know who I am, and I guess that's a
16     good thing.  I didn't think that that means
17     the Governor is going to try and be a
18     predator.  I just thought he was, like, a
19     creepy middle-aged man, but he was a really
20     powerful man, and in that environment he was
21     the center of gravity, and everywhere that
22     he was the most important place.  So if he
23     looked kindly upon you, it was like the sun
24     was shining upon you.
25           Q.    In what way was it like the sun

```
 1                    Confidential
 2   was shining on you if the Governor looked
 3   kindly upon you?
 4        A.    You know, that means that the
 5   most powerful man in New York State likes me
 6   and my job here is safe and maybe it means
 7   that I will get promoted and I will earn a
 8   bigger salary here and I will -- and other
 9   people will begin to know my name and I will
10   have bigger responsibilities simply because
11   Andrew Cuomo thinks that I'm cute and sweet
12   and worthy of his trust.
13        Q.    Did you see things play out that
14   way for anyone?
15        A.    Yes.
16        Q.    Who?
17        A.    Melissa DeRosa, ██████████
18   ████████, Annabel Walsh, many of his
19   briefers.  Many of his briefers, they
20   were -- his briefers were always young women
21   and they oftentimes were promoted to better
22   jobs if he liked them.
23              And certainly Stephanie Benton,
24   I mean, as an admin she was one of the most
25   powerful people on the second floor.  He
```

```
                                        Page 50
 1                    Confidential
 2  gave her carte blanche, you know, and she's
 3  a beautiful woman who -- and then
 4  ████████████ ████████, I think is her first
 5  name, ███████████ was another one.  ██████,
 6  ████████ ████████ ██████████, she was the
 7  █████████ ████████ ████████ █████ █████.
 8              And I don't want to -- it's hard
 9  to explain, but you know, it's Albany, it's
10  not known, it's not like it's Beverly Hills,
11  you know, and I was just -- there were just
12  so many beautiful women everywhere in that
13  immediate -- in those immediate -- in that
14  immediate vicinity.  And I know that that's
15  not illegal per se, but --
16          Q.    When you say "beautiful"?
17          A.    -- it raised the flag.
18          Q.    When you say "beautiful women,"
19  could you describe what they looked like?
20          A.    Long hair, long slender legs,
21  dresses and skirts, both blond and brunette,
22  you know, cleavage and jewelry and sweet
23  smelling perfume.  I felt like I kind of had
24  to step up my game there.
25          Q.    What about in terms of age, was
```

1                        Confidential
2    there a particular profile there?
3          A.     Yeah, 20s and 30s for briefers.
4    Secretaries working under Stephanie, any of
5    the fellows that were elevated into
6    assistant secretary or deputy secretary
7    roles were younger women.  And then there
8    were some older women too, like █████████
9    ███████████████  and ██████████  █████████  and ██████████
10   █████████, who were not young per se, they were
11   in their 40s, but you know, were trading in
12   the same currency.
13              And I overlapped quite a bit
14   towards the end of my Fellowship with
15   Lindsey Boylan, and I remember recalling the
16   same thing, like, oh, wow, she's so
17   beautiful and so tall, and I noticed that
18   she was always coming to Albany and meeting
19   with the Governor.
20         Q.     What about racial or ethnic
21   background, did the women that you described
22   as the beautiful women, were they a
23   particular profile?
24         A.     Yeah, they were white or in a
25   couple of cases Latino, but I did not see

Page 52

```
 1                    Confidential
 2     black or brown women in that type of
 3     position or in that type of category or
 4     profile.
 5                    Also, I remember there was a
 6     woman named ████  ████, who -- I think she
 7     was the ████  ████  ███  ████
 8     ████  or something.  I can't recall
 9     exactly.  ███  ███ █ █████  ███  ███  ███  ███,
10     ███  ████  ████  ██████  ███  ███  █████
11     ██ █ ██████  ███, and I just remember that
12     Joe Percoco and the Governor, like, hated
13     ████  and they would make fun of her, and
14     ultimately they got rid of her.
15                    I remember thinking like that's
16     probably not just based on her track record,
17     because she was really smart and had a lot
18     of credentials.  It was probably because she
19     wasn't pleasing to the eye for them.  I
20     remember that struck me as like, oh, of
21     course, they're going to throw somebody like
22     that out on the curb or make her feel so
23     unwelcome and uncomfortable here or
24     powerless here that she'll go, you know, for
25     greener pastures.
```

                        Confidential

1        Q.    Do you remember what led to her

2   departure, whether she left or she was

3   dismissed?

4        A.    I don't recall either way.  I

5   just remember she left or she was gone.

6        Q.    After your initial pride about

7   moving desks to Howard Glaser's office, how

8   did you feel about moving desks?

9        A.    I felt trapped.

10       Q.    What do you mean by that?

11       A.    I felt like on the one hand I

12  had been given this great opportunity and

13  other fellows and other staff members in the

14  Chamber were envious and thought, wow,

15  that's so cool, Ana gets to sit there, she's

16  so lucky, but then on the other hand, I felt

17  like I was collecting dust and I wasn't

18  being given a lot of meaningful work and

19  that I felt that somehow that was my fault,

20  like I didn't -- I wasn't taking enough

21  initiative, I wasn't enough of a -- I wasn't

22  aggressive enough.  Like I -- it was very

23  hollow.  I wasn't being given enough work to

24  sort of fill out eight hours a day, and I

Page 54

1                     Confidential
2   wasn't being called to New York City really
3   at all.  And at the time that was really the
4   seat of New York State government.  The
5   Governor was in New York City all the time
6   and not really in Albany.  And I was like,
7   wow, my job is a real waste of taxpayers'
8   dollars.  And I also thought that it was
9   weird and ironic that, you know, I was a
10  line item in HCR's budget and I wasn't doing
11  any work that had do with housing and
12  community renewal.  And I just felt like an
13  accessory kind of thing.
14       Q.    When you say you "felt like an
15  accessory," what do you mean by that?
16       A.    Like I was allowed to
17  participate in soirees here and there at the
18  Executive Mansion and I was allowed to play
19  functional roles and things like Regional
20  Council meetings still on a case-by-case
21  basis that were public facing, but
22  internally I wasn't a real cog in any one
23  wheel, and the Governor -- so working in the
24  Executive Chamber, you're supposed to feel
25  like, okay, I work for the Governor of the

Page 55

```
 1                     Confidential
 2   State of New York, the Governor is my boss.
 3   The Governor didn't have any clue, I think,
 4   what I was doing there or what my job was,
 5   never asked me a question about it, and I
 6   thought that was weird.
 7              And I thought it was my fault,
 8   like I thought I'm not smart enough to be
 9   here.  Even though I continuously was
10   planting seeds, I was always asking ████████
11   ████████  and John Maggiore and other folks,
12   like do you need me to do anything, what can
13   I do, do you have any projects for me to
14   work on, is there anything that I do to help
15   you out.
16              And I remember wishing that I
17   had been given a less sexy and visible
18   assignment.  Like I wished that I was put in
19   a desk at like the State Liquor Authority or
20   something and tasked with making a program
21   more efficient or something like that so
22   that I had a real purpose.  But like I was
23   doing things like checking people in at
24   mansion parties, and it was just -- it was
25   all very like a lot of one-off assignments.
```

```
 1                    Confidential
 2              And I kept track of things that
 3    I was really proud of, like the work I did
 4    for the Councils, the work I did with the
 5    New York State Council on the Arts, helping
 6    them with their budget negotiations.  It was
 7    all stuff that in the grand scheme of things
 8    that was not seen as important at all, but
 9    for me it was like this is important, this
10    is my track record.  I know I'm not going to
11    be here forever, I need to like tick off the
12    list and then finish my Fellowship and then
13    I'm going to get -- go back upstate.
14         Q.    I want to go back to the
15    comments you had made earlier, the
16    statements you made about ███  █████  ███
17    █████ , and you said that Joe Percoco and
18    the Governor used to make fun of her.  What
19    would the Governor say about ███  █████ ?
20         A.    I don't recall hearing him
21    specifically saying anything.  A lot of what
22    I knew that the Governor -- a lot of the
23    opinions that I knew he held, the sort of
24    derisiveness that -- with which he would
25    treat people, I learned through secondary
```

1              Confidential

2    sources.  But I knew they would call her, I

3    think it was, ████ ███ ████ █ ████ ██████

4    or something.

5         Q.    Do you know if the Governor

6    called ███  ████  that?

7         A.    I didn't hear of any that

8    offhand.  Part of me thinks that, you know,

9    in some ways I was protected from it or like

10   I was intentionally -- there was like a

11   certain wall that was put up.  But I have it

12   on good authority that the Governor shared

13   those opinions.  There were certain people

14   that he was -- there was Joe Percoco, Howard

15   Glaser, Jim Malatras, certain

16   individuals -- Larry Schwartz, certain

17   individuals who were privy -- █████ ██████

18   too, that were privy to his inner thoughts

19   and discriminatory -- the labels that he

20   would place on people.  So I can't speak to

21   those things directly.  I just believed that

22   those were things that he may have said.

23        Q.    Were there any other

24   discriminatory things that you were told the

25   Governor may have said?

```
                                                Page 58
 1                        Confidential
 2          A.      I would have to think about
 3    that.  I guess no.  Just that the Governor
 4    didn't like unattractive people unless you
 5    had something else to offer, I suppose.  So,
 6    no, yeah, I don't know if I could speak to
 7    that.
 8          Q.      Just continuing, completing that
 9    line of questioning, are you aware of any
10    statements other than the ███████ ██████ ██████
11    statement by the Governor that would be
12    considered offensive regarding members of
13    the LGBTQIA community?
14          A.      Not that I was privy to.
15          Q.      Or anything that you heard
16    about?
17          A.      No, no, I couldn't speak to it,
18    but I certainly wouldn't be surprised if
19    there was other activities taking place that
20    were discriminatory.
21          Q.      And did you hear or hear about
22    any comments by the Governor that would be
23    offensive to racial or ethnic minorities?
24          A.      No, no, not that I can recall.
25                  The only thing I know again that
```

```
 1                      Confidential
 2    I think is public knowledge is that, you
 3    know, Andrew being the brainchild of Vote
 4    for Cuomo Not for the Homo, the campaign
 5    language used for his father's campaign
 6    years ago, you know, so.  And there
 7    certainly were not -- there were people
 8    across the spectrum, like racial spectrum
 9    and LGBTQAI (sic) plus spectrum in
10    administration.  But like at the upper,
11    upper echelon of his, you know, inner -- the
12    inner sanctum, it was by and large straight
13    and Caucasian except for Alphonso David.
14         Q.   You said the Governor did not
15    have unattractive people unless they had
16    something else to offer.  What did you mean
17    by unless they had something else to offer?
18         A.    Like connections, money, power,
19    knowledge credentials.  Like I remember
20    feeling like, wow, literally the only reason
21    why I'm sitting here right now is because
22    I'm good looking and because I
23    don't -- otherwise, I'm not serving any
24    other purpose here.  So I guess it's hard to
25    elaborate more on that.  It was just an
```

```
                                                   Page 60
 1                    Confidential
 2     observation, I guess.
 3          Q.    After Mr. Glaser left and he was
 4     replaced by Mr. Malatras, did you continue
 5     to sit at the same desk in the office where
 6     Mr. Glaser used to sit?
 7          A.    Yes, for a period of time, a
 8     handful of months, I think, until I -- you
 9     know, I talked to John Maggiore to move
10     over, and I think Jim Malatras talked to
11     John to make that happen, he wanted to make
12     room for another person in his office.  I
13     don't know -- he didn't replace me until I
14     think after I left to go work for Cornell.
15     'Cause I continued -- when I switched work
16     spaces, I was working in the office across
17     the hall, so I still had sort of a view on
18     the office and my old work space.
19                Jim had a very different style
20     than Howard Glaser and there was a changing
21     of the guard, I guess.  Like he -- like ████
22     ██████     left when Howard left and then Jim
23     brought in a gentleman by the name of
24     ████████  ████████   (phonetic) who was like one
25     of his assistants, I guess, at █████.  So
```

```
                                        Page 61
 1                      Confidential
 2      ███████  came over, and I started to feel
 3   like, okay, the vibe here is different.  Jim
 4   is not giving me assignments, but he didn't
 5   tell me I want you to go here, there.  I had
 6   to sort of figure out on my own where I was
 7   going to go if I wanted to say.
 8            Q.    What kind of assignments did
 9   Howard give you?
10            A.    He had me -- my first assignment
11   for him was updating a presentation
12   prevention about Super Storm Sandy recovery
13   that he was going to be delivering to the
14   Crain's New York breakfast, it was like an
15   annual Crain's New York breakfast.  He was
16   fed up with a woman named ████  ███, who was
17   the ████████  ████████  ███  ███  ███  ███████
18   ████████  ███  ███  ███, I don't know why, he
19   felt that she was too much of a character,
20   and he asked me -- he's like, okay, I think
21   I want you to be sort of like kind of the
22   assistant secretary for the arts.  You know,
23   we don't really have a place to put the arts
24   in any one portfolio, they don't really fit
25   in Economic Development, they don't really
```

Page 62

                        Confidential

1
2     fit anywhere else, we just need you to sort
3     of oversee them, and that became my job, but
4     it was such a small agency that never got
5     any attention or any bandwidth in the
6     perspective of Governor.
7                     I thought that it was really
8     cool and important.  I took that and ran
9     with it.  It was like literally the only
10    thing that gave me any meaning from the time
11    that Howard gave it to me until I left.  I
12    was like this is it.  And I remember ███
13    sent me like a flower bouquet when I was
14    leaving, they liked having me represent them
15    on the second floor.
16                    And then beyond that, he would
17    have me wordsmith speeches and
18    presentations, he would have me take notes
19    when he was in meetings with people, he
20    would have me schedule meetings for him, he
21    would have me like get him on the phone with
22    people, so a lot of just admin stuff.
23         Q.    Did you speak with anyone about
24    your issues and challenges with getting a
25    meaningful work when you were at at Chamber?

Page 63

1              Confidential
2         A.    I spoke with friends.  You know,
3    I shared some of my concerns with ███████,
4    ████ ██████████ ██ ██ ███████, expressed
5    frustrations, spoke to family, but I didn't
6    really have recourse on the second floor.  I
7    talked to ████████ like I said, and I talked
8    to John Maggiore just saying, you know, I
9    would like to stay here, I'm passionate
10   about helping carry forth the agenda, I'm
11   just looking for something with a job
12   description and a job title so I know that I
13   have a certain purpose here.  Not --
14              Those conversations turned into
15   me essentially acting as John Maggiore's
16   admin, and then I learned that we were the
17   "land of misfit toys" and then I got out.
18   And it wasn't just because of professional
19   frustration.  It was a lot of personal
20   frustration too, just feeling -- you know,
21   your job represents such a big piece of who
22   you are in our society, who -- the value
23   that you assign to yourself, and I just
24   believed at that point in time that I was a
25   big zero.

```
                                           Page 64
 1                    Confidential
 2              And I learned the word "zero"
 3      from the second floor actually.  That was a
 4      big -- that word that was tossed around a
 5      lot by the Cuomo acolytes, "loser" and
 6      "zero."  And I felt if I wasn't good
 7      looking, I wouldn't be sitting there and I
 8      would truly be a true real zero.  And a lot
 9      those, you know, they're machinations in my
10      own mind, but it played out.
11         Q.    When you say you felt like you
12      didn't have any recourse, what's the reason
13      you felt that you didn't have any recourse?
14         A.    Well, there were no secrets
15      there.  Like -- like I -- so first of all, I
16      was never briefed on the Governor's Office
17      of Employee Relations or GOER.  I didn't
18      know that there was an HR function.  That
19      wasn't part of my orientation process.  I
20      was never introduced to anyone there.  And
21      anything having to do with HR, I felt like,
22      oh, I would have to go through the New York
23      State Division of Homes and Community
24      Renewal, I don't even know anyone there, I
25      just know they sign my paychecks, and if I
```

Page 65

1                     Confidential

2    were to go over there and say I'm frustrated

3    with my role here, I'm looking for

4    reassignment, they would have no idea what I

5    was even talking about, so that's -- you

6    know, when I said earlier I felt trapped,

7    that's kind of why I felt trapped.

8              Like the only way that I could

9    advance in my career and get to a place

10   where I would feel satisfied and moving

11   forward was if I got out and I got a job

12   somewhere else, but the only way I could get

13   a job somewhere else is if I could show some

14   sort of value contribution and structure,

15   evidence of structure of the two years I was

16   there, which is why I took it upon myself to

17   really keep a track record.

18             And you know, and I took

19   a -- and I took a -- I made a lateral move

20   to go work at Cornell, and ultimately got my

21   career back on track, but I didn't -- none

22   of that was owing to the experiences I had

23   in Albany, except for knowing, you know, how

24   things work in Albany is a value to me in

25   the job I have today, I suppose, but it was

Page 66

Confidential

1          just -- it was a -- it was not a traditional

2          workplace environment.

3                      Certainly there were laws and

4          policies and rules in place that in black

5          and white were probably there to protect me

6          and to help me, but I didn't know about

7          them.  And I also knew about stories, like,

8          you know, ███████ ██████████, and like ████████

9          ████████, who felt like he was trapped there,

10         and I thought, wow, well, I guess we all

11         just have to just sit here and be punished

12         until we're granted like an opportunity like

13         a parachute to get out.

14              Q.    And just following up on

15         that -- well, actually, before I move on:

16         Did you feel like you could speak with

17         anyone who was part of the Fellowship

18         program about the frustration with your

19         experience at the Chamber?

20              A.    Yeah, we were told that it was

21         like a resource and we were afforded

22         the -- you know, the folks at the

23         Rockefeller Institute who helped develop the

24         curriculum to help us learn about state

Page 67

1                      Confidential
2     government that supplemented our work
3     experience, and then there were a few staff
4     members with the New York State Department
5     of State, who were in charge of like
6     managing the Fellowship program and staffing
7     it.  I can't recall the name of the woman
8     off the top of my head, she's no longer
9     there, but she was █████ ██ ████
10    ███████ ███ ██ ███ █ ██ ██ ███ ████
11    █ █ ██ ███ █ ██ ██ ██ ████
12    █████████ █ ████ █ █ ███.  She was
13    supposed to be my -- like a resource, but I
14    didn't use it because I believed that I had
15    to survive and figure it out on my own and I
16    didn't think there was anything that she or
17    anybody in the Rockefeller Institute could
18    do to help me.
19               It was supposed to be my mentor,
20    it was supposed to ████ ████.  Even
21    after I was reassigned into Howard's office,
22    my mentor remained █████, and so I was
23    supposed to leverage that relationship, you
24    know, and -- so I probably could have worked
25    harder to advocate on my own behalf, but I

```
                                              Page 68
 1                     Confidential
 2    was just confused and scared and uncertain.
 3         Q.    What's the reason for saying you
 4    probably could have worked harder to
 5    advocate for yourself?
 6         A.    Well, I was scared of
 7    consequences, and there was a lot that I
 8    kept to myself because I was afraid if I
 9    divulged to anybody that I felt like I was
10    in a ███████  ███████  ███████ or I felt that I
11    wasn't cut out for the job or that I wanted
12    to be reassigned, that that was going to
13    reflect poorly on me.  So I was really
14    careful about how I managed that.  And it
15    was a while ago, so some of it, you know,
16    it's hard to really articulate what may have
17    been going through my mind.  I wasn't even
18    30 yet.  And yeah, I felt like I was
19    failing, failing, failing, failing, failing,
20    and I just had to like keep up appearances
21    to make it look to the outside world like
22    everything was fine, even though I was
23    struggling in that workplace environment.
24         Q.    Let's go to -- actually sticking
25    with that topic, did you speak with any of
```

Page 69

1                    Confidential
2    your peers about how you were experiencing
3    your time at the Chamber?
4         A.    Yes, I did.  There were a couple
5    of fellows that were, you know, friends of
6    mine, and we might as a group go out for a
7    drink here and there, celebrate a birthday,
8    and I remember communicating to them -- like
9    one was ████ ███, I think ████ is still
10   there, he works for the ████████████
11   ██████████, and then ████ █████, who works
12   for the ████ █ ███████ now, and ███
13   █████████, who had been assigned to the
14   ████████████████ ██████████, I think he
15   works -- lives in ████████ now.  And I
16   remember just kind of expressing to them how
17   demoralizing it was and how stupid it was
18   and meaningless, how to the average person
19   in New York State -- you know, for the State
20   of the State, for instance, we would talk
21   about all these programs that we were
22   putting in place, but it was all -- a lot of
23   it was just phony.  We would make a big
24   announcement and attach a number to it, and
25   then we wouldn't build any of the

Page 70

1                    Confidential

2     infrastructure to support.

3                    I entered the Fellowship with

4     this Pollyanna-thinking that it was a

5     functional workplace environment and that we

6     were going to make things happen and I

7     quickly learned that that wasn't the case,

8     and I confided in some of the other fellows

9     about how frustrating and strange that was

10    and also just the fact that --

11                   Because, you know, they would be

12    like, wow, look at you sitting in the State

13    Operations Director's Office, and I'd be

14    like it's a horrible place to be, not what

15    it -- I feel like I wish that I was back

16    over in the Lieutenant Governor's Office

17    sitting in that little cubbyhole doing

18    smaller assignments because that felt in

19    some ways a little bit more meaningful.

