# EXHIBIT C



> I will talk to your attorney in person and tell him what I told the AG. I will testify to everything I told June Bug. That should help you right ? You could have had a conversation w me about the details. I feel like everything is a big secret w you.
>
> You always said we talk things out.
>
> Lmk on my phone this is Adriana's for god sakes.
>
> After this I give up

> Also, mark is good w all of this

> Lmk

PL 022348



PL 022349