# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>        Movant,<br><br>v.<br><br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL,<br><br>        Respondent. | Case No. 22-mc-03044 (LDH) (TAM) |

## NOTICE OF GOVERNOR CUOMO'S MOTION FOR RECONSIDERATION OF THE JULY 21 DISCOVERY ORDER

**PLEASE TAKE NOTICE,** that upon the accompanying memorandum of law, and the Declaration of Theresa Trzaskoma and all exhibits attached thereto, Governor Cuomo, by and through his attorneys, Sher Tremonte LLP and Glavin PLLC, will move pursuant to Local Rule 6.3 before the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, New York 11201, at a date and time to be determined by the Court, for reconsideration of the July 21 Discovery Order, ECF No. 37, and for such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>July 31, 2023 | Respectfully submitted,<br><br>　*/s/ Theresa Trzaskoma*<br><br>Theresa Trzaskoma<br>Allegra Noonan<br>SHER TREMONTE LLP<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel.: (212) 202-2600<br>Fax: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br><br>Rita Glavin<br>GLAVIN PLLC<br>156 West 56th Street, Ste. 2004<br>New York, NY 10019<br>Tel: (646) 693-5505<br>rglavin@glavinpllc.com<br><br>*Counsel for former Governor Andrew M. Cuomo* |