**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GOVERNOR ANDREW M. CUOMO,

         Movant,

v.

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL,

         Respondent.

Case No. 22-mc-03044 (LDH) (TAM)

---

### DECLARATION OF THERESA TRZASKOMA IN SUPPORT OF GOVERNOR CUOMO'S MOTION FOR RECONSIDERATION OF THE JULY 21 DISCOVERY ORDER

I, THERESA TRZASKOMA, an attorney admitted to practice before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a partner at the law firm Sher Tremonte LLP, counsel to Governor Cuomo in the above-referenced miscellaneous action and in the Trooper 1 Action.

2.     I submit this declaration in support of Governor Cuomo's Motion for Reconsideration of the July 21 Discovery Order. I have knowledge of the matters described below.

3.     Attached as **Exhibit 1** is a true and correct copy of an email exchange between me and counsel for Trooper 1 (Valdi Licul, John S. Crain), dated July 24, 2023.

4.     Attached as **Exhibit 2** are excerpts from the June 1, 2023 deposition of Colonel Jennifer Gottstine in the Trooper 1 Action.

5.     Attached as **Exhibit 3** are excerpts from the July 10, 2023 deposition of Ana Liss-Jackson in the Trooper 1 Action.

6.     Attached as **Exhibit 4** are excerpts from the June 27, 2023 deposition of James Boyle in the Trooper 1 Action.

7.     Attached as **Exhibit 5** is a true and correct copy of text messages exchanged between Trooper 1 and Diane Parrotta, dated May 3, 2023 and May 4, 2023.


Dated: New York, New York
      July 31, 2023

*/s/ Theresa Trzaskoma*
Theresa Trzaskoma