# Exhibit 1

| **From:** | Valdi Licul <vlicul@wigdorlaw.com> |
|---|---|
| **Sent:** | Monday, July 24, 2023 5:13 PM |
| **To:** | Theresa Trzaskoma; John S. Crain |
| **Cc:** | Rita Glavin; Allegra Noonan |
| **Subject:** | RE: July 22 Order |

Theresa – We reserve the right to use the reports as permitted by the Federal Rules of Evidence.  Best,

**Valdi Licul**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

vlicul@wigdorlaw.com
www.wigdorlaw.com

  

 

 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Monday, July 24, 2023 4:24 PM
**To:** Valdi Licul <vlicul@wigdorlaw.com>; John S. Crain <jcrain@wigdorlaw.com>
**Cc:** Rita Glavin <rglavin@glavinpllc.com>; Allegra Noonan <anoonan@shertremonte.com>
**Subject:** July 22 Order

Valdi and John,

As I'm sure you saw in Friday's Memorandum and Order in the miscellaneous actions (22-MC-3027; 22-MC-3044), Judge Merkl held that "[w]hether the [OAG and AJC] investigations were 'independent and exhaustive' is not a question that the Trooper 1 jury will need to decide." Order at 30.

Given your client's allegations about the investigations, we want to confirm your client's position. Can you please let us know as soon as possible whether your client intends to rely on the OAG and AJC investigations in any way at trial, including but not limited to attempting to (i) make any reference to the OAG and AJC investigations or reports such as whether those investigations were "independent and exhaustive"; and/or (ii) introduce the contents (either in whole or in part) of the OAG and/or AJC reports?

We ask for a prompt response so that we can evaluate how to proceed.

Thanks,
Theresa


Theresa Trzaskoma | Sher Tremonte LLP | 90 Broad Street, 23rd Floor, New York, New York 10004 |
tel: 212.202.3294 | fax: 212.202.4156 | ttrzaskoma@shertremonte.com | www.shertremonte.com