Exhibit 4

1

2                UNITED STATES DISTRICT COURT

3                EASTERN DISTRICT OF NEW YORK

4

5    ------------------------------
     TROOPER 1,
6
                         Plaintiff,
7
                                      Case No.:
8            vs.                      22-CV-00893
9
     NEW YORK STATE POLICE, ANDREW
10   CUOMO, MELISSA DEROSA and
     RICHARD AZZOPARDI,
11
                         Defendants.
12   ------------------------------
13                            June 27, 2023
                              10:02 a.m.
14
     *   *   *    C O N F I D E N T I A L    *   *   *
15
16       Remote video-teleconference deposition of JAMES
17   BOYLE, taken by Plaintiff, held at the offices of
18   Harris Beach, PLLC, 100 Wall Street, New York, New
19   York, pursuant to notice, before Elizabeth F. Tobin,
20   a Registered Professional Reporter and Notary Public
21   of the State of New York.
22
23
24
25

1                          J. Boyle

2    communications have been around that?

3         A.    At the very least, just an email stating

4    what time we're going to arrive, what we need,

5    letting them know where to have the uniform detail

6    perform the place.  It depends on the event.  It

7    could be elaborate or it could be a brief email.

8         Q.    In a circumstance like that where there's

9    going to be a marked vehicle leading the Governor's

10   unmarked car, what would your expectations have been

11   in terms of who would be assigned to drive that lead

12   car?

13        A.    It would have to be someone competent and

14   reliable.  I think I mentioned earlier when I speak

15   to, like, an old salty trooper who would roll his

16   eyes when I say what we have to do.  So that was

17   someone who she works with determined she was the

18   person for it.  I would assume it's her supervisor.

19   I shouldn't assume anything.  But that would be the

20   normal course of events.

21        Q.    How often would it occur that PSU members

22   would come into contact with non-PSU troopers?  How

23   often did you kind of work together?

24        A.    Not a lot.  Well, most of the time it

25   would be another investigator, someone who is in a

1               J. Boyle

2    suit as opposed to a uniform.  But on that

3    particular event we wanted -- whoever ran it wanted

4    the show of a uniform.  So how often was the

5    question, it happens, but not a lot.

6         Q.    How often would you say the Governor came

7    into contact with non-PSU members?

8         A.    For day-to-day, he wouldn't.  There have

9    been occasions, particularly in New York City, where

10   if there was two troopers standing on a post, he

11   would get out of the car and shake hands with them.

12   I can't think of any other situation where it could

13   happen.

14        Q.    Do you recall when you were introduced to

15   Trooper 1, do you recall what that conversation was

16   like?  Did you introduce yourself, did you have

17   small talk?

18        A.    I vaguely recall -- I had her name and I

19   asked someone to point her out to me so we could run

20   the route.  And then we met and it was just friendly

21   conversation.

22        Q.    Do you remember what the friendly

23   conversation consisted of?

24        A.    Probably just me joking about I know this

25   sounds simple what we're doing, but we take it very

1                         J. Boyle

2    serious, something to that effect.

3        Q.    Did you have conversations -- did you

4    know anything about her background, how long she had

5    been in, anything like that?

6        A.    No.  No, I don't think so.  No.

7        Q.    Did you talk to her about the PSU at all

8    in the car?

9        A.    I don't think I -- I don't think I ever

10   mentioned at the bridge.

11       Q.    You said that you were impressed with

12   her on that day at that event.  You said she took it

13   seriously?

14       A.    Correct.

15       Q.    And she listened to your instructions

16   about the route?

17       A.    Correct.

18       Q.    And I think you said when you -- when the

19   Governor arrived, you were outside the vehicle and

20   you greeted the Governor?

21       A.    Correct.  Yes.

22       Q.    And then I think you said he asked who's

23   in the car?

24       A.    Yes.

25       Q.    And then can you tell me what happened

1                    J. Boyle
2    when he said who was in the car?  What did you say
3    to him?
4        A.    I don't remember specifically.  I
5    probably would have addressed the fact that it's not
6    someone you know.  I probably said something
7    positive, that she did a good job.  And he got out
8    of the car and said, Oh, I want to meet her.
9              I said, Hey, pop out, he wants to meet
10   you.
11       Q.    I think you said he shook her hand?
12       A.    Yes.  Yes.
13       Q.    And that she looked him in the eye?
14       A.    Yes.  She stood up to him, looked him
15   dead in the eye.  I know it sounds silly, but I've
16   seen troopers when they greets them actually cower
17   or be nervous.
18       Q.    And Trooper 1 didn't flinch, I think is
19   what you said?
20       A.    Didn't flinch is the phrase I used, yes.
21       Q.    That was impressive because, as you say,
22   sometimes even your State Police members will cower?
23       A.    Correct.
24       Q.    When did it first occur to you, hey, I'd
25   like to recruit Trooper 1 to the PSU?

