# Exhibit 5



PL 022348

