# EXHIBIT B

**Select Date Range**
From Date: 08/01/2021 To Date: 09/11/2023

**Select Report Type**
(●) Payments by Date ( ) Payments by Payee/Vendor ( ) Payments by Agency

**Select Level of Detail**
(●) Summary ( ) Detail

Search | Export Data... | Top 5... | State Agency Spending

**Refine Your Results**

**BY AGENCY**
search for an agency...

**BY PAYEE**
search for a payee...

Cleary Gottlieb Steen & Hamilton Llp

**BY PURPOSE**
search for a purpose...

**BY AMOUNT**
- under $1,000
- $1,000 - $9,999.99
- $10,000 - $99,999.99
- $100,000 - $999,999.99
- $1,000,000 and over

<< < 1 > >> **Showing 1 to 5 of 5 rows. Total Amount $6,503,294.38**
Showing page **1** of **1**. Jump to page GO

| Payment Date | Amount | Payments |
|---|---|---|
| 10/27/2021 | $1,675,510.51 | 1 |
| 11/24/2021 | $802,104.38 | 1 |
| 10/05/2022 | $2,302,215.19 | 2 |
| 02/16/2023 | $1,123,882.75 | 6 |
| 03/28/2023 | $599,581.55 | 2 |

<< < 1 > >> **Showing 1 to 5 of 5 rows. Total Amount $6,503,294.38**
Showing page **1** of **1**. Jump to page GO

