

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  EXECUTIVE DIVISION
ATTORNEY GENERAL

November 17, 2023

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

 **RE: <u>Cuomo v. Office of the New York State Attorney General</u> - Case No. 22-mc-03044**

Dear Judge Merkl:

 In response to the Court's November 3, 2023 Status Report Order, Defendant, the Office of the Attorney General ("OAG"), simultaneously with the filing of this letter, has respectfully submitted to the Court and to Movant Cuomo, via email, a log of the privileged materials called for by Movant Cuomo's narrowed request for documents made to OAG on October 4, 2023. The privilege log details each of the privileged documents responsive to Movant's four narrowed requests and states the grounds under which OAG asserts privilege over such material.

 If the Court prefers to receive the materials in another manner, or if the Court requires any additional information, OAG will make such necessary arrangements.

 Respectfully submitted,

 /s/ Serena Longley
 Serena Longley
 Deputy General Counsel
 Serena.Longley@ag.ny.gov
 (212) 416-8178

cc: Counsel of Record (via ECF and E-Mail)