

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

<u>By ECF</u>

January 4, 2024

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **RE: Cuomo v. Office of the New York State Attorney General,
Case No. 22-mc-03044**

Dear Judge Merkl:

      We write in response to Movant's letter of January 3, 2024 (Dkt No. 54) to advise the Court that when OAG confirmed on December 20, 2023 that it would not comply with counsel's request we provided the following explanation: "We have already submitted the materials called for by the court's 12/12/2023 Order. It is neither necessary nor appropriate to provide the Court with 'redacted versions' of the requested documents for *in camera* review as Judge Merkl's order clearly does not direct us to do so and we seek to withhold the documents in their entirety."

      We will await further direction of the Court if it would like briefing from OAG on Cuomo's January 3, 2024 letter/"Motion for Disclosure."

                                                      Respectfully,

                                                      /s/ Serena Longley
                                                     Serena Longley
                                                     Deputy General Counsel
                                                     Serena.Longley@ag.ny.gov
                                                     (212) 416-8178

cc:     Counsel of Record (via ECF)