UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. CUOMO, | 22-mc-03044 (LDH)(TAM) |
| Movant, | |
| - against - | |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, | |
| Defendant. | |

### NOTICE OF MOTION BY DEFENDANT OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL TO QUASH THE SUBPOENA BY MOVANT ANDREW M. CUOMO

**PLEASE TAKE NOTICE**, that upon Defendant Office of the New York State Attorney General's ("OAG") accompanying Memorandum of Law, the Declarations of Serena Longley and Ye Eun Charlotte Chun, and the exhibits attached thereto, and all prior pleadings and papers on file in the above-captioned action, OAG hereby moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing the subpoena served on OAG on April 23, 2024 in the action entitled *Trooper 1 v. New York State Police et. al.*, No. 22-cv-00893 (LDH) (TAM) (E.D.N.Y.), and granting such further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's scheduling order entered on May 3, 2024, Movant's opposition to OAG's motion to quash, and any cross-motion to compel, shall be filed by July 12, 2024.

Dated: New York, New York
June 7, 2024

                Respectfully submitted,

                LETITIA JAMES
                Attorney General
                State of New York

                By: /s/ Andrew Amer
                Andrew Amer
                Michael Jaffe
                James Cooney

                28 Liberty Street
                New York, NY 10005
                Phone: (212) 416-6127
                andrew.amer@ag.ny.gov

                Attorney for Defendant

cc: Counsel of Record (via ECF)