# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


ANDREW CUOMO,                     *    Case No. 22-MC-03044(LDH)
                                  *
                                  *
              Movant,             *    Brooklyn, New York
                                  *    April 19, 2024
     v.                           *
                                  *
NEW YORK STATE ATTORNEY           *
  GENERAL,                        *
                                  *
              Respondent.         *
                                  *
* * * * * * * * * * * * * * * *

       TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE AND
                         ORAL ARGUMENT
             BEFORE THE HONORABLE TARYN A. MERKL
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Movant:              RITA M GLAVIN, ESQ.
                             KATHERINE PETRINO, ESQ.
                             LEO KORMAN, ESQ.
                             Glavin PLLC
                             156 West 56th Street
                             Ste #2004
                             New York, NY 10019

                             ALLEGRA NOONAN, ESQ.
                             THERESA TRZASKOMA, ESQ.
                             Sher Tremonte LLP
                             90 Broad Street
                             Ste 23rd Floor
                             New York, NY 10004


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**Shelton, CT 06484 (203)732-6461**

```
APPEARANCES:   (Cont'd)


For the Non-Party Respondent,  ANDREW STUART AMER, ESQ.
 NY State Attorney General:    SERENA MABEL LONGLEY, ESQ.
                               JAMES COONEY, ESQ.
                               MICHAEL JAFFE, ESQ.
                               New York State Office of the
                                Attorney General
                               28 Liberty Street
                               New York, NY 10005
```

1    we'll move on and refile and do cross-motion to quash.  Maybe
2    that's the best way to handle it, because they've essentially
3    -- you've already denied the motion to compel on the larger
4    universe of material, and so now we're dealing with a narrower
5    universe.
6              I would say if it would be helpful to the Court --
7              MS. GLAVIN:  Actually, can we just confer for a
8    second?  I have an idea.
9              THE COURT:  Okay.
10             MS. GLAVIN:  Why don't you and I talk for a second?
11       (Counsel confer)
12             MS. GLAVIN:  All right, Judge.  So here's what I
13   proposed to the AG's office, is that we reissue a subpoena
14   that is the narrower category so we all know what we're
15   dealing with, okay?  And then they -- AGs would move to quash,
16   citing the privileges, given that this is going to be focused
17   on privilege, and then we would do the motion to compel,
18   cross-motion to compel.  So they would go for -- you guys
19   would move to quash, we would oppose --
20             MR. AMER:  I just don't think the motion to quash is
21   limited to just privilege issues.
22             THE COURT:  No, I think it includes sovereign
23   immunity.
24             MS. GLAVIN:  So do we want to -- that's what -- the
25   question.  We can brief --

```
 1              THE COURT:  And I apologize.  I keep eating cough
 2    drops.  I have this weird throat thing going on.  Last night I
 3    couldn't talk at all.  I was like, am I going to be able to
 4    talk by the morning?
 5              MS. GLAVIN:  Yeah.  Yeah, so I -- we can reissue the
 6    subpoena, I think probably within a few days.
 7              THE COURT:  Okay.
 8              MS. GLAVIN:  I can get that done.  And then, when do
 9    you guys want to file?
10              THE COURT:  So today's April 19th, Friday.
11              MS. GLAVIN:  Keeping in mind when Passover is, but
12    --
13              THE COURT:  Passover is all next week.
14              MS. GLAVIN:  -- it will probably take a few weeks.
15              MR. AMER:  Should we propose a scheduling order?
16              THE COURT:  Sure.
17              MR. AMER:  Then we could then look at calendars and
18    not have to --
19              THE COURT:  Yeah, that would be fine.
20              MR. AMER:  -- do it here.
21              THE COURT:  If you want to submit a proposed
22    scheduling order.  I don't know who's observing and who's
23    going to be out Monday, Tuesday, those first two nights.  You
24    want to submit something like Wednesday or Thursday?  That's
25    fine with me.
```

80

1             MR. AMER:  Well, when are you going to have the
2     reissued subpoena?
3             MS. GLAVIN:  We'll be able to do it in a few -- it
4     will be next week.
5             MR. AMER:  Okay.
6             MS. GLAVIN:  Do you want to confer and then we
7     propose?
8             MR. AMER:  That's what I'm suggesting.
9             MS. GLAVIN:  Yeah.
10            THE COURT:  Yeah.  Maybe by next Friday?  If the
11    subpoenas could be issued by Wednesday or Thursday, maybe, you
12    could --
13            MS. GLAVIN:  That's fine.
14            THE COURT:  -- confer in the interim.
15            MR. AMER:  Submit the scheduling order by next
16    Friday.
17            THE COURT:  Submit the scheduling order by next
18    Friday.  Does that work?
19            MS. LONGLEY:  I'm going to be out through Tuesday,
20    but I can try to -- for this limited purpose, confer --
21            MR. AMER:  Yeah, it's just -- it's just --
22            MS. LONGLEY:  Yeah.
23            MR. AMER:  -- looking at calendars.
24            THE COURT:  You're out through Tuesday the 20th or
25    the 30th?