# SHER TREMONTE LLP

November 27, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Cuomo v. Office of the New York State Attorney General,* **No. 22-mc-03044 (LDH) (TAM)**

Dear Judge DeArcy Hall:

      We write on behalf of former Governor Andrew Cuomo to request that the Court strike the objections filed by the OAG at ECF No. 90 with leave to re-file—or, in the alternative, that the Court grant leave for Governor Cuomo to re-file his own objections (originally filed at ECF No. 89) with a 25-page limit.

      Yesterday, both parties filed objections to Judge Merkl's order docketed at ECF No. 85 concerning the OAG's motion to quash and Governor Cuomo's cross-motion to compel a subpoena concerning witness interview memos and unredacted transcripts containing prior witness statements (the "Order"). The Court's Individual Practices provide unambiguously at Practice IV(A) that "[a]ny appeal of a Magistrate Judge's discovery determination must be in the form of a letter not exceeding three (3) pages in length." Governor Cuomo abided by this rule and filed his objections in the form of a three-page letter. *See* ECF No. 89. The OAG, on the contrary, did not: it filed a 25-page brief. *See* ECF No. 90.

      To ensure parity and compliance with the Court's Individual Practices, we respectfully request that the Court strike the OAG's non-compliant objections with leave to re-file its objections in the form of a three-page letter. In the alternative, we request that the Court grant Governor Cuomo leave to re-file his objections to the Order in the form of a 25-page brief two weeks from the Court's grant of such leave.

      We thank the Court for its consideration.

Respectfully submitted,<br><br>
*/s/ Theresa Trzaskoma*<br><br>
Theresa Trzaskoma