

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

By ECF

December 2, 2024

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE: Cuomo v. Office of the New York State Attorney General**
           **Case No. 22-mc-03044**

Dear Judge DeArcy Hall:

    The Office of the New York Attorney General ("OAG") submits this letter in response to former Governor Cuomo's motion to strike the objections filed by OAG at ECF No. 90 ("OAG's Objections") with leave for OAG to re-file its objections in the form of a 3-page letter or for Cuomo to file an equivalent 25-page memorandum in response. *See* ECF No. 91 ("Motion to Strike").

    Cuomo's Motion to Strike is based on his view that OAG's Objections seek to appeal a "discovery determination" by Magistrate Judge Merkl and therefore the filing is subject to the Court's Individual Practice Rule IV(A) limiting a party's submission to a "letter not exceeding three (3) pages in length." Motion to Strike at 1 (quoting Practice Rule IV(A)). OAG respectfully submits Cuomo's view that Rule IV(A) applies is mistaken; OAG is appealing Magistrate Judge Merkl's determination of OAG's sovereign immunity, which addresses the Court's subject matter jurisdiction and is therefore not a "discovery determination." *See Moore v. Desposito*, No. 15-cv-4319, 2016 WL 4223967, at *3 (E.D.N.Y. Apr. 19, 2016) (holding "[q]uestions of [New York's] sovereign immunity implicate the Court's subject matter jurisdiction and are analyzed under Rule 12(b)(1)) (citing *Arjent LLC v. U.S. S.E.C.*, 7 F. Supp. 3d 378, 383 (S.D.N.Y. 2014)). Accordingly, OAG's Objections, as well as Cuomo's response thereto, are governed not by Rule IV(A) but by Rule III(C)(1) allowing parties to submit "Memoranda of Law" no more than 25 pages in length.

    Alternatively, in the event the Court deems Magistrate Judge Merkl's sovereign immunity ruling to be a "discovery determination" within the meaning of Rule IV(A), OAG respectfully requests that the Court nevertheless accept OAG's Objections in the form submitted *nunc pro tunc*, and grant leave to Cuomo to submit a responsive memorandum of law up to 25 pages in length, rather than require the parties to address the complex and novel issues raised by

Hon. DeArcy Hall
December 2, 2024
Page 2

OAG's sovereign immunity defense in 3-page letters.

        Respectfully,

        /s/ Andrew S. Amer
        Andrew S. Amer
        Special Counsel
        Andrew.Amer@ag.ny.gov
        (212) 416-6127

cc: Counsel of Record (via ECF)