**SHER TREMONTE LLP**

December 2, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Cuomo v. Office of the New York State Attorney General,* No. 22-mc-03044 (LDH) (TAM)

Dear Judge DeArcy Hall:

    We write in response to the OAG's opposition to Governor Cuomo's Motion to Strike, filed this morning at ECF No. 92. In its opposition, the OAG argues that it was not required to follow the Court's Individual Practice IV(A) limiting a party's submissions to a "letter not exceeding three (3) pages in length." The OAG claims that, because the rule only applies to "discovery determination[s]," its objections concerning Judge Merkl's determinations about the OAG's sovereign immunity fall outside the rule. The OAG thus requests that the Court accept its objections as submitted *nunc pro tunc* and grant leave for Governor Cuomo to submit a responsive brief of up to 25 pages.

    The OAG's reading of the Court's rule is without support. Whether or not sovereign immunity is jurisdictional is irrelevant to the nature of the dispute at issue—Judge Merkl's ruling on sovereign immunity concerned competing motions to compel and quash a Rule 45 discovery subpoena. Rulings concerning the propriety of discovery subpoenas are inherently "discovery determinations" irrespective of the nature of the subpoena recipient's objections. Accordingly, Governor Cuomo respectfully reaffirms his request that the Court strike the OAG's improper brief with leave for the OAG to re-file a three-page letter pursuant to the Court's Individual Practices.

    Should the Court accept the OAG's submission *nunc pro tunc* and grant leave for Governor Cuomo to submit a responsive brief of up to 25 pages, we would also request that (1) the deadline for Governor Cuomo's opposition to the OAG's objections be set for two weeks after the Court's Order and (2) the Court grant leave for Governor Cuomo to re-file his own objections to Judge Merkl's Order (filed at ECF No. 89) as a brief of up to 25 pages, also by two weeks after the Court's Order.

Hon. LaShann DeArcy Hall
December 2, 2024
Page 2 of 2

      As it stands, Governor Cuomo's deadline to respond to the OAG's objections is in a little over a week, on December 10, 2024. We appreciate the Court's prompt attention to this request so that, if possible, we can avoid lengthy briefing or further confusion on this issue.

      Respectfully submitted,

      */s/ Theresa Trzaskoma*

      Theresa Trzaskoma