# SHER TREMONTE LLP

December 4, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>     Re:    *Cuomo v. Office of the New York State Attorney General,* No. 22-mc-
>             03044 (LDH) (TAM)

Dear Judge DeArcy Hall:

We write on behalf of former Governor Andrew Cuomo to request that the Court extend the December 10, 2024 deadline to respond to the OAG's objections to Magistrate Judge Merkl's October 28, 2024 Order, filed at ECF No. 90.

We have filed a letter-motion at ECF No. 91 to strike the OAG's objections with leave to re-file in the form of a three-page letter, as required by the Court's Individual Practices. In the event that the Court denies the letter-motion to strike and accepts the OAG's objections as filed, we respectfully request that the Court grant Governor Cuomo leave to file a 25-page brief in opposition to those objections by two weeks after the Court's order.[1] We made a similar request at ECF No. 93 on which the Court has not yet ruled. Pursuant to the Court's Individual Practice I(E), and to ensure clarity for the Court, we reiterate that request here.

The OAG consents to our request for extension. We thank the Court for its consideration.

>                            Respectfully submitted,
>
>                            */s/ Theresa Trzaskoma*
>
>                            Theresa Trzaskoma

---

[1] Should the Court grant the letter-motion to strike with leave for the OAG to re-file its objections as a three-page letter, a new fourteen-day deadline would begin when the OAG re-files its objections, and Governor Cuomo would need no extension.