

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

By ECF

April 6, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  **Cuomo v. Office of the New York State Attorney General**
      **Case No. 22-mc-03044**

Dear Judge DeArcy Hall:

The Office of the New York State Attorney General ("OAG") submits this letter motion for leave to file a letter of supplemental authority in the form attached as Exhibit A in connection with OAG's partial appeal of Magistrate Judge Merkl's October 28, 2024, Memorandum and Order (ECF No. 90). We are seeking leave in light of the absence of any local rule governing the submission of supplemental authority and mindful of the Court's text order entered on December 13, 2024, instructing that "any deviation from the Court's rules requires leave."

Opposing counsel advises their client will consent to this letter motion only on the condition that OAG agrees that they should be permitted *one week* to put in a substantive response of unspecified length. OAG does not accept this condition, which would be tantamount to agreeing to permit former Governor Cuomo to file a sur-reply brief discussing at length this recent decision, which we describe in our proposed letter of supplemental authority in just three sentences that summarize the opinion at a high level without being argumentative; that they seek to do far more is a fair inference from their request for one week to prepare their response.

Respectfully,

 /s/ Andrew Amer
Andrew S. Amer
Special Counsel

cc: Counsel of Record (via ECF)