# Exhibit A



<u>By ECF</u>

April __, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:  Cuomo v. Office of the New York State Attorney General
             Case No. 22-mc-03044**

Dear Judge DeArcy Hall:

    The Office of the New York State Attorney General ("OAG") submits this letter of supplemental authority with leave of Court in connection with OAG's partial appeal of Magistrate Judge Merkl's October 28, 2024, Memorandum and Order (ECF No. 90).

    In both OAG's brief in support of its appeal and former Governor Cuomo's brief in opposition (ECF No. 96), the parties cite the Eighth Circuit's decision in *In re Missouri Department of Natural Resources*, 105 F.3d 434 (8th Cir. 1997) ("*Missouri DNR*"). *See* ECF No. 90 at 12; ECF No. 96 at 14. We write to bring to the Court's attention the decision issued by the Eighth Circuit on April 1, 2026, in *Mick v. Gibbons*, No. 24-1610, 2026 WL 889923 (8th Cir. Apr. 1, 2026), a case which directly addresses *Missouri DNR*. In *Mick*, the court held that *Missouri DNR* should be limited to its facts, which the court viewed as involving "a narrow and minimally disruptive third-party request." 2026 WL 889923, at *5. The court held that state sovereign immunity shields states from third-party discovery subpoenas where, based on application of a fact-intensive inquiry, complying with the subpoena would "infringe[] on the State's autonomy and threaten[] its treasury." *Id.* The court reasoned that the subpoena at issue met this test based on the state agency's contention that compliance "could consume over 100 hours of taxpayer funded time," thereby infringing on the state's "autonomy by subjecting it to the process of a judicial tribunal" and "interfer[ing] with public administration," "unlike the simple document subpoena in *Missouri DNR*." *Id*.

                                 Respectfully,

                                  [Draft]
                                  Andrew S. Amer
                                  Special Counsel

cc:  Counsel of Record (via ECF)