20        Q.    Do you remember around what

21    month you moved to Howard Glaser's office?

22        A.    Yeah, it was November of 2013.

23        Q.    When you started the Fellowship,

24    did you get any kind of orientation?

25        A.    Yes, there was an orientation

1                    Confidential

2    associated with the Fellowship where we

3    learn about state government, this is how

4    the legislature is structured, this is how

5    the budget process works, this is the

6    history of the New York State Constitution,

7    this is what the Fellowship is supposed to

8    be, this is going to be your mentor, this is

9    where you're going to be assigned, but the

10   orientation didn't involve anything having

11   to do with human resources in state

12   government; you know, like helping us get

13   our badges, knowing where we were supposed

14   to sit on day one, there was no like org

15   chart or employee handbook or anything that

16   we were given.  So it was kind of like a

17   higher level orientation of, you know, you

18   guys are the new New York State leaders,

19   congratulation, let's teach you all about

20   New York State government and then we'll

21   throw you into the professional -- like your

22   duties and then we will go from there, but

23   it wasn't like a practical orientation, I

24   guess, is the right way to put it.

25        Q.    Did you get any policies or

Page 72

1                    Confidential
2   trainings on sexual harassment as part of
3   your orientation?
4        A.    Yeah, yes, we did learn about
5   sexual harassment and forms of
6   discrimination.
7        Q.    And separately from your
8   orientation, did you ever get any policies
9   or training on sexual harassment and forms
10  of discrimination?
11       A.    I think after -- wasn't there
12  like a law passed and we had to watch a
13  video, but nothing that was really robust.
14  I remember having to watch a video and like
15  click a confirmation that I had watched a
16  video.
17       Q.    Do you remember getting a
18  handbook that covered forms of
19  discrimination and sexual harassment?
20       A.    No, I don't remember getting a
21  handbook.
22       Q.    We're going back to the
23  exhibits, and we are going to refer to Tab 1
24  and we will mark it as an exhibit.
25                    (Exhibit 3, handbook, Tab 1,

```
                                        Page 73
 1                   Confidential
 2          marked for identification, as of this
 3          date.)
 4          A.     Tab 1.
 5          Q.     Tab 1.
 6          A.     Okay, I have it open.
 7          Q.     So Tab 1 should be the New York
 8   Executive Department handbook for Employees
 9   of New York State Agencies dated December
10   2011.  Do you see that?
11          A.     Yes.
12          Q.     Have you seen this document
13   before?
14          A.     Not that I can recall.  It may
15   have been given to me in a larger packet of
16   materials and I may have just not looked at
17   it.
18          Q.     Okay.  We're going to turn to
19   page 11.
20          A.     I'm on page 11.
21          Q.     Great.  The third subheading
22   under "SEX" says, "Sexual harassment" and it
23   goes on to define "sexual harassment," and I
24   can give you a couple of minutes to read
25   that.
```

1          Confidential

2          A.    Okay, I've finished reading

3     that.

4          Q.    Before today have you seen that

5     definition of "sexual harassment" before?

6          A.    Yeah, my attorney shared

7     the -- this language with me.  Whether it

8     was from this document or from somewhere

9     else, I recall seeing it.

10         Q.    And other than any discussions

11    with your attorney, have you seen this

12    definition of "sexual harassment" before?

13         A.    In theory.  Maybe not

14    specifically this language, but -- I

15    suppose, yes, but I don't know if it was

16    this exact language, you know, from New York

17    State law.

18         Q.    And specifically do you remember

19    seeing a definition of "sexual harassment"

20    from the time when you worked in the

21    Executive Chamber?

22         A.    I don't remember specifically

23    seeing a definition or being read a

24    definition.  I just knew in general what it

25    was and that it wasn't lawful.

Page 75

1              Confidential

2         Q.     And as a reminder, in response

3    to any of my questions, I'm not asking you

4    for information about any communications

5    that you've had with your attorney.  That is

6    protected by your attorney-client privilege.

7         A.     Okay.

8         Q.     We will take this exhibit off

9    and move on to discuss your interactions

10   with the Governor, but before I do that, I

11   will pause and find out if Ms. Kennedy Park

12   has any questions.

13            MS. PARK:  I don't have any

14         other questions right now.  Thank you,

15         Abena.

16            MS. MAINOO:  We will take a

17         break.

18            THE VIDEOGRAPHER:  We're now

19         going off the record.  The time is

20         3:10.

21            (Recess.)

22            THE VIDEOGRAPHER:  We're now

23         going back on.  The time is 3:17.

24         Q.     Ms. Liss, I would like to turn

25   to your interactions with the Governor.

Page 76

1                    Confidential
2    When was the first time that you met the
3    Governor?
4           A.    It would have been the week that
5    I relocated to Howard Glaser's office, so
6    sometime in November of 2013.
7           Q.    Please describe that first
8    meeting with the Governor.
9           A.    He walked in to my office area,
10   which I shared with ██████ ████████ and
11   ██████ ████████, and I remember, you know, he
12   was very tall, he was wearing a suit and
13   like a red tie and his pin and he went over
14   and said hello to ████████, he hugged her,
15   and then he came over and was like and who
16   is this young lady and -- to me, and I stood
17   up and, you know, I shook his hand, hello,
18   Governor.  And he asked me like where are
19   you from, and it was one -- I don't know if
20   it was the first time that we had an
21   interaction or if it was one of the
22   subsequent occasions that, you know, he had
23   kissed my hand and asked me if I had a
24   boyfriend and kissed my cheek.  I think it
25   was a subsequent interaction, but it took

Page 77

```
 1                    Confidential
 2    place in that office.
 3         Q.    And how would you characterize
 4    that first interaction?
 5         A.    It felt kind of grandfatherly
 6    and like he was sort of sussing me out, like
 7    who are you, because it was important to the
 8    Governor to know who was around him at any
 9    given time, who might be observant of what
10    was going on in that office area, and so he
11    wanted my name, where am I from, who am I,
12    I'm one of the Empire State fellows, okay, I
13    said I worked for Howard.  I remember he
14    called me "young lady" at that point in
15    time, and I remember feeling like he liked
16    me, he was friendly.  And I remember ██████
17    observed, oh, he likes you, Ana.  That was
18    when she made that comment.
19         Q.    How did you interpret that
20    comment by ████████?
21         A.    Just that like I fit the profile
22    of the -- you know, my appearance was
23    attractive to the Governor, and that was a
24    good thing for my ability to survive and
25    stay there and that he was going to be
```

```
                                      Page 78
 1                    Confidential
 2   friendly towards me and I didn't have to be
 3   worried or scared that I might be a target
 4   of anything negative.
 5          Q.    At that point had you heard
 6   about anyone else being a target of any
 7   negative behavior coming from the Governor?
 8          A.    Well, I knew about ██████
 9   ████████████   and getting -- you know, pissing
10   off the Governor and getting summarily fired
11   or reassigned.  And I had learned from
12   █████████  ██████████   that the Governor could get
13   really angry and upset and take it out on
14   people, including  ████████   who had expressed
15   to me that he'd been screamed at before.
16   So, yeah, I knew that his reputation was not
17   that he was a sweet and kind man.
18          Q.    And you described the Governor
19   as "grandfatherly" during that interaction.
20   What did you mean by that?
21          A.    Like, you know, kind of gazing
22   into my eyes and somewhat flirtatious and
23   warm.
24          Q.    What way was the Governor
25   flirtatious during that first meeting,
```

```
                                            Page 79
 1                  Confidential
 2      somewhat flirtatious?
 3            A.     The way that he held my hand,
 4      held onto my hand and was making eye contact
 5      and was smiling at me.
 6            Q.     Describe your later interactions
 7      with the Governor in the office; what
 8      interactions did you have?
 9            A.     Very -- it was always in that
10      office we -- he would come through and say
11      hello to ████████, sometimes he'd be singing
12      a song, whatever, and he would come over to
13      my desk, and there were playful
14      interjections.  And at one point I remember
15      him asking do you -- do you have a boyfriend
16      and I remember him kissing me on the cheek
17      and kissing me on the hand.  I remember him
18      asking me at one point, like, Miss Liss, do
19      you follow me on Twitter or something like
20      that.  I don't know.  It was never anything
21      all that substantive, but flirtatious
22      certainly.
23            Q.     How did you respond when the
24      Governor asked you if you had a boyfriend?
25            A.     I said not at the movement.  I
```

```
                                              Page 80
 1                        Confidential
 2    was kind of in between the time.  I was
 3    like, no, Governor, something like that.
 4         Q.    What did you think of the
 5    Governor asking you if you had a boyfriend?
 6         A.    I thought it was weird, but
 7    typical of him.  Like if it was any other
 8    workplace environment, if it had been my
 9    boss here or my boss prior to the working at
10    the Governor's offices, I'd be like that's
11    disgusting, eww, but for whatever reason in
12    his office the rules were different.  It was
13    just, you should view it as a compliment if
14    the Governor finds you aesthetically
15    pleasing enough, if he finds you interesting
16    enough to ask questions like that.
17               And so even though it was
18    strange and uncomfortable and technically
19    not permissible in a typical workplace
20    environment, I was in this mindset that it
21    was the twilight zone and the rules -- the
22    typical rules did not apply.  It was like we
23    were in a different decade.  So I didn't
24    think, oh, I'm going to go complain because
25    that would have been laughable to go
```

```
                                          Page 81
 1                    Confidential
 2   complain about something like that.  You
 3   know, in that culture, in the office
 4   culture, I would have been laughed out of
 5   town.
 6          Q.    Who would you have complained
 7   to?
 8          A.    I don't even know.  Maybe ███████
 9   ████████, but ████████  ████████  probably would
10   have laughed at me, and I didn't know the
11   first thing about GOER and where to go to
12   talk to someone there.  I just remember
13   thinking that the broader sentiment was that
14   if the Governor thought -- if you were a
15   young woman the Governor thought was
16   beautiful and thought was interesting enough
17   to ask questions like that, you should just
18   feel flattered and, you know, maybe that
19   means -- that bodes well for your career,
20   like you're not going to get fired and
21   they're not going to talk shit about you
22   behind your back and act like you're a zero
23   and a loser and, you know, they'll want to
24   keep you around because they liked having
25   you around.
```

```
                                        Page 82
 1                    Confidential
 2              And for me it was like, well, I
 3    need this job because I have to pay my
 4    student loans down and I really am
 5    interested in public service and government
 6    and I'm going to white-knuckle this
 7    experience, and if it means that the
 8    Governor kissing me on the cheek and asking
 9    if I have a boyfriend like leads to I get to
10    stay here and I get to be elevated, then so
11    be it.  And it feels weird saying, but that
12    was definitely what was, you know, my mental
13    calculus at the time.
14         Q.    Did anyone communicate that
15    sentiment to you, that if the Governor spoke
16    with you and asked you those kinds of
17    questions, like if you had a boyfriend, you
18    should be flattered?
19         A.    Yeah, ████████.  ████████████
20    ████████  ████  ████████  She was like, oh,
21    honey, that's good, that means he likes you.
22    You know, ████  ████████.  The younger people
23    in the crew that I mentioned, it was like
24    seen as, okay, that's a feather in your cap,
25    that means that he doesn't hate you.  The
```

```
                                      Page 83
 1                   Confidential
 2   Governor either hates you or he likes you or
 3   he doesn't -- or you're nobody to him.
 4            And I knew a lot of the people
 5   that worked there that were subject to his
 6   abuse and ire.  You know, ███████  ████████
 7   being one of them.  ██████  ██████ being another
 8   one.  These guys that were yelled at all the
 9   time and --
10            But I didn't get yelled at, and,
11   you know, Melissa didn't get yelled out.
12   Beautiful, beautiful women that were sweet
13   and docile didn't get yelled at and were
14   given fun little assignments, I suppose.
15       Q.    You made a comment about how the
16   culture was from "a different decade."  What
17   did you mean by that?
18       A.    Well, I had just around that
19   time, like I had been -- finished watching
20   Mad Men or I was in the midst of watching
21   it, and I remember thinking like, oh, wow,
22   Stephanie Benton is just like Joan Colloway
23   (sic), and you know, all of these men in
24   this have attractive female gatekeepers,
25   kind of like in Mad Men.  And when I was
```

Page 84

1                         Confidential
2      told I had to wear heels -- you know, I -- I
3      in my previous job prior to coming to
4      Albany, it's not like I was dressing like a
5      slob or anything, but I wore pants and flats
6      and stuff, and I didn't -- I'm not good with
7      time management.  It's not like I would wake
8      up an hour before having to go work and like
9      get all dolled up, but I learned that you
10     got to kind of get dolled up, and I thought
11     that felt very Mad Men era.
12                 And it was an Albany thing too,
13     so I didn't necessarily think, oh, this is
14     all just Andrew Cuomo.  I think what I
15     learned is that his MO was cooked up by, I
16     think, maybe working for his dad and like
17     running the show under his dad, like Albany
18     in the '80s and '90s, and that was very
19     much -- that culture was permeated, the
20     legislature and all the different
21     legislative offices, and it just felt like,
22     wow, I'm three and a half hours away from
23     home, but I feel like I'm a hundred.  -- you
24     know, I feel like I'm on the other side of
25     the country from Rochester.  This is just so

Page 85

Confidential

1              Confidential
2    bizarre.  Like this isn't D.C., like get
3    over yourself kind of thing.
4              But people trade in sex and
5    power and money in Albany, and that is very
6    much true on the second floor and trickles
7    down into the -- the far reaches of state
8    government, and it has been that what way
9    for a long time, I suppose.
10        Q.    How did you learn that you had
11   to get dolled up for work?
12        A.    From ██████, from ████, and from
13   ██████, ████  ██████, and from general
14   observation.  You know, everybody is wearing
15   feminine attire and looks beautiful and
16   styled, and I'm not going to be the one, you
17   know, with -- I'm not going to be the one
18   not looking the part, I guess, but I knew I
19   was supposed to when he's in Albany -- and I
20   should say when he wasn't in Albany, I
21   didn't necessarily -- I didn't abide by that
22   principle, I was much more casual, but when
23   I was in Albany, I made a point to dress up
24   and to look great because I had been told
25   and I knew it was the rule.

Page 86

1                    Confidential
2          Q.     How much time did he spend in
3     Albany during your time in the Executive
4     Chamber?
5          A.     Maybe a couple of days a week in
6     nonbudget season.  It was during budget
7     season when the LEG was in session.  He was
8     there more frequently.  But Albany wasn't
9     his favorite place to be at the time.  He
10    was still in a relationship with ████████  ████
11    at that point in time and he was in New York
12    a lot, and I guess I just assumed it was
13    because he was at home or something.  I
14    understand that more recently in recent
15    years he is in Albany a lot more because the
16    Chamber -- or the Executive Mansion, excuse
17    me, has become his primary residence.
18         Q.     What did you think of the
19    Governor kissing you on the cheek and
20    kissing you on the hand?
21         A.     I thought he was flirting with
22    me, that he thought that I was pretty and
23    that he can get away with stuff like that
24    because he's the Governor.  And I thought it
25    was like Italian.  And then in hindsight,

```
                                        Page 87
 1                      Confidential
 2   you know, when I spoke up about all of this,
 3   I did so by and large because the other
 4   young women that had come forward with more
 5   egregious allegations weren't being believed
 6   and I believed them and I wanted to share an
 7   account that was less egregious and spoke to
 8   the broader culture that allowed for the
 9   things that happened to them to happen to
10   them.  The tolerance for those
11   micro flirtations, I guess, that would allow
12   for him to act a certain way behind closed
13   doors with women in more serious manners.
14              You know, I didn't observe
15   anything that -- I didn't observe any of
16   those instances, but I believed that I
17   wanted to tell the truth about what I had
18   experienced because people needed to
19   understand that it's not just Andrew Cuomo
20   closing a door and grabbing someone's
21   breast.  It was a whole army of women that
22   were being, you know, subject to smaller,
23   less serious physical interactions and that
24   that's evidence to the larger -- provides
25   more evidence to the more serious stuff
```

Page 88

                              Confidential

1                            Confidential
2    that's happening, I guess.
3                 So I can understand, you know,
4    when people -- when I tell this story and
5    people listen to me, like that's not that
6    big of a deal, you didn't complain about it,
7    but really I didn't complain about it
8    because I didn't think that I could.  I
9    didn't think anyone would believe me and I
10   thought that would be a fool's errand to
11   complain about it, like I probably would
12   have lost my job, and I needed my job.
13                And also it was like -- like I
14   said, like the twilight zone, different
15   rules that were normalized, that were baked
16   into the environment that made it possible
17   for the Governor and other senior officials
18   in his administration to abuse women in a
19   more nefarious way.
20                So I sort of went off on a
21   tangent on that one.  I apologize.
22        Q.    No need to apologize.
23                So you referred to "rules"
24   several times.  What do you mean when you
25   use the term "rules"?

Page 89

1                    Confidential
2          A.    Standards, like mores, if that's
3     the right term.  You know, different
4     workplace environments have different
5     cultures.  You know, some office
6     environments are really stiff and, you know,
7     bucks and teats get here at 8 o'clock, talk
8     about the weather, others are more friendly
9     and relaxed and more casual.
10               That workplace environment had
11    its own set of standards and mores that were
12    unique to the administration and you had to
13    learn them and play the game to get along.
14    So they weren't necessarily rules that were
15    written down.  Like the rule to wear high
16    heels wasn't in some handbook that I was
17    given.  It was just murmurs and whispers and
18    observations.
19         Q.    And that's going to be my next
20    question.  How did you become aware of the
21    rules that applied at the Executive Chamber?
22         A.    Through conversations with
23    the -- the young folks that were part of
24    that group, the crew, through ████████
25    ████████, through observing interactions

```
                                        Page 90

 1                   Confidential

 2    between senior staffers and how --

 3    particularly how women interacted with the

 4    Governor.

 5         Q.    What did you observe about how

 6    women interacted with the Governor?

 7         A.    Obedience, ebullient, like

 8    smiley and friendly where appropriate,

 9    physically put together when around him, at

10    his beck and call, following him around

11    constantly, anticipating what he wanted,

12    needed before he asked for things, and quick

13    witted.  He liked women that were witty and

14    knew what to say and when to say it, I

15    guess.

16         Q.    Which women did you see interact

17    with the Governor in the ways that you

18    described?

19         A.    Melissa DeRosa, Stephanie

20    Benton, his briefers.  You know, I observed

21    Lindsey Boylan with him on a couple of

22    occasions and she fit that bill.   ████████

23    too.  You know,  ███████ was older, but she

24    knew how to handle him and make him happy.

25    So those are just a few.
```

```
                                           Page 91
 1                       Confidential
 2           Q.      Did you observe anything in
 3     terms of how the Governor interacted with
 4     men?
 5           A.      Yes.  It was different.  It was
 6     more tense, loud, volatile, the use of curse
 7     words.  So, yeah, it was markedly different.
 8                   But certainly the women
 9     observed -- observed it, were around it.  It
10     was not like he was hiding that behavior
11     from senior women in his administration.  I
12     was just -- and it wasn't just men.  It was
13     like if you didn't fit the bill of -- you
14     know, I think ████ was one of -- I think she
15     was treated the same way as some of the men.
16     And █████, I can't remember her last name,
17     she was like ████████  ████████.  She was privy
18     to some of that type of vitriol.
19           Q.      You said privy to it.  Was she
20     subject to any of it?
21           A.      I think so.  She kind of
22     traveled in that kind of cohort of people,
23     so I would -- I would have -- and she wasn't
24     there for a long time, so I wouldn't be
25     surprised if she was treated differently
```

```
                                        Page 92
 1                  Confidential
 2     than some of the other women, but that would
 3     be just speculation.
 4          Q.    How did the Governor address you
 5     when he spoke to you?
 6          A.    He called me "sweetheart" or
 7     like "darling."  I don't recall him ever
 8     uttering my name.  I think maybe he called
 9     me Miss Liss like once.
10          Q.    And what did you think about the
11     way that the Governor addressed you?
12          A.    It was demeaning, but I also
13     felt that I wasn't worthy of his respect.
14     Like I didn't think, oh, he should be
15     calling me "Ana" and I'm going to go
16     complain.  I thought I was like a nobody
17     anyways, and I thought, well, you should be
18     so fortunate that at least he thinks you're
19     cute enough to kiss you on the cheek and
20     like he wanted to be photographed with you
21     and stuff like that.
22          Q.    What is the reason he thought
23     you were a nobody?
24          A.    Because of the types of
25     assignments I was being granted, because I
```

Page 93

```
  1                    Confidential
  2   was from Rochester and everybody there
  3   seemed to be from like Downstate, and I
  4   remember hearing people making fun of ████
  5   ████████  accent and people making -- it was
  6   pretty clear to me after entering the
  7   administration that like even though on the
  8   outside it was like let's make upstate
  9   thrive again or whatever, internally it
 10   was -- upstate residents were seen as
 11   "nobodies," like not a source of power or
 12   wealth or not to be taken seriously
 13   necessarily, unless you were one of the five
 14   billionaires from upstate New York.
 15              So I believed I was -- I got
 16   where I was by the hair of my
 17   chinny-chin-chin, like I was just a good
 18   looking young woman, who just happened to be
 19   articulate enough to make it into that
 20   Fellowship program and articulate enough
 21   like get noticed and get elevated to that
 22   office and I better sit tight and shut up
 23   and survive so that I could keep my job or
 24   else they'll find out that I'm just like
 25   middle-class person from Rochester, New
```

Page 94

1                    Confidential

2   York.

3                    And maybe that was my own

4   preconceived notions, but I certainly picked

5   up -- you know, the zeitgeist there

6   was -- you know, you knew who was important

7   by who was getting meetings with the

8   Governor and which lobbyists got attention,

9   and it was all representatives with special

10  interests in Manhattan, real estate, like

11  the Real Estate Board of New York, banks,

12  you know, hospital systems.  Any way that

13  was connected to money and power,

14  particularly from New York, was getting an

15  audience there.  And so I -- by my own

16  estimations and those observations, I was

17  like, well, don't -- don't let on who you

18  are, Ana, because they don't need you here.