1              J. Boyle

2       A.    I think during the handshake is when I

3  said to myself that she'd be a good fit.

4       Q.    Did you say anything to her after the

5  Governor left, like, Hey, you did a good job, that

6  was impressive?

7       A.    I hope I did, at least said that she did

8  a good job.  I don't know that I addressed the fact

9  of her coming on to PSU.  I don't know.  Something

10  like that, maybe I would have mentioned it to Vinny

11  first before I go making promises I can't keep.  So

12  I don't think I did say anything as far as

13  recruitment.

14       Q.    At the time that you formed this initial

15  idea to recruit Trooper 1 to the PSU, did you have

16  any sense of how much time she had in?

17       A.    No.  I never asked.  I didn't ask.

18       Q.    I take it that because you might not want

19  to recruit her you believe at that time that she met

20  the three-year requirement?

21       A.    The three-year requirement never crossed

22  my mind.  I just didn't think about it.

23       Q.    Do you remember whether you first raised

24  the possibility of recruiting Trooper 1 to the PSU

25  to the Governor or did you raise it with Vinny

1                    J. Boyle

2    the one we're talking about.  I know I had a

3    conversation with Molly.  But I don't know if that

4    was the bridge.

5              MS. TRZASKOMA:  Sam, if you could load

6         the couple of photos at the bridge.

7              (Exhibit 9, color photograph, marked for

8         identification.)

9              (Exhibit 10, color photograph, marked for

10        identification.)

11        A.    That's Molly.

12        Q.    That's Molly.  For the record, I think

13   this is Exhibit 9 and you're identifying Trooper

14   Palizay at the RFK -- do you recognize that as the

15   RFK event?

16        A.    It could be.

17        Q.    When you say that's Molly, you're

18   referring to the trooper all the way on the left?

19        A.    Correct.

20        Q.    And you knew Trooper Palizay because she

21   had gone to the Virgin Islands for a trip that you

22   were on with the Governor?

23        A.    Yes.

24        Q.    And you spoke to her when you were on

25   that trip?

1                    J. Boyle
2        A.    Yes.  Yes.
3        Q.    And you formed a favorable impression of
4    her?
5        A.    Yes, I did.
6        Q.    I just want to show you, I think,
7    Exhibit 10.
8              It's a little hard to see, but is Molly,
9    think, to the right all the way over on the
10   right-hand side?  Is that Molly?
11       A.    Most likely, yes.
12       Q.    I think there was some discussion around
13   whether you ever thought to recruit Trooper Palizay
14   to the PSU and it sounds like you just don't
15   remember one way or the other?
16       A.    I'm sorry.  I don't remember -- what was
17   the question?
18       Q.    Whether you thought to recruit Trooper
19   Palizay to the PSU?
20       A.    Prior to this bridge event, I knew Molly.
21   I would have absolutely recruited her.  But she
22   lived in Buffalo and that would not make sense.  I
23   liked Molly because she's a military person and she
24   carries herself as a military person.  I thought she
25   would have been a great fit.  But her location would

1                    J. Boyle

2    not work out.

3        Q.   Do you also recall that Trooper Palizay

4    graduated from the academy in May of 2017?

5        A.   I didn't know her graduation date, but

6    yeah, she was a new trooper.

7        Q.   She was a new trooper?

8        A.   Yes.

9             MS. TRZASKOMA:  Sam, why don't we pull up

10        the article.

11             (Exhibit 11, color photograph, marked for

12        identification.)

13             (Exhibit 12, Patch.com article, marked

14        for identification.)

15             MR. CRAIN:  Quickly, the last two

16        exhibits haven't had Bates-stamps.  Were these

17        produced previously?

18             MS. TRZASKOMA:  This Exhibit 11 which is

19        a newspaper article, was -- I believe the

20        photos were.

21             MR. PROSE:  Exhibit 12 is the article,

22        just for the record.