19       Q.    Did you ever have any

20  discussions with the Governor about the work

21  you were doing at the Chamber?

22       A.    No.

23       Q.    Did you have any discussions

24  with the Governor about your professional

25  background?

Page 95

1                    Confidential
2          A.     No, never.  It was very clear
3     that unless he asked you a question, you
4     weren't to like volunteer information.
5          Q.     How was that clear?
6          A.     I don't know that it was
7     expressly communicated to me by anybody
8     besides ████████, but, you know, you just
9     don't walk up to Governor Cuomo and say,
10    hey, how it's going?  You let him come to
11    you, ask you questions and then go on his
12    merry way.  I wasn't about to be like
13    Governor, Governor, do you have a second, I
14    want to talk you about my background and
15    what I'm doing here and I have this idea.
16    That was not a welcome -- that was not a
17    welcome gesture.  I would not have
18    been -- that would not have been greeted
19    with warmth or approval.
20         Q.     Did you have any views of how
21    the Governor perceived you?
22         A.     Yes.  I felt that the Governor
23    thought that I was an attractive young blond
24    women who was, you know, sweet.  That's all
25    that I believed he -- like that was his

                                                    Page 96

1                      Confidential

2    estimation of me.

3         Q.    What is the reason you felt that

4    was the Governor's estimation of you?

5         A.    Because our interactions were

6    more on the grandfatherly flirtatious side

7    of things, and because he at the 2014 budget

8    celebration party at the mansion, he came

9    over to me and gestured, he brought his

10   photographer over, and he put his hand

11   around my waist and kissed me on the cheek

12   and had a photo taken with me.  And then

13   people, you know, were talking about it the

14   next day, like, oh, I heard about the

15   Governor and the photo.

16                And I remember like when like

17   ███  ████  was handing out the photos a

18   couple of days later, everybody wanted to

19   like look at the picture of me and the

20   Governor.  And like that's not something

21   that he would ordinarily do with anybody on

22   my level 'cause I was just like basically

23   checking people's coats at that party, and

24   he came right over to me, and, you know, it

25   was, again, like wherever the Governor goes,

Page 97

1                     Confidential
2     that's where all the eyeballs are, and then
3     all of a sudden the eyeballs were on me and
4     I felt special and important, but I felt
5     special and important because the Governor
6     thought I was food.
7            Q.    Do you need a minute?
8            A.    Do I need a minute?
9            Q.    Yes.
10           A.    Umm, I'm okay.
11           Q.    Okay.  Did you have any
12    work-related interactions with the Governor?
13           A.    No -- well, one very small one.
14    When I -- when Howard Glaser had me at his
15    PowerPoint presentation for the Crain's
16    New York business breakfast in late -- I
17    think it was -- maybe it was early 2014, the
18    Governor wanted to give it final sign-off,
19    and he said something to Stephanie, like I
20    need a copy of this presentation, and then
21    Stephanie said it to ███████  and then
22    ███████  said it to me, and then I had to
23    present it off for the Governor and then I
24    had to hand it to him, and I remember
25    handing it to him in his -- like the

Page 98

```
1                         Confidential
2    conference room that's attached to his
3    office, and I remember he said thank you and
4    he looked me up and down, and I remember I
5    had a run in my pantyhose and he looked
6    right at my run in my pantyhose and thought
7    that that was because -- I thought it was
8    like, oh, my God, I'm such a slob, I had a
9    run in my pantyhose and the Governor noticed
10   it.  That was literally the one time.
11             Other than like staffing mansion
12   parties or staffing events where the
13   Governor was speaking, like the State of the
14   State or whatever and like playing kind of
15   generic roles there.  But the only time I
16   ever directly had a professional interaction
17   with the Governor was like handing him a
18   PowerPoint presentation printout.
19        Q.    How did he look at you?
20        A.    Like he was just sizing me up,
21   like up and down.  He was in serious mode,
22   so he wasn't like in flirtatious mode at
23   that moment in time much, I remember.  He
24   was just looking me up and down.  I made eye
25   contact, and I remember he looked at the
```

```
                                          Page 99

 1                       Confidential

 2    little snag, run in my -- I was wearing

 3    black tights and -- and then he looked at

 4    me, and I remember, oh, crap, he looked

 5    at -- he noticed my run in my pantyhose.

 6           Q.    You used the phrase

 7    "grandfatherly flirtatious" at least a

 8    couple of times.  What do you mean by that?

 9           A.    I mean by that -- I mean that I

10    didn't take it as a sexual come-on, but it

11    was very clear that he thought that I was

12    cute and attractive and that I would welcome

13    a smooch on the hand or the cheek or a slip

14    of the hand around the waist.  I call it

15    "grandfatherly" because I didn't look at the

16    Governor as a sexual being, but I believe,

17    you know, he saw me as a sexual being.  And

18    maybe "grandfatherly" is a way for me to

19    describe -- like I had creepy, older men

20    treat me that in other aspects of my life;

21    like, oh, hello, sweetheart, hi, honey.

22    It's a generational thing, I guess.  So

23    that's why I call it "grandfatherly

24    flirtation."

25           Q.    Let's talk about your
```

```
                                          Page 100
  1                    Confidential
  2    interactions with the Governor outside the
  3    office.  You've mentioned the budget party.
  4    Did you have any other interactions with the
  5    Governor outside the office?
  6          A.    Just at those parties.  Not in
  7    any informal setting.
  8          Q.    Which parties are you referring
  9    to?
 10          A.    They were -- the budget
 11    celebrations, there was the pinning ceremony
 12    that I participated in, there was a Father's
 13    Day party that took place on his father's
 14    birthday, the year that Mario passed away,
 15    that was at the mansion, there was a Puerto
 16    Rican association in New York State that had
 17    a political party at the mansion that he
 18    attended.  So official soirees like that.
 19    Most of them at the mansion, a couple of
 20    them happening like -- like the Regional
 21    Economic Development Council post reception
 22    happened somewhere near The Egg in Albany,
 23    so --
 24          Q.    Did you --
 25          A.    Yeah, sorry.
```

```
                                        Page 101
 1                  Confidential
 2        Q.     No, please go ahead.
 3        A.     No, that was it.  That was it.
 4        Q.     Did you ever travel with the
 5   Governor?
 6        A.     No.
 7        Q.     Who invited you to the soirees
 8   and events that you just described?
 9        A.     I don't really know.  I
10   just -- somehow my name would land on lists
11   for specific things, and then I would get an
12   official e-mail invitation and an RSVP, and
13   only certain people would get them for
14   certain parties and functions.  I think it
15   was the Governor's advance team and they
16   received direction from certain people on
17   the Governor's team, whether Stephanie or
18   Joe or someone at the time, and they would
19   say, this person, this person, this person,
20   this person, and some of them I got invited
21   to, you know, other fellows weren't there,
22   some of them I did and like all the fellows
23   were there.
24        Q.     Did you have any understand of
25   the reasons why you were invited to those
```

```
                                        Page 102
 1                  Confidential
 2   parties and events?
 3        A.    No.
 4        Q.    Setting aside the budget party,
 5   did you ever have any physical contact with
 6   the Governor at these events and soirees?
 7        A.    Yeah, where -- whenever he would
 8   greet me, he would hug and kiss me.  And a
 9   couple of instances that was on -- that was
10   captured in photographs, which I -- my
11   attorneys shared with you guys.
12        Q.    And where would he kiss you?
13        A.    On the cheek.
14        Q.    Would the Governor say anything
15   to you at these events and soirees where he
16   would hug and kiss you on the cheek?
17        A.    Just exchange pleasantries, how
18   are you this evening, you look lovely, stuff
19   like that.  Nothing of any substance.
20        Q.    How did he address you?
21        A.    Just "darling" or "sweetheart."
22   He didn't -- I don't know if he knew or
23   remembered my name.
24        Q.    Turning back to the budget party
25   before -- when was the budget party that you
```

1                    Confidential

2    mentioned earlier?

3          A.    It was like late March 2014.

4    The budget had passed on time, I think,

5    prior to the April 1st deadline, which is

6    why there was a party.

7          Q.    You just said "March."  Is that

8    correct, was the party in March 2014?

9          A.    Yes, I believe so.  The date

10   stamp on the photo says the date on it.

11   There's a record of the party.  It was

12   called the "Grand Slam" because they had

13   passed four consecutive on-time budgets and

14   they were having a party to commemorate that

15   that budget had passed on time and it was

16   the fourth.

17         Q.    And when did the budget pass?

18         A.    Before the April 1st deadline

19   that year.  I don't know what day

20   specifically.

21         Q.    But the party happened in March?

22         A.    I believe so, yeah.  I can -- I

23   have the photo with me.  I can look at the

24   date stamp on the back.

25         Q.    Why don't you do that.

```
                                        Page 104
 1                Confidential
 2        A.     Okay.   This is the photo
 3   (indicating).
 4        Q.     Okay.
 5               MS. PARK:   Abena, if we have a
 6          copy of the photo in the binder, can
 7          we mark it as an exhibit?
 8               MS. MAINOO:   Yes.
 9        A.     The date says -- oh, I
10   apologize.   I'm sorry.   It says May 8, 2014.
11        Q.     Okay.   And so this is Tab 7, and
12   it's also in your electronic exhibits, and
13   we will mark it as an exhibit and put it up.
14        A.     Great.
15               (Exhibit 4, photograph, Tab 7,
16          marked for identification, as of this
17          date.)
18        A.     Yeah, so the budget passed on
19   time that year, and they must -- they had a
20   party in early May to celebrate that the
21   budget passed and that it was the fourth
22   consecutive.
23        Q.     Before the May 2014 party, had
24   you ever taken a picture with the Governor?
25        A.     No.
```

```
                                        Page 105
 1                    Confidential
 2          Q.     Had you wanted to take a picture
 3   with the Governor before that time?
 4          A.     I mean, yes, I guess that
 5   would -- I wanted there to be evidence that
 6   I wasn't just saying that I worked for the
 7   Governor's Office.  There's visible evidence
 8   that I worked there.
 9          Q.     So do you recognize this exhibit
10   as the photo you took with the Governor at
11   the May 2014 budget party?
12          A.     Um-hum.
13          Q.     I think --
14          A.     And he has his hand on my waist
15   too.  You can see lower down, umm --
16          Q.     His hand?
17          A.     Yeah.
18          Q.     Okay.  And you still have this
19   picture, right?
20          A.     Um-hum.
21          Q.     What does the picture mean to
22   you?
23          A.     Well, it meant something -- it
24   meant something else up until like March of
25   this year, I guess.  It was like evidence
```

Page 106

1                        Confidential
2      that I worked for the Governor's Office,
3      that I didn't just -- I wasn't just there
4      pushing paper working for someone else, but
5      that I actually was in his -- that I was
6      around him and adjacent to him, and I was
7      proud of that.  But ██ ██ ██ ██████ ██ ██
8      █████ ██ █ █ ██ ██ █████ █ ███ █████ ████ ███
9      █████ ██████ ██ ███ █ ███ █████ ██████ ██ █
10     ██ ████ █ ██ █ █████       and it was very
11     much because of my job.
12               And it wasn't until some of this
13     broader dialogue started percolating from
14     other women about their time working there
15     and how toxic it was, and I decided to give
16     oxygen to some of like what I had
17     experienced, and the picture took on a
18     different meaning.
19               Like when I spoke to the Wall
20     Street Journal, I wasn't expecting for them
21     to like want to talk about that or ask about
22     it, and then all of a sudden it became like
23     this centerpiece to the story.  So it's
24     complicated.  You know, I still have it.
25     You know, I'm not going to burn it or

1                    Confidential

2    anything, but -- and I don't think that the

3    Governor was trying to like rape me in that

4    picture, that he was like grasping a breast

5    or something.  But he came up to me, he

6    wanted that picture taken, it got a lot of

7    attention from senior staff and officials,

8    and I remember feeling special in that

9    moment and then subsequent to that moment.

10        Q.    What meaning did the picture

11   take on after March of 2021?

12        A.    It became embarrassing, like a

13   piece of evidence.  I treated it up until

14   that point like it was almost as important

15   as one of my diplomas hanging in my office.

16   I have it sitting next to my certificate of

17   completion for my Fellowship, the

18   Rockefeller Institute Fellowship Program,

19   and then all of a sudden it became like on

20   Twitter.  All these people were reacting to

21   it, like, well, if you felt like you were

22   being abused and targeted by the Governor,

23   then why do you still have a framed photo of

24   him in your office?  Which was offensive.  I

25   also -- you know, it's a reminder that even

```
                                          Page 108
 1                     Confidential
 2      though that chapter of my life meant a great
 3      deal to me, it was also a really awful time
 4      for me.
 5                     And I'm sure the Governor
 6      doesn't remember taking that picture.  The
 7      Governor doesn't remember who I am, you
 8      know.
 9                     I don't know, I feel like -- I
10      feel kind of torn, like I should probably
11      recycle it or put it in a box somewhere, but
12      I also am not at a point in my life where
13      I'm willing to discount the two years I
14      spent working there because I still ascribe
15      value to it.  I don't know.  It's
16      complicated.
17           Q.    And you pointed out that the
18      Governor's hand was around your waist in
19      that picture.  What's the reason you pointed
20      that out?
21           A.    A guy that I was dating at the
22      time, I remember I showed it to him, and was
23      like, wow, hey, look at this, and he's like
24      that's crazy what is his hand doing there,
25      that's weird.  And I was like, oh, yeah.
```

Page 109

1                      Confidential
2     And, you know, that was -- I remember
3     feeling his hand there on my, you know,
4     lower waist.  You know, typically an
5     appropriate gesture would be put your hand
6     on someone's back.  So it's -- it appears
7     sexual, I guess, in a way.
8              And also when I spoke to Jimmy
9     at the Wall Street Journal and I showed him
10    the picture, his eyes went right there too.
11    And I wish instead of looking right there,
12    you know, you're like, oh, wow, look how
13    important Ana is, she's with the Governor,
14    but it's like it looks a little bit more
15    familiar than that.  You know, it looks less
16    professional and more intimate.
17         Q.   And you mentioned that
18    colleagues spoke about the picture
19    afterwards.  What did they say?
20         A.   I remember █████ came up to me
21    the next day, ██████ ███████, and was like I
22    heard about your moment with the Governor
23    last night, you know, people are talking
24    about it.  And █████ said something like,
25    oh, we know he likes you, something like

Page 110

1                    Confidential

2    that.  You know, I can't recall exactly what

3    people said.  Just that I felt like, you

4    know, how you -- like something happens that

5    becomes the subject of some idle gossip and

6    you're a part of it and then become fodder

7    for other people's conversations.  I felt

8    like I was being talked about by people that

9    I didn't know.

10           Q.    And how did you feel about that?

11           A.    Like sort of icky because it

12   sucked that I was nominally there on this

13   Fellowship that was supposed to be

14   recognizing my intellect and my credentials

15   and I was supposed to be influencing policy

16   according to this Fellowship program, but

17   then like in practice, I was eye candy, and

18   the only significant thing that had happened

19   thus far while I was there that was worthy

20   of anyone's attention was that the Governor

21   thought I was cute and took a picture of me

22   at the mansion.  I just remember thinking

23   like ehh.  But I didn't feel icky enough

24   where I was going to trash the photo.  I

25   remember making it my LinkedIn picture at

```
                                                 Page 111
 1                     Confidential
 2     one point because I was proud.
 3          Q.     Talk about other communications
 4     with the Governor.  Did the Governor ever
 5     yell at you?
 6          A.     No.
 7          Q.     Did you the Governor ever curse
 8     at you?
 9          A.     No.
10          Q.     Did the Governor ever comment on
11     your appearance?
12          A.     Yes.
13          Q.     What did he say?
14          A.     He said that -- that I -- that I
15     looked lovely, you look lovely today,
16     something along those lines.
17          Q.     Where did that happen?
18          A.     In the office, and then, you
19     know, at the Father's Day party, I think he
20     said something.  He introduced me to █████████
21     ████  at the Father's Day party.
22          Q.     How did he introduce you?
23          A.     I had to kind of intro -- he --
24     I -- I don't know exactly how, like if he
25     used my name or what.  But I remember
```

Page 112

1                   Confidential

2    telling ██████ that I worked with ██████

3    ██████, and I remember him saying something

4    like -- because I was wearing a dress, a

5    pretty dress, and he was like you look

6    lovely or something like that.

7            Q.    And did he say that in front of

8    ██████ ██?

9            A.    Yeah, I think so.  Like

10   you -- or maybe it was like you look nice.

11   It didn't feel like he was coming on to me

12   or like it was overtly sexual.  Like it

13   didn't feel like it was inappropriate for

14   him to say it in front of someone that he

15   was in a romantic relationship with.  Like

16   he was talking to me like I was a little

17   girl almost.

18           Q.    And do you remember if you

19   approached the Governor and ██████ ██ or

20   they approached you or how that interaction

21   came about?

22           A.    He approached me with ██████.  I

23   was positioned -- I was kind of ushering

24   party attendees from like the cocktail area

25   over to a tent where folks are supposed to

1              Confidential
2    be seated for -- there was going to be like
3    a video that was commemorating Mario Cuomo's
4    life and his time as Governor, and that was
5    when the Governor approached, when I was in
6    that -- I was supposed to -- I was like near
7    a set a stairs, and I was like, you know,
8    please, please, this way, this way, have a
9    seat, you know, one of those types of roles.
10         Q.    Did the Governor ever ask you to
11   sing a song or jingle?
12         A.    He -- he didn't ask me,
13   but -- well, he would sing the song for
14   Riunite on ice, and I think he asked if I
15   knew the rest of the words or something, and
16   I remember looking it up and writing it down
17   so that if it came up again I would know the
18   words.  It's like a malt beverage.
19         Q.    Other than that, do you ever
20   remember any instances where you would sing
21   with the Governor or be invited to sing with
22   the Governor?
23         A.    Besides Riunite on ice, not
24   really, no.
25         Q.    Did you sing that song with the

```
                                       Page 114
 1                  Confidential
 2   Governor?
 3        A.    I think I said a few bars, but
 4   that was it, yeah.  I really didn't want to
 5   embarrass myself necessarily.
 6        Q.    Did you ever hear or hear about
 7   the Governor telling jokes of a sexual
 8   nature?
 9        A.    Umm.  I have to think about that
10   for one second.  Umm, jokes of a sexual
11   nature?  No, I don't know -- I don't have
12   direct knowledge that he made jokes that
13   were sexual in nature.  I just knew
14   that -- that they were known -- he and the
15   men that were in his immediate surroundings
16   and some of the women too, that that was
17   commonplace, you know, that they would speak
18   on people's appearances.  So I wouldn't be
19   surprised if there was jokes -- there were
20   jokes being made of a sexual nature.  I just
21   didn't hear them directly.
22        Q.    Did you ever hear or hear about
23   the Governor making comments about the size
24   of his hands?
25        A.    No, but I knew he did do that.
```

```
 1                    Confidential
 2    I heard that through -- you know, prior to
 3    the allegations that were made by one of the
 4    other accusers.  I learned something about
 5    that through members of the crew.  Like he
 6    had made a comment to like one of the
 7    briefers or something that he likes the fact
 8    that he had big hands.  So when I read about
 9    it recently, I wasn't surprised, but I never
10    heard him speak to that.
11         Q.    When did you hear about that
12    prior to the allegations?
13         A.    It would have been in like 2014
14    or 2015.
15         Q.    Did you ever hear or hear about
16    the Governor talking about sex?
17         A.    No.
18         Q.    Did the Governor ever
19    proposition you for sex?
20         A.    No.
21         Q.    Earlier you had talked about how
22    you thought your currency was what you
23    looked like.  Did you adjust your behavior
24    or do anything based on your thought that
25    your currency was what you looked like?
```

1          Confidential

2     A.    Yes.

3     Q.    What?

4     A.    I made myself look more

5  attractive or such that I felt more

6  attractive by buying clothes that

7  were -- you know, dresses that were, you

8  know, high quality, that were somewhat

9  revealing, getting my hair done, doing my

10 makeup, wearing heels.  Like I purchased a

11 lot of heels in different colors because I

12 understood -- I knew it to be a fact that

13 the Governor had an eye for sartorial, you

14 know, fashion.  So you just couldn't wear

15 anything.  You sort of had to be dressed in

16 a certain way, you know, wearing higher

17 quality fabrics or designers and stuff like

18 that.  So I spent more money on my

19 appearance and my work wardrobe.