23             MS. TRZASKOMA:  Sorry.  Can we go back to

24        Exhibit 11.

25        Q.   Just to confirm, is Trooper Palizay the

1                    J. Boyle
2    trooper just in front of the Governor with the white
3    trooper, the white female trooper?
4        A.   It is the white female trooper in the
5    picture, yes.
6        Q.   I'm showing you Exhibit 12 is a newspaper
7    article from Patch.com congratulating graduates from
8    the police academy in May of 2017.
9             MS. TRZASKOMA:  Sam, which page is she
10       on?
11            MR. PROSE:  I think she should be on page
12       10.
13       Q.   If you look at the top of the 10th page
14   of this PDF, under Troop NYC, do you see Molly --
15       A.   I see her name, yes.
16       Q.   --Palizay's name?
17       A.   Yes.
18       Q.   Does this refresh your recollection that
19   Trooper Palizay graduated from the academy in May of
20   2017?
21            MR. CRAIN:  Objection.
22       A.   No.  I don't keep track of when everyone
23   graduates.  I don't know.
24       Q.   So you didn't know at the time?
25       A.   I had no idea.  I'm actually surprised

1                    J. Boyle

2    there, than let's say on the travel team or in a car

3    at an event.

4         Q.    Is it fair to say it's less high profile

5    than being on the travel team?

6         A.    Yes, definitely less high profile.

7         Q.    Do troopers on house duty have less

8    interaction with the Governor?

9         A.    It depends.  The night shift has zero

10   contact with him.  The day shift, depends if he

11   comes out.  If he's doing yard work, they'll have

12   plenty.  The travel team troopers who are in the

13   trail car have zero interaction with him.  So

14   it's -- the answer is it depends.

15        Q.    But it's fair to say that a trooper on

16   house duty would have less interaction with the

17   Governor than a trooper assigned to the primary

18   vehicle?

19        A.    Correct.

20        Q.    Do you know how it was determined that

21   Trooper 1 would be assigned to house duty?

22        A.    I don't know.  I'm sorry.  I know I

23   wanted her in a more high-profile position just

24   because of our lack of diversity.

25        Q.    Did you have a conversation with anyone

1                          J. Boyle

2       about the fact that she had been assigned to the

3       house?

4            A.    I mentioned it to Vinny, I know that.

5       The results of that conversation I don't remember.

6            Q.    When did you mention it to Vinny

7       Straface?

8            A.    Sometime after she arrived on the house.

9            Q.    What do you remember saying to Vinny

10      Straface about the fact that Trooper 1 had been

11      assigned to the house?

12           A.    Something to the effect that we recruited

13      her for the travel team and I really don't remember

14      much more than that.

15           Q.    What did Vinny Straface say to you?

16           A.    I believe he agreed with me and said in

17      time, was his answer, in time.

18           Q.    And at some point Trooper 1 was assigned

19      to the travel team; is that correct?

20           A.    That's correct.

21           Q.    But she was assigned to Senior

22      Investigator Plaskocinski's team?

23           A.    Yes.

24           Q.    Platoon -- do you call it a platoon?

25           A.    Team is good.  Team works.

1                        J. Boyle

2        Q.    And I think you said either here or

3    previously that you were sort of upset by the fact

4    that she wasn't assigned to your team?

5        A.    Yes.

6        Q.    Why was that?

7        A.    One, I felt I recruited her.  It's a good

8    person, you should have them.  Also Fabricio, he had

9    Maria and Trooper 1 on his team and I had no

10   females.  Especially when you're doing daughter

11   transports, I always wanted to have a female

12   transporter.

13       Q.    Why was that?

14       A.    Well, you saw what happened when they

15   didn't.

16       Q.    So at some point were you aware that

17   Trooper 1 was assigned to be the primary driver for

18   the travel team?

19       A.    It was my understanding that she was

20   never the primary.  I could be wrong.  But I didn't

21   know she -- I know she did drive.

22       Q.    She did drive.

23             What do you know about the fact that she

24   drove?

25       A.    Well, just most people do, they try them

CONFIDENTIAL

Page 138

1                    J. Boyle

2    out, see if it works.  The comfort level.  Comfort

3    level, your driving ability.  Are you hard on the

4    brake.  Are you nervous.  Are you doing something

5    dangerous.  Just testing.  My understanding she did

6    well driving.  And that's why she did it a few more

7    times.

8         Q.    At some point did she drop driving the

9    Governor?

10        A.    I really don't know.  It's not my team.

11   I didn't pay that close attention.

12        Q.    You never heard that she was removed from

13   the primary vehicle?

14        A.    I can't say yes or no.  I wouldn't really

15   pay attention.  It's really not a big deal to get

16   removed.

17        Q.    I think you said if you're in the tail

18   vehicle you have basically zero contact with the

19   Governor?

20        A.    Yeah.  Pretty much zero.

21        Q.    You recall that you were interviewed by

22   the Attorney General investigator on two occasions;

23   is that right?

24        A.    Yes.

25        Q.    And that was a couple of years ago in