20     Q.    What was the intent behind doing

21 those things?

22     A.    To remain in -- to be seen as

23 a -- to be attractive so that I could stay

24 where I was and continue to succeed in the

25 workplace environment.  I guess I -- it was

Confidential

1    my understanding that by being good looking

2    I could advance in my career there, and I

3    didn't want to go in the opposite direction

4    necessarily.  It just felt like the price of

5    admission.  Like you want to succeed here,

6    you want to succeed here, you want to thrive

7    here and survive, you need to look the part.

8            Q.    What did you mean when you said

9    you didn't want to go the opposite way?

10           A.    You know, by chopping my hair

11   off or wearing flats and pants, and -- you

12   know -- you know, there's some part of me

13   that, you know, even though it's

14   uncomfortable to dress up every day, and it

15   takes time, I felt that it was the price of

16   admission.

17                 And it also gave me some

18   confidence, like people's eyes are on me

19   because I look good, and when their eyes on

20   me because I look good, then I will be given

21   assignments and work to do that is of some

22   import and I will be placed in -- like

23   because it worked with -- early on with

24   Howard and it would continue -- it worked

1                    Confidential
2    getting me invited to parties and getting me
3    invited to things where I could represent
4    the Governor's Office in public events, you
5    know, taking people to their seats at the
6    State of the State, stuff like that.  Like I
7    wasn't passed over for stuff, I was noticed.
8         Q.    Was the thinking that looking
9    good would ultimately lead to more
10   responsibilities and more substantive work?
11        A.    Yeah, that was my calculus in my
12   head.
13        Q.    What was that calculus based on?
14        A.    Based on what I saw around me,
15   women that had risen up through the ranks.
16   You know, it wasn't because they had some
17   prestigious law degree or something.  It was
18   because they were beautiful.  They were
19   beautiful and also had other complimentary
20   qualities and characteristics that the
21   Governor found attractive, that quick
22   wittedness and smarts.
23        Q.    Earlier you mentioned you knew a
24   lot of people who were subject to the
25   Governor's abuse.  What did you mean by

```
                                        Page 119
 1                    Confidential
 2    that?
 3         A.    I meant that I knew secondarily
 4    through colleagues that the Governor had a
 5    volatile, angry, short-tempered side to him
 6    and that he would take out his frustrations
 7    and his anger on certain people,
 8    particularly men, and he was known to be in
 9    contact with some of these staff members at
10    all hours.  He could be verbally abusive, I
11    believe.  I don't know anybody that had
12    risen through the ranks that, you know,
13    thought the Governor was like a nice, kind
14    man.  Everybody seemed to be afraid of him,
15    and I was afraid of him too, but he -- I
16    wasn't subject to that.  I just observed the
17    dynamic and I heard about it through the
18    office grapevine.
19         Q.    How did you interpret the
20    Governor's expectation that certain people
21    would be available to him at all hours?
22         A.    I observed it first and foremost
23    through ███████  ███████.    ███████ made it
24    clear that, you know, he slept with his
25    BlackBerry.  He was always at work.  He made
```

Page 120

```
 1                    Confidential
 2   references to -- you know, like when I had
 3   these friendly interactions with the
 4   Governor, and I would be like, oh, you know,
 5   yeah, he's so nice or he was so friendly,
 6   like ███████ kind of making comments, like,
 7   yeah, that's what he wants you to think or
 8   something.  I remember hearing his voice
 9   projecting on speakerphone in Howard
10   Glaser's office, like loud yelling at
11   people.  So I knew that there was this
12   predominant side of him that was mean and
13   angry and mistrusting and calculating.
14                    And the work of the office was
15   being done by these trusted people that were
16   subject to his abuse and his tirades, you
17   know, in exchange for the knowledge that
18   like they would get plum jobs afterwards.
19   You know, like ███████ got to run Center for
20   Economic Growth and some people had got some
21   pretty sweet lobbying gigs and working for
22   tech companies and big fat salaries because
23   of their connections working for ███████  So
24   -- so you put
25   up -- put up with the abuse knowing that you
```

Page 121

1              Confidential

2    have a golden ticket.

3        Q.    How did you understand that

4    people would put up with the abuse with the

5    expectation that they would have this golden

6    ticket?

7        A.    How did I interpret it or --

8        Q.    How did you know that?

9        A.    Just observations like seeing,

10   you know, through the time that I was there,

11   people would leave when the time was right,

12   when they had like asked permission, been

13   granted a certain opportunity.  Like, for

14   instance, when Howard Glaser left to get a

15   nice gig, you know, lobbying, ███  ████

16   got a similar fat salary doing a

17   lobbying -- getting a lobbying job because,

18   you know, they had done their time.  I

19   learned through -- like ███  █████  was

20   very much a loose cannon and would talk shop

21   all the time in the office about kind of how

22   things work around here.  You know, I

23   learned that ████  ██████████  story early

24   on.  I knew that ██████  had a long game that

25   he was playing and he wasn't planning on

Page 122

1                    Confidential

2    killing himself working there his whole

3    career.  He was like in his late 30s, and

4    you know, I knew that he was angling for

5    something and there was a carrot dangling

6    for him at some point.

7                    There was a good deal of, you

8    know, turnover that started happening, you

9    know, early, middle the second term and has

10   continued to this day.  And a lot of the

11   turnover was, you know, people getting

12   better jobs, leveraging their time there to

13   get better jobs, and then him replacing him

14   with other people who could be put through

15   the meat grinder.  A lot of the people that

16   I worked with when I was there are no longer

17   there.

18        Q.    Did you know about anyone

19   getting tech jobs after their time -- doing

20   their time at the Chamber?

21        A.    I think ████  █████   ███   ██

22   ████████  ███  █████   ██████   ████ ██  █

23   ██████  ███████  ████  ████  ███  ██████  or

24   something, and -- yeah, he's ████  ██  ███

25   ████████  ████  ███  ███ .  He got that

1                    Confidential
2    job through those guys, through that team.
3    ███    was a big collector of Cuomo people
4    because like the fight that they had to
5    engage in to get approval in upstate
6    New York.  And I know there's -- most of the
7    people that were there that were high up
8    when I was there are not really there
9    anymore.
10          Q.    Do you know if the
11   administration had a hand in these former
12   Chamber employees' ability to secure
13   positions after they left the Chamber?
14          A.    Oh, yes, yeah.
15          Q.    How so, how did the Chamber have
16   a hand in that?
17          A.    They could make calls -- when I
18   was there, Joe Percoco was very much an
19   arbiter of that quid pro quo.  They could
20   make a call and get you a job if you
21   were -- if you -- if you had served your
22   time.  Like Josh Vlasto is one of them, who
23   was chief of staff to the Governor for a
24   while, and now he has a fat job in corporate
25   communications.  Annabel Walsh was like a

Page 124

1                    Confidential

2     glorified secretary, and she's in some

3     health tech gig now.

4                    ███████  █████   got a job working

5     for the Governor through his parents.  He

6     became like one of the Governor's body men

7     and he was sort of a gossip collector.  He

8     was like -- I remember I learned through ███

9     and some other people that ██████ would

10    skulk around the Chamber and get gossip on

11    who's doing what to whom, who's dating whom,

12    because the Governor liked hearing the

13    gossip.  And now ██████ is in the tech

14    industry.  He's a public affairs job and

15    it's for a tech company.  All pretty much

16    based in New York City.

17                    And it was -- you know, it was

18    clear, you stick it out and you can get a

19    really great parachute six figure job.  And

20    I opted to take a different route because I

21    couldn't -- for my own sanity, I couldn't

22    stay there anymore.

23         Q.    You used the term "quid pro quo"

24    when you were talking about Joe Percoco

25    acting as an arbiter.  What did you mean by

Page 125

1                    Confidential
2     that?
3          A.     Well, it was -- it was an
4     unspoken rule that you can't just -- you
5     can't just leave on your own accord, you
6     have to do your time and whenever they're
7     done with you, you can -- at what time like
8     that you feel comfort -- like you feel that
9     you've done your time, you could have a
10    conversation and see what they could do for
11    you.
12              And the first that I learned of
13    that dynamic was through the ███
14    ███████████  situation, and I just remember
15    hearing through the grapevine like, you
16    know, if you wanted to get out and go do X,
17    Y or Z, you got to go talk to him.
18              And I don't know who replaced
19    him in the chain of command after he was
20    like arrested and everything, but -- that
21    was just -- it was common knowledge that
22    that was -- that was rule.  You put up with
23    it and then they will find -- they will find
24    a place for you when the time is right.
25              And that happened with ████

```
 1              Confidential
 2     ███ , that happened with, you know, ███
 3     ███  and with many of the briefers.  You
 4     know, they go through two years of really
 5     grueling work and they might get like a
 6     nice, plush gig somewhere.
 7          Q.    Did you know if any of those
 8     former Chamber employees maintained their
 9     ties or relationships to the Chamber after
10     they left?
11          A.    Oh, yeah, definitely.  Like I
12     know, for instance, Sr. Staffer #3 , she bore
13     witness to things that no one will ever find
14     out about that very much probably were
15     illegal and she'll never talk about it
16     because she has a great job and she got that
17     job through the Governor's Office.  And I
18     know through -- I know through -- because
19     ███ ███ ███ ███ ██ ███ ███ ███
20     he divulged to me that ██ ██ ███
21     ███ ███ ███ ███ ███ ██ ███
22     involving the Governor.  And I know that
23     she's been pursued by the news media and she
24     won't speak out.  And that's just one
25     example.  But, you know, a lot of these
```

```
                                   Page 127

 1                    Confidential
 2    people they just have great jobs and they're
 3    going to lose their job or they might lose
 4    their job if they speak out against the
 5    Governor.
 6              I didn't think -- early on I
 7    thought I was doing the right thing and like
 8    I was speaking truth to power and speaking
 9    out in support of other women that made a
10    brave decision, and then I started even in
11    my job to pay a professional price.  Like
12    I'm no longer invited to functions in the
13    Rochester area that involve the Governor's
14    Office, even though my job is very much
15    pertinent to that.
16              Like Monroe County has
17    incentivized projects that also received
18    economic incentives from the State, and
19    there have been a couple of occasions with
20    like ribbon cuttings or tours or whatnot,
21    after March of this year where I spoke out,
22    where I would have ordinarily been invited,
23    and I have not been invited.  I'm not --
24    I've not been directly communicated with by
25    ██████  ██████  or anybody in the Governor's
```

Page 128

1                    Confidential

2    Office or anybody at Empire State

3    Development.  And it's my understanding

4    having worked in the Governor's Office, like

5    they do -- they do ice people out.  There

6    are people that the Governor refuses to -

7    not only himself to be in the same room with

8    or be adjacent to at all, but like anybody

9    that is anywhere adjacent to him.  So if

10   like Kathy Hochul comes to Rochester, I

11   won't get invited now.

12              So if I'm paying a professional

13   price, you know, not having gotten my job

14   through the Governor's Office, I can imagine

15   that there are individuals that have these

16   great jobs that they got through the second

17   floor connections, you know, and they're

18   worried if they were to say something, they

19   would lose their job or pay other prices.

20              There was a time in the last

21   couple of months where I thought I might

22   have to move to another state.

23        Q.    What is the reason you might

24   have to move to another state?

25        A.    Because the Governor remained so

Page 129

```
              Confidential
 1
 2    powerful here and he's not -- he's gone so
 3    far as to not only just hang onto his
 4    position and, you know, not walk away, but
 5    he's completely denied that any of this
 6    stuff has happened, and I wouldn't be
 7    surprised if like none of this amounts to
 8    anything, and there are no term limits on
 9    his office, and, you know, he could remain
10    in power for a very long time.
11              And I intentionally got into an
12    economic development career.  Economic
13    development is very tied in with local and
14    state government and with politics.  My job
15    right now that I have is somewhat political
16    in nature, and it could all go to shit
17    if -- pardon my French, if, you know, he
18    continues to remain powerful and rise up in
19    positions of power.  And, you know, I
20    just -- I'm scared.
21              So I've started recently trying
22    to -- I'm pursuing a professional
23    certification in economic development just
24    in case like I do have to get a job
25    somewhere else someday, like a credential
```

Page 130

1                        Confidential

2     that can get me a job anywhere in the

3     country in Economic Development and I'm not

4     just beholden to my professional connections

5     in New York State because that could go

6     away, poof.

7                  So all that being said, as

8     someone not coming out that the Governor

9     grabbed my breast or propositioned me for

10    sex, as someone who is not in a job that I

11    got through the second floor, I myself am

12    experiencing what I have determined to be

13    some professional consequences, so I can

14    only imagine what somebody like someone like

15    an ███████ ███████ or an Senior Staffer #3 ███████ or a ███████

16    ███ , what they would be subject to, like

17    what consequences they would be subject to

18    if they were to say anything.

19                  But they were all part of the

20    problem, I think, so I don't know that any

21    of them would ever feel like they had to say

22    anything.  They all witnessed things that

23    were certainly problematic, but they were

24    all part of the problem in propagating that

25    environment, the bullying and the ad

```
                                    Page 131
 1                    Confidential
 2   hominem, the packs and stuff like that.
 3         Q.     Are there other ways in which
 4   you have paid a professional price for
 5   speaking out in addition to what you've
 6   described?
 7         A.     Well, you know, if you Google my
 8   name now, it's inevitably all about Andrew
 9   Cuomo now, and people have been, you know,
10   looking at my LinkedIn profile from all
11   corners of the earth.  So I think
12   reputationally (sic) it has been
13   problematic.  I suppose that's an indirect
14   consequence.  And just harassment on social
15   media.  People calling me a liar, that I'm
16   looking for attention and that I'm -- I'm
17   doing this to raise my own profile or
18   whatever.  And I view those as negative.
19   Whether they're true or not, there are folks
20   in the world that will believe those claims
21   to be true, and -- but, you know, I sort
22   of -- I knew going into this whole
23   experience that that might be an outcome.
24                 But by and large the
25   professional price that I paid is before
```

Page 132

1              Confidential

2    March of this year I was asked to attend

3    ribbon cutting ceremonies and facility tours

4    and groundbreaking ceremonies and meetings

5    having to do with the Governor's Office and

6    Empire State Development, and now I'm being

7    iced out.  And I've been keeping some record

8    of some of that just knowing when certain

9    things are happening.

10              Like, for instance, the most

11   recent Executive Committee session of the

12   Finger Lakes Regional Economic Development

13   Council, like I'm part of that group, but I

14   was asked not to appear on camera or like

15   not be part of the Zoom, but just like watch

16   it like I was a webinar attendee.  And I was

17   informed by ██████ ██████████ office that

18   they were asking a few other people to do

19   that.  But I was like but why me, though.

20   It just felt like I'm being -- it feels like

21   I'm being singled out.

22        Q.    Is that who asked you to

23   participate by webinar, ██████ ████████

24   office?

25              A.    Yes, it was ███ ████████ ████████

```
                                         Page 133
 1                      Confidential
 2  ██████   .  And I remember almost drafting an
 3  e-mail like asking him why have you selected
 4  me to be one of these people, can you
 5  explain.  And I almost like in a fit of
 6  paranoia I was going to ask him is it
 7  because the thing with the Governor, but I
 8  didn't.
 9            And then, you know, there was
10  another event where the State has given a
11  bunch of money to the Rochester area for a
12  riverfront revitalization initiative that
13  involves one of our museums and some hotels,
14  and a good chunk of the project my team
15  helped support through some tax incentives,
16  and they had this big, exciting
17  ribbon-cutting ceremony, and everybody
18  involved in the economic development
19  community was there, and Kathy Hochul went
20  and spoke, and I was not invited.
21            And Kathy Hochul came to town
22  and did a tour at Bausch & Lomb's
23  manufacturing facility, another project that
24  we were involved in involving our
25  Congressman Joe Morelle, who's very plugged
```

```
                                        Page 134

 1                     Confidential

 2    in still with Andrew Cuomo's Office, and I

 3    was not included.

 4               And I haven't said anything to

 5    my boss.  You know, I'm still scared that if

 6    I continue to make noise, it will just make

 7    it worse.

 8         Q.    What is the reason you're scared

 9    that if you keep making noise, it will keep

10    getting worse?

11         A.    Because the people in positions

12    of power here in this region are still by

13    and large very much connected to the power

14    structure that Andrew Cuomo has created.  So

15    when he became Governor, you know, Joe

16    Morelle, who is very powerful here, rose to

17    prominence in the Assembly and became the

18    Assembly speaker, and members of Joe

19    Morelle's staff were elevated and hired to

20    work for Andrew Cuomo, one of them being

21    ███████  ██████████,  ██████  ████████████  was one of

22    them, and then my boss, Adam Bello, who is

23    our County Executive, he was an acolyte of

24    Joe Morelle and thus connected to that whole

25    house of cards.
```

Page 135

1                     Confidential

2               And it's like the bread crumb

3    trail always leads back to him, and Andrew

4    Cuomo is known as like a kingmaker, and I

5    knew that I did the right thing by speaking

6    out and telling the truth about what was a

7    very dangerous place for me to work at the

8    time and what was problematic, and I felt

9    that the evidence that I was -- the story

10   that I was sharing, which is true, provided

11   some evidence to bolster the cases that were

12   being shared by other women.

13               You know, I wouldn't go back and

14   not do that.  I wanted to fall on that side

15   of history, but in hindsight I didn't -- I

16   guess I expected in the wake of like ME2 and

17   everything, I expected there to be more

18   solidarity with the power structure.  You

19   know, there were people that out of one side

20   of their mouth they called on the Governor

21   to resign, and on the other side of the

22   mouth they were still meeting with him and

23   supporting his agenda.  So I guess I'm still

24   afraid, but again, I wouldn't have done

25   anything differently.

Page 136

1              Confidential

2        Q.     Earlier when you were talking

3   about people being in the Chamber and got

4   plush -- plum positions, you mentioned

5   Senior Staffer #3 ████ , and you said ████   ████

6   divulged something to you about and Sr. Staffer #3

7   ████     What did ████   ████   divulge to you?

8        A.     ████   told me that there was a

9   time he picked her up.  So ████ was part of,

10  like I said, the younger crew.  And so there

11  was a party at the Executive Mansion that I

12  think he staffed from like an operational

13  standpoint, and she was also there, and ████

14  left at the appointed time when like most

15  people were leaving, but then there were

16  other people -- like I learned from ████

17  there were pool parties that like the higher

18  level staff, the people like Sr. Staffer #3 or like

19  Sr. Staffer #1 , you know, they got to stick around

20  and late night and they got to crash at the

21  mansion on occasion.

22             And ████ told me that there was

23  at least one occasion where he had to pick

24  her up from the Chamber -- or from the

25  Executive Mansion in the wee hours, at like

```
 1              Confidential
 2   2 a.m. or something, and that ███ ███ ██ █
 3   ███ ███ ███ ███ ███ ███ ███ ███ ███
 4   ███████ ███ ███ ████████ and I remember
 5   being like, oh, my God, that's appalling,
 6   you know, why don't more people know about
 7   that crap.  I don't think ███ ███ ████ █
 8   ███ ████ ████ ████ but I don't have any
 9   reason to believe that ███ made that up.
10        Q.    When did ███ tell you about
11   that?
12        A.    He told me like last year.
13   We've stayed in touch.  He works in ██████
14   for like -- I think he works in the ██████
15   ████ ████, but he's originally from
16   ████████, so we'll get together every few
17   months, you know, for a drink or something,
18   and I remember him telling me that story and
19   being like, oh, my God.
20        Q.    Did he tell you that story
21   before or after the public allegations
22   started coming out?
23        A.    It was after -- I think it was
24   around like the holidays because it was
25   after Lindsey first posted like a Tweet,
```

```
                                          Page 138
 1                     Confidential
 2   Lindsey Boylan, and we were all sort of
 3   talking about, oh, my God, what is she
 4   talking about, what is she referring to.
 5   And then there were murmurs in like the
 6   community of alumni of, oh, did you hear
 7   about this, did you hear about that or did
 8   you hear about this, and that was one of the
 9   the "oh, yeah, there were pool parties."
10              And I wasn't part of -- there
11   was like a cast system almost, and I wasn't
12   in that upper echelon of like staffers that
13   would have been invited, like come party at
14   the mansion until 2 o'clock in the morning.
15   I was in a lower level.
16        Q.   Did ▮▮▮▮ say anything about what
17   he thought happened with █Sr. Staffer #3█ that night?
18        A.   He thinks that she got -- he
19   said that she was like angry at him and like
20   she wouldn't answer questions or something
21   and that that was -- maybe that was one of
22   ████████ ███████ ██ ██ ██████ ████████ █,
23   ████ ██ ██████ ████ █ █████████ ███████
24   ████████ ████ ███████ ██████ ██████.
25        Q.   So --
```

```
                                              Page 139
 1                      Confidential
 2          A.     But based on what has been
 3     divulged from young women publicly
 4     who -- based on my experience working there,
 5     we're working in the same environment, in
 6     the same office where  Senior Staffer #3  was, I
 7     wouldn't be surprised if there were
 8     similar -- there was a similar scenario.
 9     She looked like those women.
10                When I was there and she was
11     there, I remember learning through  ████████
12     that like she was like being groomed to be
13     the next Stephanie Benton or something, and
14     so she was in that office that was right
15     attached to the Governor's office.  She
16     traveled with the Governor.  She was with
17     him all the time.
18          Q.     To be clear,  ██████ said he picked
19      Sr. Staffer #3  up from the mansion and not from any
20     other location?
21          A.     Yes.
22          Q.     When you were in the Chamber,
23     did you hear or hear about the Governor
24     threatening anyone?
25          A.     Threatening anyone?  Umm, well,
```

```
                                    Page 140
 1                  Confidential
 2   yeah, I mean, I remember him -- I remember
 3   learning through senior staff that he
 4   threatened the mayor of Syracuse at the
 5   time, Stephanie Miner, like he was going to
 6   withhold infrastructure dollars or something
 7   because she was political, you know, she had
 8   been calling him out, and that was very much
 9   a threat.
10           And then I just -- I can speak
11   in general terms to the fact that like
12   favors were traded back and forth based on,
13   I don't know, like -- threats were
14   commonplace in that environment, and the
15   Governor could determine a municipality's
16   fortunes or an individual politician's
17   fortunes on a whim, but I wasn't -- I never
18   was in a room with him and he was directly
19   threatening someone or something.  I can
20   only speak to that.
21           It was a very public thing that
22   ultimately ended up unfolding with the City
23   of Syracuse, but I remember hearing about it
24   and learning about it and being privy to
25   some of it before it became very public.
```

Page 141

1          Confidential

2          Q.    Other than what you've talked

3     about, were you aware when you were at the

4     Chamber of any incidents of harassment,

5     bullying or other hostile or aggressive

6     behavior by the Governor?

7          A.    Well, okay, so I know about in

8     the case of █████ ███████████ that he behaved

9     hostile towards him and did threaten bodily

10    harm to █████ when he like put the football

11    in his face, and the question was, you

12    know -- can you repeat the question again,

13    was I aware of any hostile behavior?

14         Q.    Yes, it's says incidents of

15    harassment, bullying or other hostile or

16    aggressive behavior.

17         A.    Yeah, yes.  Towards ████████

18    ████████ in particular and towards members of

19    the legislature.

20         Q.    And what behavior are you aware

21    of?

22         A.    Yelling and name calling,

23    withholding support, like withholding of

24    certain gestures, but again, I wasn't in the

25    room with him when he was like throwing

```
                                    Page 142

 1                   Confidential
 2    names or barbs at anybody or anything in
 3    particular.
 4         Q.     Earlier when you were describing
 5    the reasons you spoke up, you said the
 6    Chamber was a dangerous place for you.  What
 7    did you mean by that?
 8         A.     I was a woman in my 20s who
 9    didn't have family connections in the Albany
10    area or, you know, a network of friends.  I
11    was really -- I moved there for the job
12    opportunity, and I -- so I felt like I
13    was -- I was somewhat vulnerable.  I was,
14    you know, early/mid-career and naive and I
15    was -- I survived by -- I just have to think
16    about my response for a second.  It was very
17    clear to me that being a young woman, being
18    an attractive young woman there meant two
19    things:  It meant that I was a target for
20    unwanted communication and gestures and
21    attention and that I could also hitch my
22    fortunes to being an attractive woman and
23    get a better job out of it.  Any
24    professional attention that I got there was
25    really I could assign it to what I looked
```

Page 143

```
 1              Confidential
 2   like.
 3   ████ █ ████  ███████  ████ ████ ██ █
 4   ████ ████ ████████ ██████ ████ ██ ████
 5   ████████ ███ ██ ████ ████████ ███ █ ████
 6   █ ████ ████████ ████████ ████ ██ ██████ ██
 7   ████ █ ████ ███████ ████ ████ ████ ████
 8   ██ .
 9       ██ ████████ █████ ███████ ████ ██ ███
10   ████ ███ ██ ████ ██████ ████ ████ ████
11   ████ █████ █████ ██ ████ ███ ████████ ███
12   ████ █ ████ ████ ███ ████ █ ██
13   ████ ██ ████ ███ ██████ ████ █ █████ ████
14   ████ ██ ████ █ ████████ ████
15       █ ██████ ██████ ████ ███ ████
16   ████ ████ ██ ████ █ ████████ ██ █
17   ████ ██ ████ ████ ████████ ███ ████ ████
18   █ ████ ██ █ ████ ██████ ████ █████ █ ██
19   ████ ██████ █ ████ ████ ██████ █████
20   ████ ███ ██████ ███ █ ████ ██████ ████ ██
21   ██ , ████ ████ ██ █ █████ ████ ████ █   It
22   felt like it wasn't a place that was for the
23   faint of heart, and particularly if you are
24   the type of person who wants to enter a
25   career in public service and follow an
```

Page 144

```
 1              Confidential
 2    ethical rule book and go off your own
 3    credentials, Albany is not a place for you
 4    to really succeed, and that's why I said it
 5    was a dangerous place for young women.
 6         Q.     You mentioned being -- you used
 7    ██████ █████ ████████████ ████ ██████ █ █████  Did
 8    you talk to anyone about that?
 9         A.     No, no.  ████ █████ ████ ████ ███████
10    █████ ████████ ███ █ ██████ ████ █ ███ ████ ███████
11    █████ █ ████ ████ ████ █ ██████ █ ████████ █
12    ████ ████████ ███ █ ██████ █████ █ ██████████.
13         Q.     ████ █████ ██ ████ █████
14         A.     █████
15         Q.     ████ █████ ██ ██████?
16         A.     ██████ █ █████ ████████████ ████ ████;
17    ██████ ██████ ████ ████ ████ █ ██ ████ ██████.
18         Q.     What about ████  ████████, did
19    anyone know about what ████ ████████  was
20    doing?
21         A.     █████ ████ ████ ████ █ ███████ █ ██████
22    █ ████ ██████ ██████ ████ ██ ████ ████ ████ ███████
23    ████████ ██ █ ████████ ████ █ ████████ ████ ██████
24    ██████ ████ ███ ████ ██ ██████ █████ █ ████
25    ██████ █ █████ ████ █ ████ █ ██████  I remember him
```

Page 145

1                    Confidential

2      noticing it, and like I talked to him about

3      it, like, ███ ██ █████  ██████  ██ ██ ██ ██

4      ███ ██ ██ ██ ████ ████ ████ ████ ████

5      ███ ████ ███ ██ ████ ████ ██ ██ ████ ██

6      ███ ██ ██ ████ ████ ██████ █████ ███ █

7      ███ ████ ████ ██ ██ █████ ████ ██ ██ █

8      ███ ████ ███ ████ ████████

9                 And then later on when the

10     Governor's Office -- ████████ ████ ███

11     ████████ ████ ████ ████ ████ ██ ███

12     ████████ ████ ████ ████ ████████

13     ████████ ██ ██ ███ █ ██████ ██████ ███

14     ████ ████ ████ ████ █████ ███████

15     ███████████ █████ ████ ████ ██ █████

16     ███ ██ ██ ██ ██ ██ █ ██████ ████ ████

17     ████████ ████ ████ █████ ████ ██████

18     ███ █ ██████ ██ ████ ████ ████ ████ ████

19     ███ ████ ███ █ █████ ████ ████ ██████

20     █████ ████ ████ ████████.

21              ███ ████ █████ ████ ███ ██ █

22     ████ ██ ███ ████████ ████ ████ ██ ████

23     ███ ███ ████████ ████ ████ ██ ███ ███

24     ████ ███ ████ ███████ ████ ████ ████

25     ██ ██ ███     It was just kind of I was

Page 146

```
 1              Confidential
 2   looking out for myself.  And the way that I
 3   got out of -- the way I got away from it was
 4   by  ███  ███████  ███████  ████████  ████
 5   ███████ .
 6        Q.   ████  ████  █████  █████  ████  ███  ███
 7   ██████  ██████  ██████  ██████████  █████  ██████  ███
 8   ████  ██████████  ███████
 9        A.   ████████  ██████  ██████  ███████████
10   ██████  ██████  ██████  ████████████  ███████  ██████
11   █████  ████  ██████████  ██████  █████  ████  ██████
12   █████  ██████  █████  ████  ██████████  ████  █████
13   ██████
14        Q.   █████  ██████  ██████  ████  ████████  █████
15   ██████  ██████████  ██████████  ██████
16        A.   Yes and no.  I only shared a
17   little bit with  █████  ███████ ,  ████████  ██
18   ██████████  ████████  ██████  was sort of part
19   of that social network of the crew,  ████  ██
20   ██████████  ████  █████  ███  █████  ████  ████
21   ██████  ██████  ███  ████████  █████  █████  ████
22   ██████  ███  ████  ███  ████████  ████████
23   ████████  ███  ██████  ██████  ██████  ██████  ███
24   █████████  ███  █████  ██████  ████████  ███  ██
25   ██████  ███████  ██  ██████ .
```

Page 147

1          Confidential

2                   ████████ ████ ██ ████ ████ ,

3    ████ ██ ████ ████ ████████ ████ ████ ████████

4    ████ ████████ ████ ██ ████ ████ ████ ,

5    ████ ██ ████ ████ ████ ████ ██████████████

6    ████ ████ █ ████████ ████ ████ ████ ████ ████

7    ████ ████ ████ ████ ████ ████ ████ ████

8    ████ ████ ████ ████ ████ ████ ████ ████

9    ████ ████ ████ ████ ████ ████ ████████

10   █ ████ ██ ██ █ ████ ████ ████████ ████ ██ ████

11   ██ █ ██ ████ ████ ██ ████ ████████ ████ ████ █

12   ████ ████ ██ ████ ████ ████ ██ ████ ████

13   ████ ████ ████ ████ ██ ████ ████ ████ █

14   ████ ████ █ ████ ████ ████ ████ ████

15   ████ ████ ████████ ████ ████ ██ █ ████

16   ████ ████ ██ ████ ██ ████ ████ ████

17   ████ ████ ████ ████ ████ ████ █

18   ████ ████ ████ ██ ████ ████ ██ ████ ██

19   ████ ████ ████ █ ████ ████ ████ ████

20   ████ ████ ████ ██ ██ ████ ████ █ ████

21   ████

22              And then, of course, later on ██

23   ████ ██ ████ ████ ████ ████ ██ ████

24   ██ ████ ██ ██ ████████ ████ , and then I

25   was just glad by that point that I was back

Page 148

1          Confidential

2     in Rochester and out of that world.

3          Q.   ████  ████  ████  ████  ████  ████

4     ████  ████

5          A.   ███  ███ █ ████  ████  ██  ███

█   ████  ████  ████  ████  ██████████, █  ██  ███

7     ████ █ ████  ████████  ██  ███  ████  ███

8     ████  ███  ████  █  ████  ███  ████  ██  ███

9     ██  ██  ████  ███  ███  ██  ████  ██  ███

10    ████  ██  ███  ███  ████  ████  ███  ██  ███

11    ███  ██  ███  ███  ███  ██  ████  ███  █ ███

██    ███  ████  ███  ██  ██  █ ████  ████  █

13    ███  ████  ██  ████  ███  ██  ███  ██ ███

14    ████ █ ███  ████  ███  ███  ██  ████

15    ████████  ███  ██  ████  ██  ████  ████

16    ████  ██  ███  ██████  ████  ████  █ ███

17    ████  ███  ████  ████  ███  █ ███  ██ ██

18    ████  ███  ████  ███ █ ███  ███  ███  ███

19    ██  ████  ███  ███  ████  ███  ████  ███

20    ████  ███  ██ ███  ███  ████  ███  ██ ███

21    ███ ██ ████  ██  ████████  ████  ██  ███

██    ████  ████  ███  ███ █ ██  ███  ███  █

23    ████  ██  ██  ███  ████  ███  ████  ██ ██

24    ████  ██  ███  ███  ████  ████  ██

25    ████████  ██  ███  ████  ███  ████

Page 149

1               Confidential
2   ███████████   █████   ████████████   █████   ██   ████
3   ██████   █████   ██ █   ██████   ██████   ██ █   ██████   ████
4   ███████   ████████   ██████   ██████   ██████   ████
5   ██████   ████   ███████   █████   ██   ██████   ██   ███   █
6   ███████   ██████   █████   █████   ████████   █████   █████
7   ██   █████   ████████   ██████████   .
8        Q.   ████████   ██████
9        A.   ██████   ██   ██████   ███████   ██   █████
10  ██████████   █████   █████   ██████   ████   █████   ████
11  █████   ████   ██ █   ██████   ██████   ██████   ████   ████
12  ███████████   █████████   ██████   ███████████

13            But the fear in the workplace
14  about your value here is only as good as
15  like your reputation as a human being,
16  knowing that ████████   ████   is out there
17  collecting gossip about everyone's personal
18  lives and your merit in the workplace, it
19  doesn't just speak for itself.  Like
20  you're -- it's hard to explain.
21            ██████   ████████   █ █   ██████   █████
22  ████████   ██████   ██████   ████████   ██████
23  █████   █ █   ████████   █████   ████████   ██████   ██████
24  ██████████   ████████   █████   ██████   ██████
25        Q.    When you worked at the Executive

Page 150

1              Confidential
2    Chamber, what impact did you think your
3    personal life and what happened in your
4    personal life could have on your
5    professional life and professional
6    experience?
7         A.    Well, at first I didn't think it
8    would have any relevance, but I quickly
9    learned that you -- who you hang out with,
10   who you're romantically involved with is all
11   very -- it's all very much part of how
12   you're viewed in the workplace, and
13   ███████ -- █████ ████████ ██ ████ ████████ ███
14   ████████ ████████ ██ ████████ ████████ ████████ ████
15   ███ █ ████ ███████ ████████ █ ███████████████
16   ███ █ ████ ██████ ██ ████ ████ ████ ███ █
17   ████ ██████ █ ███████ ██████ █ █ ████████ ████
18   ████ ████ ██ █ ████ █ ████ ████ █ ██████ ████ █
19   ████ ██ ███ ███████ ████ █████ ███ ███████
20   ███████ ██ ████ █ ████████
21              ████ ████████ ████ ████ ██ ████
22   ██████ ████████ ███████ ████ ████ ████████
23   ██████ ██, ████████ ████ █████ █ ████ ████████
24   ████ ████ ██████ ████ ██ ████ ████████████
25   ████ ██ █ ████████ ████ █████ ██ ██ ████

1              Confidential

2  ████████ ████ █ ████████ ███████ █████ ████ ██████

3  █ ███ ██████

4              And I had some of the fellows

5  too, but it really -- it's hard to explain.

6  I didn't really -- I wasn't really

7  socializing with them as much.

8       Q.    Is there a reason you were not

9  socializing with the fellows as much?

10      A.    Well, I think once I got pushed

11 over to that other side of the second floor,

12 I was made to feel as though I was like

13 running in a different circle, and I noticed

14 that they all started hanging out, weren't

15 telling me when they were having

16 get-togethers, and then I felt like they

17 didn't really want to hang out with me,

18 maybe because they thought that I thought

19 that I was better than them or something.

20 It was one of those weird social

21 machinations, I guess, but I wished -- I

22 wished that I would have viewed them as more

23 of like a support network.

24      Q.    Earlier you said the easiest way

25 to survive, you were describing another

```
                                              Page 152
 1                      Confidential
 2   survival mechanism, was not to get in
 3   trouble, to look nice, be nice and do what I
 4   was told.  What did you mean by that?
 5         A.    The only way you would get in
 6   trouble and that your professional situation
 7   might be under threat is if you attract
 8   negative attention to yourself.  You attract
 9   negative attention to yourself there by
10   screwing up or by being a slob, and so by
11   being docile, doing what I was told, not
12   speaking out of turn, not speaking unless
13   spoken to and also looking the part, the
14   only attention that I might attract to
15   myself is, oh, she's a nice, attractive
16   young lady and I wasn't going to get slammed
17   or screamed at or punished.
18         Q.    You weren't going to get slammed
19   or screamed at or punished by who?
20         A.    By -- well, at the time Joe
21   Percoco was like the punisher.  I wasn't at
22   the level where the Governor himself might
23   have words with me that were punitive in
24   nature, but I just knew just working there
25   that like it wasn't that hard to screw up.
```

```
                                              Page 153
 1                        Confidential
 2               You might be seen out and about
 3      consorting with some staffer from some
 4      legislator's office or you might -- it
 5      might -- the Governor might catch wind that
 6      you're talking about something that he
 7      doesn't want you to talk about or, you know,
 8      and I just didn't want to be -- I didn't
 9      want to have any sort of target on my back.
10          Q.     When you worked in the Executive
11      Chamber and you had the interactions that
12      you described with the Governor, including
13      where he would call you sweetheart or kiss
14      you on the cheeks or kiss your hand, did you
15      have any views at the time whether the
16      Governor's conduct was appropriate?
17          A.     I knew and I believed that it
18      was technically not appropriate for a
19      workplace environment; however, I also knew
20      that we were working in a political
21      environment where certain rules just didn't
22      apply and I knew that --
23               I remember telling people at
24      home that, you know, wow, I didn't realize
25      that in order to like effectively govern the
```

```
 1                   Confidential
 2   State of New York, you have to like skirt
 3   the law all the time, you have to make sure
 4   that certain things aren't in writing and
 5   ignore certain bureaucratic processes and
 6   push things through just to govern the State
 7   of New York, and just in the way that you
 8   sort of have to skirt the law to govern, you
 9   skirt the law to be a politician of his ilk.
10              Like even though on the face of
11   it, sexual harassment is illegal, like you
12   saw how the Governor reacted to the claims
13   in recent months and weeks.  He laughed it
14   off, and I know that is how senior members
15   of the administration would have treated it
16   too.  You know, granted, this was pre-Harvey
17   Weinstein and everything, but, you know,
18   like that's why even the whole ██████  ████████
19   stuff, I'm like, ugh, what a creepy, gross
20   old man, but I never thought to report it.
21        Q.    And just so I understand, what's
22   the connection you're drawing between not
23   thinking to report the ████  ████████ stuff and
24   the Governor's conduct?
25        A.    Just that even though I knew
```

1               Confidential

2    that it's not appropriate and it's

3    tantamount to harassment that the Governor

4    asked me if I have a boyfriend, that █████

5    ████████ asked me about my love life, that

6    the Governor kisses me on the cheek, that

7    ████ ██████ kisses me on the cheek, the

8    culture and standards at the time

9    were like I would have been seen like sort

10   of a Gloria -- or like an Uber-feminist to

11   speak up even in 2014, 2015.

12        Q.    When is the first time that

13   you -- sorry, I missed --

14        A.    Oh, sorry, I just -- like I

15   would have been laughed at.

16        Q.    When is the first time you spoke

17   with anyone about how the Governor

18   interacted with you during your time in the

19   Executive Chamber?

20        A.    I spoke to my family at home,

21   not -- like probably the day that he first

22   interacted with me in his office, just

23   saying like that, wow, the Governor he came

24   right up to me, and I remember telling them

25   about how he behaved at that party, but I

```
                          Confidential
 1
 2    didn't characterize it like the Governor
 3    finds me sexually attractive.  It was just
 4    like the Governor is kind of like flirty and
 5    whatever, you know.  He's a -- he's an old
 6    Italian man from New York City, da, da, da.
 7         Q.     When is the first time you
 8    characterized the Governor's conduct towards
 9    you during your time in the Executive
10    Chamber in a different way?
11         A.     Like in negative way?
12         Q.     In a negative way or differently
13    from how you characterized it previously.
14         A.     A few months into the
15    experience, as I started to feel more and
16    more like it was grating to work there, and
17    like I remember not long after ███████ told
18    me about the high heels rule, thinking like
19    that's so bizarre and that's so backwards,
20    and I remember telling -- I think it was
21    like at Christmas that year when I was home
22    telling some of my cousins about it and
23    people in my family.  Like my ██████ ████████,
24    ██ ██████ are kind of like old-school
25    feminists from like the '70s, and I remember
```

1                        Confidential
2    telling them about it, and they were like,
3    oh, my God, and that was sort of -- but I
4    remember like saying it as, though, yeah,
5    it's super screwed up and it's so backwards,
6    but that's just how the guy is and that's
7    how things are and whatever, whatever.
8                    And then so later on this past
9    year, when I went public, I recall, you
10   know, several of those members of my family,
11   people in my friend network reached out and
12   were like, wow, Ana, I remember you telling
13   me about that, I remember you telling me
14   about that, and that was validating to me
15   like, yeah, I wasn't -- it wasn't like I was
16   just blind thinking like this is all
17   hunky-dory.  I was open about the fact that
18   it was not appropriate.
19        Q.    Did any of the family members or
20   friends in your network, who said they
21   remembered you telling them about your
22   experiences, did any of that happen by text,
23   e-mail or otherwise in writing?
24        A.    No, not that -- not that I have
25   record of.  I probably have like G-Chats

Page 158

Confidential

1
2  with ██████ ██████ about certain things.  I
3  remember like G-Chatting with him in my
4  office, but he would put those chats on
5  private or whatever.  There was some
6  security setting.  But those stories that I
7  would share with my family and friends were
8  all like verbal interaction.
9       Q.    What about later this year when
10  they said I remember you telling me about
11  it, did that all happen orally?
12       A.    Oh, well, I remember my ████
13  ██████ ██████ posted it on my Facebook
14  account, so I do have that record.  I posted
15  a link to Rebecca Traister's piece that she
16  had written in New York Magazine that
17  included some of my account just because I
18  felt she did a good job of capturing really
19  what I was trying to convey, and she plugged
20  that into the broader culture using other
21  people's stories.  So I felt like it was an
22  appropriate thing for me to share with my
23  friend network.  And, yeah, my ██████ ██████
24  posted, wow, that's crazy, I remember you
25  telling us about that.

Page 159

1                        Confidential
2          Q.    Based on your experiences from
3    your time working in the Executive Chamber,
4    how do you see the Governor as a man?
5          A.    I see the Governor as cowardly,
6    megalomaniac and a narcissist.  ■ ■■ ■
7    ■■■■■■■■  and that's helped me kind of
8    articulate some of that.  Like I see
9    narcissistic tendencies in his behavior.  He
10   believes that rules that apply to the
11   broader populus don't apply to him.  I go
12   back to like the way that they were so quick
13   to decry ■■■  ■■■■■■  and say ■■■  ■■■■■■,
14   you better resign, and then the Governor is
15   accused of doing just the same stuff, and
16   he's standing his ground.  And so I see him
17   as a disingenuous, narcissist, an abuser,
18   abuse of power and abuse of vulnerable young
19   women's bodies.
20         Q.    Based on your experiences, how
21   do you think the Governor views women in the
22   workplace?
23         A.    I think he views all people in
24   the workplace as a means to an end.  I think
25   he views women in the workplace as both a

1                    Confidential

2    means to an end and a pool from which to

3    enjoy eye candy and entertain some of his

4    sexual proclivities and fantasies, much the

5    way you see it depicted in popular culture,

6    hire beautiful women to flank you all over

7    the place and you're constantly surrounded

8    with beautiful things to look at and women

9    to flirt with, especially when you're the

10   most powerful person in the room and the

11   most powerful person in the office.  Nobody

12   can say boo about it.  You could be the

13   Hunchback of Notre Dame, but they're going

14   to talk to you.

15        Q.    When you worked in the Executive

16   Chamber, did you see or hear about the

17   Governor touching anybody else?

18        A.    Not when I worked there.  I just

19   knew that the same way that he behaved with

20   me, he behaved with many other women.  So I

21   knew that he was touching and flirtatious,

22   but I didn't know that -- I couldn't have

23   imagined at the time that the Governor might

24   overtly sexually abuse a woman's body or

25   proposition a woman.

```
                                          Page 161

 1                    Confidential

 2        Q.    Did you hear about that kind of

 3   conduct after you left the Executive Chamber

 4   and separate from the public allegations?

 5        A.    I heard about -- this past year

 6   after I spoke up, Lindsey Boylan divulged

 7   some things to me that I did not know to be

 8   true at the time, but she divulged that the

 9   Governor was -- had ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ with

10   female staffers, including, she named,

11   ▮Sr. Staffer #1▮ ▮▮▮▮▮, ▮Senior Staffer #3▮ and ▮▮▮▮▮.

12              And I remember thinking that

13   that was so disgusting and I couldn't even

14   imagine, because when I was there, he was

15   still dating ▮▮▮▮▮ ▮▮▮ and in public they

16   were kind of physically affectionate towards

17   one other, and I guess I just thought that

18   even though he likes to flirt with young

19   women, he wasn't having sex with people that

20   worked for him.

21              So it was through a secondary

22   source and it was after the public

23   allegations came out, but it was like

24   something that Lindsey said to me that I

25   don't think she said to any public, like,
```

```
                                          Page 162
 1                  Confidential
 2   media outlet and what not.
 3        Q.    Did Lindsey tell you what her
 4   source was?
 5        A.    She said -- yeah, I would have
 6   to look through my text messages, but she
 7   observed some of it and I think she knew
 8   through her own network.  She didn't tell me
 9   any names like so and so told me that this
10   happened.
11        Q.    Did you ever see anyone sitting
12   in the Governor's lap?
13        A.    No.
14        Q.    Have you ever heard about
15   someone sitting in the Governor's lap?
16        A.    Yes.
17        Q.    What did you hear?
18        A.    I think there were -- there were
19   allusions to it in some of the public
20   allegations that came out this year.
21        Q.    Other than what's in the public
22   allegations, did you hear about anyone
23   sitting in the Governor's lap?
24        A.    No.  I don't think I can answer
25   that question with any -- like I don't
```

                                                        Page 163

1                        Confidential

2      remember anything specifically about that.

3              Q.     Did you ever hear anything about

4      █Senior Staffer #3█      █████ sitting in the Governor's lap?

5              A.     No.  I just heard about the pool

6      parties and █Sr. Staffer #3█ █████ █████ ███ ██████

7      and then, you know, Lindsey's claim that ████

8      ████ ████ ██████ ███████ with the Governor.

9              Q.     Did you ever see or hear about

10     the Governor hiring a woman after meeting

11     her at an event?

12             A.     Yes.

13             Q.     What did you see or hear about?

14             A.     I saw and heard about it from

15     the public allegations in the media.

16             Q.     But other than what's in the

17     public allegations, you didn't hear about

18     the Governor hiring a woman after meeting

19     her at an event?

20             A.     No.

21             Q.     When you were in the Executive

22     Chamber, did you hear any rumors about the

23     Governor having █████ ████████ ███ █

24     █████████ with any members of the staff?

25             A.     I remember hearing through the

Page 164

1            Confidential

2    rumor mill that like he had ███████ █ ██████

3    Senior Staffer #2 ████████ █ ██████████, but I didn't

4    take it seriously because I thought --

5    again, I was probably naive, but I thought

6    he was in a happy relationship with ███████

7    ███  and I thought that like people were just

8    making things up.

9            Q.    When you were in the Chamber,

10   did you hear anybody say that the Governor

11   made her or him uncomfortable?

12           A.    Yes.

13           Q.    Who did you hear say that?

14           A.    ████████ ████████, █████ ██████.  I

15   never -- women didn't really talk about it.

16   I can only speak to like men talking, you

17   know, ██████ ██████  too, about like, oh, God,

18   he's in rare form today.  And like -- like

19   not like, oh, the Governor touched me and it

20   made me uncomfortable.  It was more just

21   like, oh, God, just had the worst meeting, I

22   got berated for 45 minutes, stuff like that.

23              MS. MAINOO:  Before we move to

24         the next topic, I will just pause and

25         find out if Ms. Kennedy Park has any

```
                                    Page 165
 1                  Confidential
 2       questions.
 3             MS. PARK:  I apologize,
 4       Ms. Liss, if I'm going to ask this and
 5       I missed it, but on any occasion when
 6       the Governor touched you, did he ask
 7       permission to touch you?
 8             THE WITNESS:  No.
 9             MS. PARK:  On any occasion in
10       which you witnessed him touch someone
11       else, who was a staff member in the
12       Executive Chamber, did you hear him
13       ask permission to touch them?
14             THE WITNESS:  No.
15             MS. PARK:  Is there a difference
16       in the way that you saw him touch
17       women in the Chamber versus men in the
18       Chamber?
19             THE WITNESS:  Yes.
20             MS. PARK:  What's the
21       difference?
22             THE WITNESS:  He didn't touch
23       men in the Chamber, and he was gruff
24       and kind of aggressive with men, and
25       he was flirtatious and -- flirtatious
```

```
                                          Page 166
 1                      Confidential
 2         and silly, I guess, with women.  He
 3         would always just -- he was very much
 4         like an alpha male, I suppose, in his
 5         interactions.  It seemed like --
 6              MS. PARK:  Did the Governor --
 7         apologies.  Go ahead, Ms. Liss.
 8              THE WITNESS:  I was going to
 9         say, it seemed like for the most part
10         the men who worked for him that were
11         doing a lot of like the heavy lifting
12         there really hated working there and
13         really hated working for him, and a
14         lot of the women, they weren't subject
15         to the same sort of verbal abuse.  It
16         was just a different type of -- it was
17         like -- they was sexualized and that
18         wasn't pleasant, but at least they
19         weren't getting verbally harassed
20         and -- but I know that wasn't true for
21         every -- every woman.
22              MS. PARK:  If the Governor had
23         asked your permission to kiss you,
24         what would you have said?
25              THE WITNESS:  Probably, sure.  I
```

Page 167

1                    Confidential
2          mean, he's the Governor.
3                    MS. PARK:  Why is that; why
4          would you say "sure"?
5                    THE WITNESS:  Because -- well,
6          first of all, I wouldn't view it as
7          like -- I mean, if he asked to kiss me
8          on the lips or something, no way, but
9          I wouldn't have viewed it as a
10         violation of my personal space, but
11         also he's the Governor and I'm not
12         going say no to the Governor.
13                   MS. PARK:  And why don't you say
14         no to the Governor?
15                   THE WITNESS:  You don't say no
16         to that Governor because you might
17         black -- get blackballed.  With
18         Governor Cuomo, if you're asked to do
19         something and then you fail at that
20         task, you might never get asked to do
21         anything ever again.  You might get
22         reassigned somewhere else.
23                   MS. PARK:  Is that what you mean
24         by "blackballed"?
25                   THE WITNESS:  Um-hum.

```
                                          Page 168
 1                    Confidential
 2              MS. PARK:  That's all I have.
 3              MS. MAINOO:  Thank you.
 4    BY MS. MAINOO:
 5         Q.    Miss Liss, did you ever observe
 6    anyone say no to the Governor during your
 7    time at the Executive Chamber?
 8         A.    No.
 9         Q.    Did you ever hear about anyone
10    saying no to the Governor?
11         A.    Only political adversaries.
12         Q.    Are there examples that come to
13    mind?
14         A.    Well, his fight with De Blasio
15    about, you know, the New York City schools
16    and issues on that level, but there was no
17    tasks big or small that you would say no to
18    that the Governor asked you to do no matter
19    how important or unimportant you were.
20         Q.    What's the reason for that?
21         A.    Because he's the most powerful
22    person in that environment.  If you say no,
23    then you risk losing your job or being
24    reassigned.
25              I guess to more accurately
```

Page 169

1                        Confidential

2      answer your first question, specifically I

3      don't have an example, but I believe that

4      Howard Glaser said no to the Governor and

5      disagreed with the Governor on a couple of

6      important matters and they thus had some

7      sort of a falling out, which is what

8      pressed -- which is what led to Howard

9      leaving to go work elsewhere in 2014 -- in

10     2015 after the Governor was reelected, and I

11     remember seeing that as sort of, wow, that

12     was brave on Howard's part.  I think they

13     disagreed on certain higher level political

14     or policy matters and had somewhat of a

15     professional falling out.  They went in

16     different directions.

17          Q.    What did you know about the

18     falling out?

19          A.    I just remember observing the

20     frequency with which they met dissipating

21     significantly in the months leading up to

22     his election and then immediately thereafter

23     the re-election and the second term, and I

24     remember hearing through the grapevine just

25     that like they're not getting along, Howard

```
                                         Page 170

 1                     Confidential
 2      wants out or something.
 3               I remember also thinking
 4      selfishly what does that mean for me if
 5      Howard is leaving, and of course, that meant
 6      Jim Malatras came and I had to start to make
 7      some moves.
 8          Q.    Did you have a sense of whether
 9      Howard's attitude toward the Governor
10      changed or the Governor's attitude toward
11      Howard changed or both after Howard
12      disagreed with the Governor?
13          A.    I think -- I think it was both,
14      but I observed more so Howard's dynamic,
15      that like he didn't take the Governor as
16      seriously and that he was pretty fed up
17      with the circumstances, which was
18      demoralizing for me too because I was like
19      I'm here every day, I work for you, you hate
20      your job, what does that mean for me, where
21      am I going to go.
22               I took Howard to be, you know, a
23      bit of an intellectual, and I don't know
24      what specifically was driving his
25      frustrations, but it's probably a lot of
```

```
 1              Confidential
 2    things.  He had been with the Governor since
 3    the Governor was HUD secretary.
 4         Q.    You referred several times to
 5    the culture in the Executive Chamber.  How
 6    would you describe it from the time when you
 7    worked there?
 8         A.    Cutthroat, hostile, hyper image
 9    focused and -- you know, it was all about
10    like power and connections.
11         Q.    In what way was it all about
12    power and connections?
13         A.    How many people you knew and
14    what types of people they were and
15    how -- you know, like for instance, Melissa
16    DeRosa's ███ ██ ██████ ██████ ██████, and
17    there were folks that were related to high
18    level officials in New York City, are
19    connected to powerful wealthy families, and
20    there was a lot of, like, oh, don't you know
21    who his or her dad is or his or her uncle
22    and, oh, so and so got their job because
23    of -- they're related to this person or they
24    know this person, which exacerbated some of
25    my own insecurities about, like, I'm not
```

```
                                    Page 172
 1                    Confidential
 2   really related to anybody and I don't really
 3   know anybody.  So there was that.  And, you
 4   know, you don't get an audience with the
 5   Governor unless you have something to offer
 6   him.
 7          Q.     What was the work environment
 8   like in the Chamber?
 9          A.     It was chaotic and it was
10   depressing and it was all consuming.
11          Q.     How was it chaotic?
12          A.     There was just no -- nothing was
13   really systematic, like your job was
14   different on any given day.  There was no
15   consistency.  It was always just like
16   putting out fires, being part of a crew that
17   was putting out fires.  In that Rebecca
18   Traister piece, somebody described it as
19   like policy-making paint by numbers, and I
20   thought that kind of nailed it.  It was like
21   we were just figuring out as we went along
22   day to day what the matters -- like what
23   were the priorities on any given day.
24          Q.     What did you think were the
25   reasons for that?
```

```
                                         Page 173
  1                    Confidential
  2         A.      Hanging onto power.  You know,
  3    survival was everything, and there was a lot
  4    of energy paid to snuffing threats, a lot
  5    of -- the communications team was really the
  6    most important team anywhere, and their
  7    whole focus -- like they ran like a newsroom
  8    that was constantly turning out press
  9    releases, announcements, announcements,
 10    announcements, and then planting negative
 11    words and narratives about enemies of the
 12    Governor.
 13              When I began to learn that it
 14    was all about PR and communications and less
 15    so about policy making, I remember feeling a
 16    little alarmed by that, but then also like,
 17    well, I suppose it's not that much of a
 18    surprise because that's just how things are
 19    nowadays, I guess.  And I used to work in
 20    the journalism world, and I understand the
 21    importance of press announcements and stuff
 22    like that.
 23         Q.    How did you learn it was all
 24    about PR and communications?
 25         A.     Well, I really -- I really
```

Page 174

1                        Confidential
2     figured it out or got a heavy does of it
3     when I was given that early assignment to
4     put the Regional Economic Development
5     Council videos together, and what I learned
6     was like he watched like 30 seconds of my
7     Long Island video, and we had done an
8     interview with somebody who -- there was
9     like a fishery project that got some
10    financing through the State, like a
11    restoration of a fishery, and the Governor
12    watched, and he was like I don't know who
13    the fuck these people are.  And then he made
14    us redo the whole thing to be like bigger,
15    splashier, sexier, and we reproduced all of
16    them to focus on projects, many projects
17    that didn't even have anything to do the
18    Regional Economic Development Councils.
19              And that was my first
20    realization that it was a dog and pony show
21    or it was like the Wizard of Oz hip, like
22    don't pay attention to the man behind the
23    curtain, like watch the flashy show, and I
24    felt a little foolish from that.
25              I also learned in my Fellowship

Page 175

Confidential

2  orientation ████ ██████ was invited to

3  come -- ████ ██████ ████ ████ ██████ ████

4  ████ ████████████ ████ were invited to come

5  and speak to the fellows. And █████ had

6  worked for ████████ ███ ██████████, I think

7  it's Channel 6. A lot of the communication

8  shops -- like Channel 6 was almost like a

9  feeder to that crew. And he told us that

10  the Governor's Office treats -- like the

11  communications team is a news organization

12  and they have newsroom meetings every

13  morning and they're constantly -- you know,

14  they're constantly monitoring the news

15  cycle, and the Governor is constantly

16  getting these press clippings sent to his

17  BlackBerry, and that's like everything that

18  he pays attention to. So I learned really

19  early on it was the most important thing.

20        Q.    How did people -- how did staff

21  treat each other in the Chamber?

22        A.    It was a sort of mixed bag.

23  There was hostility and mistrust,

24  particularly like young women, I think. And

25  then there was anger and yelling, and then

1                    Confidential

2    there was some camaraderie.  There was some

3    Stockholm syndrome.  You know, I think like

4    particularly that group of young people,

5    that crew, they took some solace in each

6    other, drinking.

7         Q.    You referred to hostility and

8    mistrust particularly with young women.

9    What did -- can you elaborate on that?

10        A.    Yeah, I just remember like mean

11   girl culture and being looked at sideways

12   and treated with sort of like -- especially

13   people like Melissa, Melissa always

14   definitely treated me like that, like you

15   felt kind of like nothing.  Just disrespect.

16   Women at that level looked down upon women

17   that were at a lower level and didn't treat

18   them like -- really like human beings.

19        Q.    And other than Melissa, who are

20   the other women at the higher level that you

21   just referred to?

22        A.    Stephanie Benton was definitely

23   one of them, and Jill DesRosiers was one as

24   well.  She was quieter.  I didn't really get

25   a read on her really much, but that was

```
                                    Page 177
 1              Confidential
 2   definitely like a trifecta.
 3        Q.    What was Melissa DeRosa's
 4   position at the time?
 5        A.    She was director of
 6   communications or she was in whatever role
 7   she was just prior to being director of
 8   communications.  It wasn't long
 9   after -- like she had come from
10   Schneiderman's office to go work there, and
11   she certainly like wasn't secretary to the
12   Governor or anything like that.  She was
13   working in the communications shop.
14        Q.    Do you remember where she sat?
15        A.    Yeah, she was in the
16   communications office, which was -- like if
17   I was here (indicating), the Governor's
18   Office was like this suite(indicating) and
19   then the communication -- then like the red
20   room was there (indicating) and then like
21   around the corner from the red room was the
22   communications office.  It was all attached
23   by an internal corridor that went through
24   each office so you didn't have to go out in
25   the main hallway.
```

```
                                          Page 178
 1                    Confidential
 2         Q.    And you referred to "mean girl
 3    culture" just now.  What did you mean by
 4    that?
 5         A.    Like -- I mean, it's one of
 6    those things Melissa DeRosa didn't have to
 7    look at me square in the eye and say, well,
 8    I think you're a stupid little bitch, you
 9    know.  People can make you feel like you're
10    nothing and nobody just by not acknowledging
11    your presence and never knowing your name or
12    looking and glancing your direction, and
13    that's how it was.
14              Like I saw her and Stephanie
15    almost every day when they were in the
16    office, and I don't think either one of them
17    ever uttered my name or glanced in my
18    direction.  I was certainly on e-mails with
19    them a bunch, but -- and I learned obviously
20    later on that was true across the board.
21    They were made to feel they were the chosen
22    ones, that they were really important, they
23    were the Governor's main women, and then we
24    were all seen as sort of like wannabees, I
25    guess, but they didn't really know that I
```

1             Confidential

2    didn't want to be them.

3         Q.    What's the reason you didn't

4    want to be them?

5         A.    Because I wanted to go home and

6    just have a regular job and not have to -- I

7    didn't want my whole professional -- I

8    didn't want to feel defined by this man and

9    his legacy and his administration.  I was

10   like -- I learned in a few short months that

11   it was a pretty meaningless existence, and I

12   realized that I could probably do more good

13   in my career by getting out of there and

14   working at the -- in a lower level somewhere

15   else.

16        Q.    You mentioned I think at the

17   beginning of our interview that Cuomo

18   acolytes use terms like "loser" and "zero."

19   How did they use those terms and who did you

20   mean by "Cuomo acolytes"?

21        A.    Well, I just remember -- so ███

22   ███████  is someone who has been around that

23   world since his campaign for his first term

24   and had ingratiated himself to Howard, and

25   Howard was really tight to the Governor for

```
 1                    Confidential
 2   a really long time, and I picked up on their
 3   language really quickly, and they
 4   were -- ████    ████    was -- like I said, he
 5   had kind of loose lips, and he would talk
 6   about, oh, this person, he's fucking zero,
 7   he's a loser, and I guess I took some of his
 8   language -- and I remember hearing Howard
 9   using the same language, ████ picking it up
10   from Howard, and I learned like maybe this
11   is like the dictionary according to the
12   Cuomo administration.  I remember ████
13   talking about women like they're smoke shows
14   and she's a 10.
15        Q.    What is a "smoke show"?
16        A.    I didn't know what it was then,
17   up until that point, but like a hot women, a
18   beautiful woman, a smoke show.
19              And ████ and Howard would smoke
20   cigars in Howard's office, and I remember
21   thinking smoke cigar, it's illegal to smoke
22   inside the State office building, so
23   whatever, and using those kind of
24   language -- that kind of language, and I
25   took that to mean that this is like
```

```
                                        Page 181
 1                   Confidential
 2   Cuomo-ese, I guess, "smoke shows" and
 3   "zeros" and "losers" and "fuckups" and stuff
 4   like that.
 5         Q.    Were you ever privy to the
 6   Governor's use of that type of language?
 7         A.    No.  I did hear him use the
 8   F-bomb.  Like "what the fuck is this," you
 9   know, stuff like that, but never -- I don't
10   think I ever heard him call someone a name
11   outright, but I didn't -- there were very,
12   very few occasions when I might have been in
13   that vicinity where I might pick up on
14   something like that.  I could tell that
15   there was some isolation that took place.
16   Like when the Governor is ready to have one
17   of those types of conversations, the doors
18   are closed and there is only certain people
19   in the room, so...
20         Q.    And who were the people who
21   would be in the room under those
22   circumstances?
23         A.    ████████ ████████; Jim Malatras;
24   ████████ ████████, depending on the subject;
25   Joe Percoco; ████████ ████████, when he was
```

```
                                          Page 182
 1                   Confidential
 2    alive; Larry Schwartz; Stephanie; Melissa;
 3    Josh Vlasto, when he was there; ████ ███,
 4    when he was there; like those guys, like the
 5    inner -- █████ ████; the inner circle, the
 6    circle of trust, so to speak, I guess.
 7         Q.     How much overlap did you have
 8    with Josh Vlasto?
 9         A.     Very small amount.  He left not
10    long after I came onboard.  I remember
11    seeing him come through a bunch of times and
12    then he disappeared, and now he's working, I
13    think, at one of those blue chip, whether
14    it's a tech company or something.  He's in
15    the private sector.
16         Q.     What position did he hold when
17    you overlapped?
18         A.     He was chief of staff, I
19    believe.
20         Q.     Did you observe how he
21    interacted with people in the Executive
22    Chamber?
23         A.     Yeah, he was █ █████.  Sorry.
24    He was just a jerk.
25         Q.     How so?
```

Page 183

1          Confidential

2          A.    In the same manner that like

3     Melissa -- ███████ █ ████████ █ ████████ ██ ██ █

4     ████████ ██ ████ █ ████ ████ █ ███ █ ████ █ █████

5     ██████ ████ ██ █ ████ ████ █ ████ █████ █ █████ █

6     ██████ ██ ███.

7          Q.    ████ █████ ███ █████ █ █████

8     ████████

9          A.    Yeah, he saw me -- I think he

10    and I interacted like in passing on a couple

11    of occasions, one being the regional council

12    award ceremony that first year, and then,

13    you know, when he observed me in Howard

14    Glaser's office and kind of glanced --

15    ███████ ██ ██ █████ ████ ██ █ █████.

16         Q.    Earlier you referred to people

17    breathing down my neck and monitoring your

18    every move after you moved over to Howard

19    Glaser's office.  Who was breathing down

20    your neck and monitoring your moves?

21         A.    I guess I should amend that

22    statement because I felt like I was in a

23    fish bowl and that people were looking at me

24    constantly and like they knew I was there,

25    but the people weren't really monitoring

Page 184

Confidential

1

2     what I was working on.  It was just

3     what -- that I was there, that I was sitting

4     at my computer, what I was wearing.  I felt

5     like I was being -- you can feel watched and

6     you don't necessarily feel like -- like it's

7     not like they were monitoring my attendance

8     and what time I got there and when did I

9     leave.  It was I felt like I was on display.

10         Q.    Were there any individual people

11    who made you feel like you were on display?

12         A.    No.  I guess I don't really know

13    how to answer that question.  Just, you

14    know, there were a lot of the same people

15    that came in and out of that office that

16    were very important people, whether they

17    were going to meet with the Governor or with

18    Howard, and when they would come into that

19    room, you know, they would observe

20    who's -- who is around, and I felt observed

21    or seen by those people, and there was some

22    pressure associated with that, I guess.

23         Q.    You referred several times to

24    

25

1                 Confidential

2    ████████.  Can you speak more generally as to

3  how your time in the Chamber affected you?

4      A.   Yes, yes, ████ ████ ████ ████ ████

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 187

1           Confidential

2    ███████ ████ █ █████ █ ██████ ██ ████ ████.

3    █ █████ ████ ████ █ ████ █ █████.

4    ██████ █ █ █████ █████ █ █████. ████

█  ██████ █████ ██ ████ ████ ██████ █

█  ██████ █████ █ █ █ ███████ ████ █

█  █████ █████ █ █████ █ ████ ████

█  ██████ ████ █ █████ ████ ████ █ ███ ████

█  ████████ ████████ ████████ ████████ and it

10   was sort of like that because even though I

11   hated it, I was very fiercely protected of,

12   well, I work for Governor and it's very

13   important and I have this very important job

14   and, no, mom, I'm not going to quit my job

15   and move home, █ ████ ████ █████ █████

█  ████████ ████ ████ █████ █████ █

█  █████ ████ █ ████ ████ █████ █████

█  ████████ █████ █████ █████ ████ █ ████

█  ████ █ ████ █████

█  █████ █ ████ ████ ████ ████ ████

█  █████ █ ███ ████████ ████ █████ ████████

█  █████ ████████ █ █ █ █ █

█  ████ █ █████ █ █████ █ ████ █

█  ████████ ████ █ ████ ████ ████ █ ████ ████

█  ████████ █████ ████ █ █████ █████ ████

█  █████ ████ ████ █ ██ █

Page 188

1            Confidential
2       Q.    How long was the Fellowship
3  slated to be?
4       A.    Two years.
5       Q.    When was it supposed to end?
6       A.    The summer of 2015.
7       Q.    When did you start looking for
8  your next job after the Chamber?
9       A.    The spring of 2015.
10      Q.    What led to your decision to
11 look for a new job?
12      A.    Escapism.  I wanted to just get
13 out and I wanted -- I found it really
14 appealing like any job that has structure
15 and is not political.  I was sort of lusting
16 after the idea that like I could maybe
17 leverage the experience as a golden ticket,
18 so to speak, and get a job somewhere that
19 was more normal, but I couldn't do so in the
20 traditional way that others were doing
21 because I didn't have -- I couldn't say
22 like, oh, use the Governor as a reference,
23 like that wasn't -- I couldn't tell anybody
24 that I was looking for a job.
25      Q.    What's the reason you couldn't

Page 189

```
 1                    Confidential
 2   tell anybody that you were looking for a
 3   job?
 4         A.    Because, again, that ██████
 █    ████████████ example that -- it was common
 6   knowledge that, you know, you stick it out,
 7   you stick around until a member of the
 8   administration identifies an opportunity for
 9   you or something opens up within the circle
10   of influence that's tied to the State, and
11   that just wasn't going to happen for me.  I
12   couldn't really envision it.
13         Q.    Did you ever speak with anyone
14   about opportunities for a position as a
15   deputy secretary for Economic Development or
16   other work in leadership within --
17         A.    Yeah, I -- I thought that that
18   might be in the cards for me, but ██████████
19   ██████████ sort of laughed it off the couple of
20   times that I brought it up because he had
21   been looked over for the deputy secretary
22   position.  He had been functioning for a few
23   years being paid as an assistant secretary
24   functioning as the deputy secretary and the
25   assistant secretary, and I was informed
```

Page 190

1                    Confidential
2    that, like, the Governor was looking for a
3    name, you know, some splashy sort of a brand
4    name, like person to appoint, and as long as
5    ████████ was in the assistant deputy role,
6    that wasn't in the cards.
7              So I thought maybe a job at
8    Empire State Development, and I talked to a
9    woman named ████ ████████ ██████ there, I can't
10   remember her title, but I had helped worked
11   on the Global New York policy language, and
12   I thought -- I worked, I collaborated at ESD
13   on that.  I thought could there be a
14   position with Global New York, and they
15   didn't really have anything.
16             And she was like, well, what do
17   you think about moving into New York City.
18   I don't think I -- I'll think about it, but
19   nothing materialized.  There were just a lot
20   of fits and starts.
21        Q.    Looking back, how do you assess
22   your time in the Executive Chamber?
23        A.    Survival and really an expensive
24   lesson, expensive lessons learned about my
25   personal and professional tenacity and about

Confidential

1

2     how the State of New York is governed and

3     how politics functions in the State of New

4     York.

5          Q.     What are those expensive lessons

6     that you learned?

7          A.     I learned that I'm not cut from

8     the kind of aggressive fabric that -- like

9     I'm not the type of person that wants to cut

10    other people down, I don't have like a

11    fiercely competitive spirit, and so I don't

12    believe that I could be successful rising

13    through the ranks of a political operation,

14    like what Andrew Cuomo operates as Governor,

15    and I learned that -- like I said earlier,

16    it seems like the only way to govern the

17    State of New York in such a way that people

18    think you're actually doing your job and

19    getting things done is to break the law and

20    find shortcuts around legal processes, find

21    shortcuts around legislative processes.

22               And, you know, it was an

23    expensive lesson learned because it was two

24    years of my life.  I didn't really save any

25    money.  You know, I learned a lot of lessons

Page 192

```
 1                    Confidential
 2   and I made some solid, good-lasting
 3   connections, but not -- not necessarily what
 4   I thought was going to come out of it in
 5   terms of my network and in terms of my
 6   professional work experiences.
 7         Q.    You referred a couple of times
 8   to legality or breaking the law.  Did you
 9   observe or hear about the Governor or anyone
10   in the Executive Chamber breaking the law
11   during your time in the Chamber?
12         A.    Well, yeah.  I mean, I knew and
13   was privy to what -- you know, that ████
14   ████████  ██  calling  ██  ████████  and
15   complaining that  ████  wasn't being paid
16   enough money, and so then  ████  ████████  got
17   ██████  another job and got him more money,
18   and that was one of the things that ended up
19   landing  ████  in jail, and I remember like
20   knowing about it and understanding that it
21   was problematic.
22              And I remember learning about
23   the Governor not putting anything in
24   writing, not even a text message, and
25   understanding there is a reason for that
```

Page 193

```
                                Confidential
 1
 2    because there is no paper trail for certain
 3    conversations and certain things.
 4              Yeah, like just witnessing
 5    nepotism and favoritism, knowing that it's
 6    not legal, knowing also people were -- there
 7    was a lot of blending between personal and
 8    professional life and drinking on the job
 9    and stuff like that, and I knew that that
10    wasn't legal, but certainly --
11              I don't know if I can give you a
12    specific example, but I know from working
13    there that the whole goal was to push
14    through the Governor's agenda, avoiding at
15    all costs any influence on the part of
16    members of the State legislature.  It had to
17    be his budget, his policies, and a lot of
18    that involved wheeling and dealing, I think,
19    outside of the law.
20         Q.    In what way was there
21    blending -- let me start again.
22              In what ways was there blending
23    between the personal and professional in the
24    Chamber?
25         A.    Well, like I told you, you know,
```

Page 194

Confidential

1  that crew of young friends and

2

3  everybody -- everybody there, it seemed like

4  their whole entire social life was their

5  work colleagues and it was like a cult or a

6  religion.  When you weren't there, you were

7  drinking with the people that you worked

8  with.  The parties at the Executive Mansion

9  and the after parties, you know, those were

10  all colleagues drinking together, and it

11  was -- it was that type of a place where it

12  was just 24/7 grind.

13          Q.    Any things that you're proud of

14  during your time working in the Chamber?

15          A.    Yes, yup.  I'm --

16          Q.    What?

17          A.    I'm proud that I wordsmithed and

18  helped to develop a lot of the language that

19  was used in the 2014 and 2015 State of the

20  State policy books.

21                I advocated for the New York

22  State Council on the Arts, and I got him a

23  $5 million budget increase one of those

24  years.  It was their first in a very long

25  time.  And I participated in budget

Page 195

1              Confidential

2    negotiations with the legislature for the

3    Council on the Arts.

4              And I was proud of the network

5    that I cultivated and some of the

6    educational skills that I was able to

7    develop on the road, working through the

8    Regional Economic Development Council

9    process.

10             MS. MAINOO:  Before we move to

11        the next topic, I will pause to give

12        Ms. Kennedy Park a chance to ask any

13        additional questions.

14             MS. PARK:  I don't have any

15        questions on that topic.  Thank you,

16        Abena.

17             THE VIDEOGRAPHER:  We're now

18        going off the record.  The time is

19        6:07.

20             (Recess.)

21             THE VIDEOGRAPHER:  We are now

22        going back on.  The time is now 6:20.

23    BY MS. MAINOO:

24        Q.    Ms. Liss, I want to just go back

25    to the May 2014 budget party.  Can you

1              Confidential

2    describe any physical contact that you had

3    with the Governor then?

4         A.   Yes, he came over to me and

5    embraced me and kissed me on the cheek, and

6    when he gestured to the photographer to take

7    our photos, he slipped -- he slipped his

8    hand around my waist.

9         Q.   So since leaving the Executive

10   Chamber in 2015 and before going public with

11   your allegations against the Governor, have

12   you said anything publicly about the

13   Governor?

14        A.   No.  I mean -- well, yes, I've

15   posted social media, like on Twitter, you

16   know, reTweeting or saying, you know,

17   complimentary things like, wow, great job,

18   Governor, things like that.

19        Q.   What kind of things have you

20   said complimentary things about the Governor

21   regarding?

22        A.   Like about some policy things,

23   like, oh -- like how he handled COVID, you

24   know, when he was really popular during the

25   COVID briefings and everybody was watching

1                    Confidential

2    him.  I think I publicly commended him and I

3    had wished him -- I remember posting

4    something about it -- happy birthday.

5                    Because, you know, it's

6    important -- I want to clarify that to me up

7    until very recently the Governor was

8    infallible, just -- even though I felt like

9    I -- I felt awful working there, I never

10   could have foreseen the Governor ever

11   being -- ever having a public fall from

12   grace, just knowing how he func -- how he

13   operates his office.  He's just -- you can't

14   bring the man down.  So it's more out of

15   survival and in order to maintain your

16   dignity, you stay in his good graces;

17   otherwise, you become a nobody.

18        Q.    Even after --

19        A.    Sorry.

20        Q.    Even after you had left the

21   Executive Chamber, was that the way you

22   felt?

23        A.    Yes.

24        Q.    What's the reason for that,

25   given that you no longer worked for the

```
                                      Page 198
 1                    Confidential
 2   Governor?
 3        A.    Well, I believed that even
 4   though it was a personal and professional
 5   failure that I couldn't survive there and
 6   stick around there, and I didn't want to, I
 7   didn't feel that I had what it took.  I
 8   needed to maintain a public semblance that
 9   it was a valuable and honorable use of my
10   time, and I maintained bragging rights that
11   I worked there, I survived there, I have
12   this photograph, look at me.
13              It was more beneficial for me to
14   couch it that it was a valuable experience
15   than for me to say, oh, yeah, that was a
16   massive waste of my time, that guy is a
17   total dick.  Publicly at least.  Privately I
18   would be honest with people that it was a
19   total waste of my time and ███ ███ █ ████████
20   ██████ but publicly I have a job that still
21   kind of -- the stuff that I do now is
22   germane to stuff that I did then, so...
23        Q.    What do you mean when you say
24   stuff you do now is germane to what you did
25   then?
```

Page 199

| | |
|---|---|
| 1 | Confidential |
| 2 | A.    I still work in economic |
| 3 | development and I work for a unit of local |
| 4 | government in the State of New York.  In |
| 5 | fact, my boss was one of the men that was |
| 6 | one of the county executives that was |
| 7 | directly called by Larry Schwartz. |
| 8 | In light of the vaccine |
| 9 | distribution, you may know that there |
| 10 | was -- that Larry was calling around to |
| 11 | county executives and engaging their |
| 12 | loyalty, you know, perhaps in exchange for |
| 13 | vaccines, and I know that Adam Bello was one |
| 14 | of those county executives. |
| 15 | Q.    How did you feel about the |
| 16 | statements that you made that were |
| 17 | complimentary about the Governor? |
| 18 | A.    Like I never deleted them or |
| 19 | anything.  I just -- I suppose I was being |
| 20 | like a public sycophant, I guess, in a way. |
| 21 | I'm not going to be somebody who goes on |
| 22 | Twitter and says the Governor ▇ ▇ ▇▇▇▇▇ |
| 23 | at least at that point in time. |
| 24 | Q.    What did you think OF how the |
| 25 | Governor seemed to be managing COVID? |

```
                                      Page 200
 1                      Confidential
 2         A.     It was very much the way he
 3    managed everything else.  He loves a crisis.
 4    You know, when I was there, I -- I wasn't
 5    part of a crew that managed Superstorm
 6    Sandy, but I was part of a crew that worked
 7    through -- there was a huge snowstorm in
 8    Buffalo, a deadly snowstorm, just awful, and
 9    I was part of the crew that set up the --
10    you know, there was like a command center
11    and they set up like a call center for folks
12    to call in emergencies and the Governor did
13    daily briefings.
14                 I remember noticing that he was
15    managing through COVID or governing through
16    COVID the same way he does through other
17    emergencies.  He used them as opportunities
18    because all eyes, all attention is focused
19    on the emergency, and so then he becomes a
20    savior.
21                 And I knew that these daily
22    briefings about statistics weren't in and of
23    themselves acts of governing, but they were
24    perhaps promoting a sense of calm and
25    consistency during a certain point in time,
```

```
                                      Page 201
 1                    Confidential
 2   and it was again governing by PR versus
 3   actually doing something.
 4              And, of course, I knew that
 5   somewhere along the way behind the scenes
 6   stuff is not right and there are inequities
 7   and certainly special treatment is being
 8   doled out to certain people as it always is,
 9   so I wasn't surprised when, of course, we
10   learned about nursing homes and we learned
11   about members of the family and high-level
12   staffers getting access to testing and
13   vaccines and stuff like that.
14              And I knew too with the book
15   situation, when I was there, he was on the
16   tail end of writing his last book, which was
17   kind of a flop, and he had members of the
18   staff working on that, like his
19   communications team especially.  I remember
20   him being followed around by like a
21   ghostwriter.  And so when that whole thing
22   came out, I wasn't surprised, of course, he
23   had people on his staff working on the book.
24              He's obsessed with his own
25   public persona and public profile and his
```

1                    Confidential
2    polling numbers and his media, how much time
3    is being dedicated to him in the news, and
4    it was true back then, it was even more so
5    true these last several months, so none of
6    it was surprising to me.
7         Q.    Given your current position, did
8    you feel free to post Tweets that were
9    critical of the Governor before March 2021?
10        A.    No.  In fact, prior to joining
11   the administration and getting that
12   Fellowship, when I was still in Rochester, I
13   was involved with a local organization, the
14   Monroe County Young Democrats, and I helped
15   them with their e-mail newsletters and with
16   their social media and I helped set up a
17   Twitter account.
18             And I remember one year like
19   Tweeting, live Tweeting the Governor's State
20   of the State, and I can't recall what I
21   posted that was critical, but something in
22   regards to young people and, you know, our
23   policy that -- that the young democrats have
24   taken a stance, I don't recall what it was,
25   but I remember the next day I was at the gym

Page 203

Confidential

1
2     and I got a phone call from one my fellow
3     volunteers that he had gotten a phone call
4     from the Governor's regional director at the
5     time telling us to take the Tweet down.
6               And I remember thinking we are
7     just these little peon young democrats of
8     Monroe County, I think we maybe have like 50
9     Twitter followers, and the Governor himself
10    apparently, or somebody is paying attention
11    to what we were Tweeting, and I remember
12    from that point forward knowing you don't go
13    public with anything critical of the
14    Governor if you ever want to be in his good
15    graces or be on the receiving end of his
16    powers as Governor.
17              So I knew when I spoke out in
18    March that that was it.
19        Q.    Have you had any contact with
20    current or former members of -- well, let's
21    start again.
22              Have you had any contact with
23    current members of the executive Chamber
24    since Lindsey Boylan's allegations became
25    public in December 2020?

1                     Confidential

2          A.     Yes.

3          Q.     Who?

4          A.     Rich Azzopardi called me on my

5    cell phone in December, not longer after

6    Lindsey posted that Tweet, and I remember

7    thinking like why is Rich Azzopardi calling

8    me, and I thought maybe it had to do with my

9    job and, oh, neat, the Governor's Office is

10   calling me.  And then he sounded sort of

11   nervous and asked me if Lindsey -- if I had

12   been in touch with Lindsey Boylan, if she

13   had tried to contact me and if I had spoken

14   with her at all, and I said no.  And then he

15   said, you know, can you just let -- reach

16   out, let me know if she does try to contact

17   you.

18               And then I remember thinking

19   like how many other people is he reaching

20   out to, why is he reaching out to me, you

21   know.  What would -- what would he or

22   someone else have observed that would have

23   made them think to contact Ana who hasn't

24   worked there since 2015.

25          Q.     Did you have any thoughts about

Confidential

1

2    why Rich or anyone else would have thought

3    to contact you?

4         A.    Yeah, I thought it was because

5    maybe they saw the Governor flirted with me

6    on occasion and they thought that I might be

7    somebody who would feel emboldened to speak

8    up, and maybe they thought Lindsey is going

9    to try to -- maybe Lindsey is going to

10   cultivate a network of other women who had

11   similar experiences, and they want to

12   neutralize that threat because that's what

13   they do, that's their MO.

14              It certainly wasn't like -- he

15   wasn't trying to reach out and say, oh, you

16   know, we're trying to collect women who used

17   to work here who have good things to say

18   about the Governor, because I remember that

19   was out there, that was a narrative, like

20   that they were trying to -- and maybe they

21   were.  I just -- that was not the nature or

22   the tone and tenor of the call.  It was like

23   he was trying to figure out has Lindsey

24   contacted me, have I spoken to Lindsey, and

25   I thought that was weird because, you know,

1                    Confidential

2    I felt like a lot of what I had experienced

3    was kind of invisible there.  You know, I

4    wasn't -- it wasn't like I was special, like

5    I was the only person that was special that

6    was being kissed on the cheek, and

7    I didn't -- when I looked back on the

8    experience, I didn't characterize the whole

9    thing like that was two years of me being

10   sexually harassed by the Governor, that

11   wasn't it.  I didn't think that that was a

12   defining thing, so it felt strange that Rich

13   would have observed something or somebody

14   else would have and said to him to call me.

15           And that -- I remember because I

16   was with ███ ████████ at the time, we were on

17   ██ █████████, and it was like that's weird

18   the Governor's office just called me and

19   they asked me if -- I remember he thought it

20   was weird.

21      Q.   When was it -- when did Rich

22   call you?

23      A.   In December 2020.  So I got

24  ██████ ██████ █████ ████ █████ ███ ███

25  ██████ █ ██████ ████, and then it was

```
                                        Page 207
 1                     Confidential
 2    like Monday the 21st, I think, in the
 3    morning.
 4          Q.    Did Rich call you on your cell
 5    phone?
 6          A.    Uh-hum.
 7          Q.    Had Rich ever called you before?
 8          A.    No.
 9          Q.    Did you ever speak with Rich
10    after that?
11          A.    No.
12          Q.    Did you ever communicate in any
13    other way with Rich after that call?
14          A.    No.
15          Q.    Did any other current Chamber
16    staff reach out to you after December 1,
17    2020?
18          A.    No.
19          Q.    How about former Chamber staff?
20          A.    Actually -- yes, yeah.  ███████
21    ███████ reached out to me, ████ ████ █ ████
22    █████ , and ████ ██████ reached out to me.
23          Q.    What did █████ have to say?
24          A.    Well, at first █████ -- because
25    I spoke on background to -- to Gothamist,
```

Page 208

1                    Confidential
2     and when that story hit, he reached out.  He
3     was like are you -- I think the code name
4     they gave me was Sara.  He goes, are you
5     Sara.  All these people are asking me if you
6     are Sara.  And I lied and I said no.
7                    And then I decided to just
8     attach my name to it because I just had a
9     change of heart and I thought I don't care,
10    I don't have much to lose really, and it's
11    more powerful to attach my identity.  I just
12    know because I have a journalism background,
13    I studied journalism, when you -- interviews
14    that you give on background are valuable,
15    but it's better when you can identify a real
16    source.  That lends credibility to the
17    story.  So I felt it was a public service.
18    So then I outed myself, and then he sent me
19    some mean text messages like you liar.
20                    And then █████ reached out and
21    just was like, hey, I'm thinking of you, you
22    know, that was really brave, he like called
23    me.
24         Q.    Did █████ say anything else
25    other than what you've already described?

Page 209

 1              Confidential
 2          A.    No, not really.  He goes -- I
 3    think he said something like lose my number
 4    or whatever.  I just blocked him.  I should
 5    have had him blocked anyways.
 6              He had been like let go from his
 7    position in the ███████  ██████  █████ last
 8    year, I think, so he's ███ ██████ █████, I
 9    believe, but -- so he was -- was with the
10    Chamber recently as of last year, but not
11    this year.
12          Q.    Did ██████ ever try to discourage
13    you from talking about your experience in
14    the Chamber?
15          A.    Well, when he -- well, I guess
16    when years ago he made it clear to me like
17    that anybody that speaks out against the
18    Governor like loses his shirt basically, but
19    when he texted me about like, oh, are you
20    Sara, he was like -- and I had said no, he
21    was like, well, good, because whoever that
22    is like -- kind of I think he alluded to
23    something like they were just trying to get
24    attention or something disparaging.
25          Q.    I know earlier you said that you

```
                                        Page 210
 1                    Confidential
 2    know Lindsey Boylan.  Do you know any of the
 3    other women who have made allegations of
 4    sexual harassment by the Governor?
 5         A.    Not personally, and I didn't
 6    overlap with any of them professionally.
 7         Q.    Have you spoken with Lindsey
 8    about any of your respective interactions
 9    with the Governor?
10         A.    Not in detail.  I -- she didn't
11    ask me questions about it, and I didn't ask
12    her questions about her experience.
13    We -- when she contacted me, it was just
14    kind of to say like, wow, you know, thank
15    you for speaking up and I've got your back
16    kind of thing.
17         Q.    When did you speak?
18         A.    It was not long after the Wall
19    Street Journal article came out.  I think it
20    was right after that.
21         Q.    Before the Wall Street Journal
22    article came out, had you communicated with
23    Lindsey about experiences with the Governor?
24         A.    No, but -- well, so she
25    contacted me not long after her blog post
```

1                        Confidential

2    and indicated that she was working with

3    Rebecca Traister to create like a safe space

4    if other women and other staffers felt like

5    they wanted to share stories, and she

6    wasn't -- she made it clear that she wasn't

7    trying to pressure or anything, but that

8    because of the harassment that she was

9    getting and like the fact that the -- she

10   was being called, you know, a liar, she was

11   trying to be strategic about airing the

12   truth, and she knew from the time that we

13   had interacted with each other and

14   overlapped that she had identified me as

15   maybe somebody that had experienced

16   something similar, and so I --

17                    I said that I would be happy to

18   talk to Rebecca Traister on background, and

19   then after I talked to Rebecca, I started to

20   feel more comfortable and -- well, I felt

21   like -- because I hadn't talked about it

22   really before to anybody, and then I felt

23   more comfortable with not being anonymous

24   and being -- and attaching my name to it, so

25   Lindsey had expressed gratitude.

Page 212

1              Confidential
2              I didn't know at the time like
3    how big of a deal it would be.  I suppose
4    that's naive, but -- because I didn't come
5    out and say, oh, the Governor grabbed my
6    body parts, but because there had been so
7    few people that had shared their stories and
8    attached their names to their stories, it
9    ended up really blowing up and I didn't
10   exactly expect that, so.
11             But Lindsey and I we did overlap
12   and work on a couple of things together, and
13   later on when I worked at Cornell, actually
14   she stayed in touch with me, and I helped
15   her when she worked for the ESD, had a
16   couple of meetings at Cornell when she was
17   in that job.  So it's not as though we
18   didn't know each other at all and didn't
19   have any -- like I remember at Ithaca, when
20   she came to Ithaca to meet -- to have the
21   meeting at Cornell, we were exchanging
22   pleasantries and sort of -- I recall having
23   sort of an eye-roll conversation about like,
24   oh, God, that place, so awful, so good to be
25   out.  So maybe that's part of the reason why

```
 1                    Confidential
 2   she had me in her Rolodex of people to reach
 3   out to.
 4        Q.    Have you spoken with any of the
 5   other complainants about your respective
 6   experiences with the Governor?
 7        A.    No.
 8        Q.    You mentioned that when you
 9   spoke with Rebecca Traister was sort of one
10   of the first times you spoke with anyone
11   about that.  What did you mean by that?
12        A.    It was the first time that I had
13   ever answered pointed and detailed
14   questions, like informed questions about the
15   toxic workplace environment and felt
16   validated that I wasn't crazy, that it
17   wasn't -- it wasn't that I couldn't hack it.
18   It was just a bad place to wok.
19              Rebecca shared some of the
20   anecdotes that had been shared with her by
21   other interviewees, and New York Magazine
22   had a team of fact-checkers.  So it wasn't
23   as though these were made up stories, and a
24   lot of them were like really eerily
25   identical to what I had been talking about,
```

1               Confidential

2    and it felt kind of therapeutic in a way.

3               She is a writer who had

4    written -- she has written books about this

5    type subject matter and had a unique level

6    of expertise on it beyond your typical

7    journalist that's seeking a sound bite.  So

8    it was cathartic, I think, to talk to her.

9               MS. MAINOO:  Before I wrap up,

10        Jen, do you have any questions?

11              MS. PARK:  Yes.  Thanks, Abena.

12              Since you've have gone public,

13        are you aware of any efforts by staff

14        of the Executive Chamber to try to

15        discredit you or impugn your

16        character?

17              THE WITNESS:  No, not at this

18        time.  Immediately after I spoke out

19        through the Wall Street Journal, you

20        know, the Governor was asked about my

21        account and he did not deny it;

22        however, later on, more recently he

23        has categorically denied everything,

24        but nobody came out and tried to

25        malign my character.  I was expecting

Page 215

1                    Confidential
2          that that was a possibility.
3                I was bothered when it was
4          brought up that like they had like a
5          dossier about Lindsey.  I remember
6          thinking, well, gosh, I didn't even
7          know what -- who my HR contact was.  I
8          had nobody giving me performance
9          evaluations in any regularity, I had
10         nobody monitoring where I was at any
11         given time, I didn't even have a
12         formal way to put in for vacation, so
13         who was keeping a dossier on Lindsey?
14         Was somebody keeping a dossier on me?
15         Can somebody make something up about
16         me, like did they make up whatever the
17         allegations were against her.  So I
18         was afraid of that.
19               And certainly that's the style
20         of their communications operation is,
21         you know, deny, deny, deny, character
22         assassinate.  So I was fully expecting
23         that.  So when I spoke out, I was
24         clear to those journalists that,
25         listen, if they try to call me a

1            Confidential

2        nobody and say that I didn't have any

3        influence and I didn't have access,

4        they're right, I didn't have any

5        influence, I didn't have any access.

6        These are the things that happened.

7        This was on film.  These are the

8        things I can attach date stamps to.

9            I made sure that like I wasn't

10       speaking in platitudes about, well, I

11       felt it was like this, and -- I was

12       very careful, because I knew they

13       could come out and say Ana is a loser

14       and she's making it up for attention.

15            MS. PARK:  I know you said that,

16       you know, they haven't publicly tried

17       to malign you or discredit you.  Are

18       you aware of them privately trying to

19       do that?

20            THE WITNESS:  I can only

21       speculate based on the fact that like

22       I know how they deal with event

23       management and control who can be in

24       the room and who shouldn't be invited,

25       and I haven't been included in things,

Page 217

Confidential

1                    Confidential

2          so...

3                    MS. PARK:  You're talking about

4          at your current job?

5                    THE WITNESS:  Yeah, since --

6          since this came out, you know,

7          any -- anything in my official

8          capacity in this job I would have -- I

9          would interface with State level

10         officials, and where the Executive

11         Chamber would be involved, I have not

12         been included where I otherwise would

13         have been included and was up until

14         March of this year in other events.

15                   MS. PARK:  What about

16         information from reporters, have any

17         reporters told you that they have

18         heard information about you that is

19         negative?

20                   THE WITNESS:  Not that I know

21         of.  Nobody has said anything to me, I

22         haven't really talked to any reporters

23         since -- I mean, I've had reporters

24         follow up with me asking me about the

25         investigation and stuff like that, but

Page 218

1                    Confidential
2       nobody has divulged anything to me.  I
3       wouldn't be surprised, though, if
4       there was some campaign.
5            MS. PARK:  I think, you know,
6       you've said that there are things
7       about your current job have changed
8       since you've gone public.  Has anyone
9       at current job told you that you're
10      protected from retaliation for
11      disclosing your claim?
12           THE WITNESS:  Yes, my boss, the
13      County Executive, said that he has my
14      back.  Our ████████ █ █████████████
15      and the ███████ ██████ █████████ both
16      also said that they have my back and I
17      should not be afraid that -- of
18      anything.
19           MS. PARK:  Have you raised any
20      of your concerns about your change in
21      how you're being treated at your
22      current job to any of those
23      individuals who told you you were
24      protected from retaliation?
25           THE WITNESS:  Not yet.

Page 219

1                    Confidential

2          MS. PARK:  You a few moments ago

3     mentioned that when you first came

4     out, the Governor did not deny what

5     you had said, but more recently has

6     done that.  Are you referring to the

7     Governor more recently saying he

8     didn't do anything wrong?

9          THE WITNESS:  Yes.

10          MS. PARK:  And what's your

11     reaction to Governor Cuomo saying he

12     didn't do anything wrong?

13          THE WITNESS:  It's not up to him

14     to determine whether his actions were

15     right or wrong.  It's up to the

16     individual that was subject to the

17     actions.  And if I came out and said

18     it was wrong or inappropriate for him

19     to touch and kiss and ask personal

20     questions of a young female staffer

21     without asking permission, then it's

22     not okay and it's inappropriate.

23          MS. PARK:  And a while ago you

24     mentioned that in your current role

25     supporting a county executive you were

1               Confidential
2        aware of an allegation that members of
3        the Governor's senior staff made phone
4        calls to county executives related to
5        support for the Governor.  Is your
6        knowledge of that entirely based on
7        what you've read in the press or do
8        you have any personal knowledge about
9        those phone calls?
10            THE WITNESS:  No, the County
11       Executive told me.  I have personal
12       knowledge.
13            MS. PARK:  What did the County
14       Executive tell you?
15            THE WITNESS:  He told me Larry
16       Schwartz called him and was gauging,
17       you know, his level of support for the
18       Governor and was referencing the
19       vaccine supply, and Adam was
20       acknowledging that reports in the
21       media were accurate, and that he was
22       one of the folks that was called, and
23       he alluded to like -- he thought it
24       was strange because he thought maybe
25       he was being targeted because I was

1                        Confidential
2          one of the people that spoke out and
3          I'm very publicly working for Adam
4          Bello.
5                  MS. PARK:  Did Mr. Bello connect
6          the two, did he connect support -- did
7          he convey to you that Mr. Schwartz was
8          connecting support for the Governor to
9          vaccine supply?
10                 THE WITNESS:  Yeah -- well, he
11         said that that was what it felt like
12         and that was very clear to him that
13         that was the nature of the call.
14                 MS. PARK:  What did you say to
15         Mr. Bello?
16                 THE WITNESS:  I was just like,
17         wow, I'm not surprised, that's crazy.
18         I was like I'm sorry, you know, I put
19         you on the spot.  He was like, no,
20         don't apologize.  He's been very
21         gracious about the whole thing.
22                 I thought before I spoke out
23         publicly, before I attached my name to
24         it, that I would certainly be losing
25         my job or whatever.  So before I

1                    Confidential

2          decided I'm going to identify myself,

3          I spoke to Adam, I spoke to the ████

4          ████████  ████████ , and I said, listen,

5          I'm thinking about doing this, this is

6          what I experienced, what are your

7          thoughts?

8                    And then they said, wow, they

9          were really sensitive and gracious

10         about the whole thing, and he said

11         we've got your back, you know, you do

12         what you need to do.

13                MS. PARK:  Did Mr. Bello tell

14         you he was going to do anything about

15         the call from Mr. Schwartz?

16                THE WITNESS:  No, he just sort

17         of -- like it was an eye-roll type of

18         a situation.  Adam had had a few

19         interactions with Larry Schwartz about

20         the vaccine effort because Larry was

21         kind of running the show from the

22         stateside, and Adam was really

23         beleaguered from like -- you know, he

24         runs the county health department and

25         is being publicly held accountable for

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

1              Confidential
2         vaccine distribution in Monroe County,
3         and yet so much of it was outside of
4         his control and being arbitrarily
5         determined by the Governor's Office,
6         and, you know, he's a first-term
7         county executive and dealing with this
8         stuff for the first time.  I mean,
9         obviously everybody was dealing with
10        COVID for the first time, but he
11        already had a bad taste in his mouth
12        about the administration, about Larry
13        and how they were -- how they were
14        operating the whole thing in a chaotic
15        way, and this was just another thing,
16        it was par for the course,
17        politicizing -- politicizing it,
18        politicizing vaccine distribution and
19        politicizing the pandemic.
20             MS. PARK:  Abena, I don't have
21        anything else.
22             MS. MAINOO:  Thank you.
23             THE VIDEOGRAPHER:  Anybody else?
24             MS. MAINOO:  Yes, a few more
25        questions.

```
                                          Page 224
 1                    Confidential
 2    BY MS. MAINOO:
 3         Q.    Ms. Liss, you may have already
 4    spoken to this so I apologize if I'm
 5    repeating myself, but I want to make sure to
 6    cover this.
 7              At the time when you were in the
 8    Executive Chamber and you had physical
 9    contact with the Governor, how did you feel
10    about that?
11         A.    I felt objectified and I felt
12    like I was attractive to the Governor.  In
13    some ways I felt special, not like, oh, wow,
14    look at me, the Governor -- but I felt like
15    it was a differentiating factor that
16    separated me from other rank and file
17    members of the staff, like he saw me.
18         Q.    Did you feel comfortable with
19    the physical contact you had with the
20    Governor?
21         A.    I didn't feel threatened by it.
22    I didn't feel comfortable, but I didn't feel
23    incomfortable -- or uncomfortable.  It was
24    sort of in between.
25              MS. PARK:  Was the physical
```

```
                                    Page 225
1                    Confidential
2         contact from the Governor welcome?
3                THE WITNESS:  When you say
4         "welcome," like do you think -- are
5         you asking like did I invite it, did I
6         want it?
7                MS. PARK:  Yes, let's take that
8         definition.  Did you want it?
9                THE WITNESS:  No.
10               MS. PARK:  And the comments that
11        the Governor made about using terms of
12        endearment for you, "sweetheart,"
13        "darling," did you want him to do
14        that?
15               THE WITNESS:  No.  I wanted him
16        to use my name.
17               MS. PARK:  And the comments --
18               Sorry, I didn't mean to cut you
19        off.  You said you wanted him to use
20        your name?
21               THE WITNESS:  Uh-hum
22        (nodding).
23               MS. PARK:  And the comments the
24        Governor made about your appearance,
25        did you want him to make those
```

```
                        Confidential
1
2        comments?
3                    THE WITNESS:  No.
4                    MS. PARK:  I'm done.
5    BY MS. MAINOO:
6        Q.    Since you last spoke to our
7    team, have you spoken to anyone about your
8    interactions with the Governor?
9        A.    No.
10        Q.    Have you spoken to anyone about
11    our investigation?
12        A.    No, just that I am having this
13    conversation today.  I had indicated that
14    that's what I'm doing on Friday night.
15        Q.    Who did you indicate that to?
16        A.    My husband, my parents.
17              I had been contacted a while ago
18    by the media like -- and I let them know,
19    yes, I'm speaking, yes, it's happening, but
20    I didn't divulge anything like what -- who
21    I'm talking to, et cetera, et cetera.  And I
22    told my boss as well, sorry.  I shared the
23    subpoena with my boss.
24        Q.    What was the reason for sharing
25    the subpoena with your boss?
```

```
                                            Page 227
 1                    Confidential
 2          A.     So that he knew that on Friday
 3   afternoon I would be engaged in this
 4   conversation and not available.
 5          Q.     Is there anything you would like
 6   to add or any answers you wish to clarify
 7   before we finish?
 8          A.     No, I think I'm all set.
 9          Q.     Is there anything else that you
10   can think of that's relevant to our
11   investigation?
12          A.     Not at this time.
13          Q.     If you would like to make a
14   brief sworn statement, you may do so now.
15          A.     I'm all set.  I don't need to
16   say anything.
17                 MS. MAINOO:  We're going to
18          conclude our examination.
19                 Thank you very much for speaking
20          with us today.
21                 THE WITNESS:  Thank you all.  I
22          appreciate your time.
23                 MS. MAINOO:  And I'll
24          take -- before we go off the record,
25          I'll take this opportunity to remind
```

1                    Confidential

2          you that you have continuing

3          obligations under our document

4          subpoena and our subpoena for

5          testimony.  If we need you to come

6          back to answer additional questions,

7          we will contact you, and if you have

8          documents that are responsive to our

9          document subpoena, you are still under

10         the obligation to produce them to us.

11                THE WITNESS:  Okay.  Thank

12                MS. PARK:  Ms. Liss, let me just

13         add this too as well:  As Abena told

14         you at the beginning, under Executive

15         Law 63(8), you may not share

16         what -- your testimony here today with

17         anyone.  Do you understand?

18                THE WITNESS:  Yes, I understand.

19                MS. PARK:  Thank you.

20                MS. MAINOO:  Thank you.

21                THE VIDEOGRAPHER:  This ends

22         today's deposition.  The time is 7:01

23         and we're now off the record.

24                (Time noted:  7:01 p.m.)

25

Page 229

```
 1
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK      )
 4                           : ss.
 5    COUNTY OF NEW YORK     )
 6
 7              I, THERESA TRAMONDO, a Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10              That ANA LISS, the witness whose
11    testimony is hereinbefore set forth, was
12    duly sworn by me and that such testimony
13    is a true record of the testimony given by
14    the witness.
15              I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I am
18    in no way interested in the outcome of
19    this matter.
20              IN WITNESS WHEREOF, I have
21    hereunto set my hand this 10th day of June,
22    2021.
23
24              _____
25                   THERESA TRAMONDO
```